# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF PENNSYLVANIA

*The Jean-Louis Empire Foreign Grantor Trust*
Canuel Jean-Louis, *sui juris,* *Trustee*
a/k/a Noble Canuel Jean-Louis El, *Sheik*
**Plaintiff,**

v.

**REC'D NOV 2 6 2025**

**Commonwealth of Pennsylvania;(et.al)**
Dauphin County District Attorney's Office;
David E Hershey in her official capacity;
Judge Deborah E. Curcillo, in her official capacity;
and Dauphin County Court of Common Pleas,
**Defendants.**

Civil Action No. _____
(To be assigned by the Clerk)

_____

## NOTICE OF FEDERAL QUESTION CLAIM
## AND IMMINENT THREAT OF UNLAWFUL DETENTION

_____

Plaintiff submits this **Notice** to advise the Court of ongoing **constitutional violations** arising from state criminal proceedings under docket **CP-22-CR-0002559-2025,** which have resulted in:

**(1)** the failure of the state court to provide proper notice of a **November 19, 2025** hearing as required by **Pa.R.Crim.P. 114** and the **Fourteenth Amendment;**

**(2)** the filing of a Motion for Bench Warrant by the District Attorney without serving Plaintiff, creating an immediate threat of unlawful detention;

**(3) refusal** of the state court to answer **Sixth Amendment** inquiries regarding the **nature** and **cause** of the proceedings, despite Plaintiff's good-faith efforts to seek clarification; and

**(4)** Plaintiff's attempted filing for extraordinary relief with the Pennsylvania Supreme Court being returned by USPS due to incorrect address information, leaving Plaintiff without a timely functioning state remedy.

These circumstances present a federal question under **28 U.S.C. § 1331** and constitute actionable violations of the **Fifth, Sixth,** and **Fourteenth Amendments** under **42 U.S.C. § 1983,** as well as grounds for emergency pretrial habeas relief under **28 U.S.C. § 2241.**

A full complaint and request for emergency relief accompanies this Notice.

*Respectfully submitted,*

BY: *Canuel Jean-Louis* "TTEE"

***The Jean-Louis Empire Foreign Grantor Trust***
Canuel Jean-Louis, ***sui juris***, *Trustee*
a/k/a Noble Canuel Jean-Louis El, *Sheik*
***(in propria persona)*-- not pro se**
*All rights reserved, without prejudice.2025.*
<u>As:</u> **Complainant** and **Equitable Beneficial Title Holder**

**Date:** *November 24th, 2025*

Mail To: Canuel Jean-Louis
Noble Canuel Jean-Louis El
1509 Alcott Street
Philadelphia PA 19149



UNITED STATE
POSTAL SERVIC

RETURN TO SENDER
NO SUCH NUMBER
UNABLE TO FORWARD
RETURN TO SENDER

A R F S *

RDC 03

$46.75

Label 200, August 2005

RE 519 431 805 US

THIS SECTION

and 3.
address on the reverse
the card to you.
back of the mailpiece,
e permits.

COMPLETE THIS SECTION ON DELIVERY

A. Signature

X                                    ☐ Agent
                                     ☐ Addressee

B. Received by (Printed Name)        C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

t of Pennsylvania
honotary
ict → Kings Bench
t St        Unit
19102

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery
   (over $500)

☐ Priority Mail Express®
☑ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

00 4295 5804 89

from service label)

5-US

PSN 7530-02-000-9053

Domestic Return Receipt

Pickup,

JP

INSURED

UNITED STATES
POSTAL SERVICE®   PRIORITY®
                   MAIL

VISIT US AT USPS.COM®

FROM: Noble Canvel Jean-Louis El, Sheik
/AKA/ Canvel Jean-Louis, sui juris
c/o 1509 Alcott Street,
Philadelphia, Pennsylvania [19149]

WSN

TO: c~

Philadelphia, PA 19102

Label 228, December 2023    FOR DOMESTIC AND INTERNATIONAL USE



Case 2:25-cv-06777-JDW    Document 1    Filed 11/26/25    Page 4 of 128

**UNITED STATE.**
**POSTAL SERVIC**

R-T-S    19102-RFS-IN    FRI 11/21/25

RETURN TO SENDER
NO SUCH NUMBER
UNABLE TO FORWARD
RETURN TO SENDER

Label 200, August 2005    PSN 7690-02-000-9314

RE 519 431 805 US

★R F S ★

Retail

U.S. POSTAGE PAID
PM
PHILADELPHIA, PA
NOV 18, 2025
$46.75

RDC 03

THIS SECTION    COMPLETE THIS SECTION ON DELIVERY

A. Signature

X    ☐ Agent
     ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:      ☐ No

3. Service Type
☐ Adult Signature                    ☐ Priority Mail Express®
☐ Adult Signature Restricted Delivery ☐ Registered Mail™
☐ Certified Mail®                    ☐ Registered Mail Restricted Delivery
☐ Certified Mail Restricted Delivery ☐ Signature Confirmation™
☐ Collect on Delivery                ☐ Signature Confirmation Restricted Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

Domestic Return Receipt

and 3.
address on the reverse
the card to you.
back of the mailpiece,
e permits.

t of Pennsylvania
thonotary
ict Kings Bench
et St    Unit
.19102

10 4295 5804 89

from service label)

5-US

0 PSN 7530-02-000-9053

Pickup,

INSURED

**UNITED STATES POSTAL SERVICE** ® | **PRIORITY MAIL**

VISIT US AT USPS.COM®

FROM: Noble Canuel Jean-Louis El, Sheik
[AKA] Canuel Jean-Louis, sui juris
c/o 1509 Alcott Street
Philadelphia, Pennsylvania [19149]

WSN

TO: C

Philadelphia, PA  19102

Label 228, December 2023    FOR DOMESTIC AND INTERNATIONAL USE

# THE UNITED STATES OF AMERICA DISTRICT COURT
## — EASTERN DISTRICT—

**In re:**
*The Jean-Louis Empire Foreign Grantor Trust*™
*Canuel: Jean-Louis*, *Trustee*, *sui juris*
a/k/a Noble Canuel Jean-Louis El, *Sheik*
*Complainant* herein.

**v.**

**COMMONWEALTH OF PENNSYLVANIA,**
**(DAUPHIN COUNTY COURT OF COMMON PLEAS, et.al)**
*Respondent,*

**Cause No.** _____ (To be assigned)*

=================================================================

## EQUITY RECORD SUBMISSION

*(Filed in Proper Order as Required in Chancery)*

*Submitted herewith in the following sequence:*

**1. BILL OF COMPLAINT IN EQUITY**
*(Cestui Que Vie / Infant Estate Trust Administration)*

**2. COMPLAINT FOR WRIT OF PROHIBITION AND EXTRAORDINARY RELIEF**
*(To Restrain the Lower Tribunal from Further Action Pending Jurisdictional and Record Cure)*

**3. NOTICE TO CORRECT OR SUPPLEMENT THE RECORD**
*(Filed Pursuant to Pa.R.A.P. 1926(b))*

● *EXHIBIT 1A — RECORDED EQUITY DOCUMENTS*

*(Foundational status, trust, jurisdiction, and ownership filings on the public record)*
*1. Affidavit of Ownership (Recorded)*
*2. Allonge – Trust Identification Recording (Recorded)*
*3. JLEFGT Abstract / Deed of Trust (Recorded)*
*4. Notice of Jurisdictional Correction & Commercial Rebuttal (Recorded)*
*5. Notice of Equitable Interest (Recorded)*
*6. Moorish American Baptismal / Birthright Record (Recorded)*
*7. Notice of Non-Consent to Statutory Jurisdiction (Recorded)*
*8. Declaration of Status as the Living Man (Recorded)*
*9. Testimony Under God – Equity Tender & Settlement Offer (Recorded)*

● *EXHIBIT 1B — EQUITY FILINGS PREVIOUSLY SUBMITTED TO LOWER COURT*

*(Not docketed or improperly disregarded by the Court of Common Pleas)*
*1. Verified Consolidated Equity Enforcement*
*2. Notice of Unauthorized Use / Copyright Violation*
*3. Notice of Status & Jurisdictional Objection*
*4. Judicial Notice & Equity Demand*
*5. Testimony Under God (Court Copy)*
*6. Declaration of Status (Court Copy)*
*7. Affidavit of Facts – Equity Version*
*8. Praecipe to Consolidated Equity Record*
*9. Proposed Order – Abatement or Strike if No Cure*

● *EXHIBIT 1C — TRUST & ESTATE DOCTRINE REFERENCES*

*(Supporting the Bill in Equity and Subrogation Claim)*
*1. Verified Memorandum of Law (Restatement / Trust Principles)*
*2. Cestui Que Vie / Infant Estate Bill in Equity (Filed Version)*
*3. JLEFGT Fee Schedule (Notarized)*
*4. Testimony Under God – Trust Tender Version*
*5. Minute Order / Bench Notes – Mandatory, Self-Executing*

● *EXHIBIT 2 — TRANSCRIPT & RECORD DEFECTS*

*(Supporting the Motion to Correct / Supplement the Record)*
*1. Certified Transcript of October 8, 2025 Hearing*
*2. NCIC Timeline Discrepancy (Affidavit vs Testimony)*
*3. Material Mis-Transcription ("Specialty" vs "Surety")*
*4. Record Gaps Regarding Pro Se Denial Order*
*5. Record Gaps Regarding Judicial Oath/Bond Inquiry("DAO")*
*6. Record Gaps Regarding Settlement Tender & Equity Pleadings*

● *EXHIBIT 3 — SERVICE, MAILING, AND NOTICE DOCUMENTS*
*1. Certified Mail Receipts (Green Cards)*
*2. Registered Mail Receipts (Superior/Supreme Court Copy)*
*3. Declaration of Service*
*4. Proof of Delivery Notices*
*5. Record of Notice to Lower Tribunal of Appellate Filing*

*Filed By:* Canuel: Jean-Louis "TTEE"
Noble Canuel Jean Louis El, Sheik
*/aka/ Canuel: Jean-Louis, sui juris,* Trustee,
*(in propria persona)*-- **not pro se**
*All rights reserved, without prejudice.2025.*
<u>As: **Complainant**</u> and **Equitable Beneficial Title Holder**

\*Complainant encloses a USPS Money Order in the amount of $ <u>405.00</u> for the ministerial filing fee, provided strictly for docketing and without submission to any unproven jurisdiction.\*

CAUSE NO. _____



**In the Interest of the Public**
**For the matter of**

In re: (**Canuel: Jean-Louis, sui juris**)　§
Real Party in Interest (jus personarum)　§
　　　　　　　　　　　　　　　　　§　　**Directly and/or indirectly associated with the**
　　　　　　　　　　　　　　　　　§　　**property of a minor/infant**
　　　　　　　　　　　　　　　　　§
(**CANUEL JEAN-LOUIS II**), infant/minor §
　　　**PLAINTIFF**　　　　　　　　§　　**Expressing Cestui Qui Vie Trust**
　　　　　　　　　　　　　　　　　§
　　　　　V　　　　　　　　　　　§
　　　　　　　　　　　　　　　　　§
(**THE PEOPLE OF THE STATE OF**　§　　**Special Deposit/Subrogation**
**PENNSYLVANIA**)　　　　　　　　§
　　　**DEFENDANT**　　　　　　　§
_____　　　　§

## BILL OF COMPLAINT IN EQUITY

### PRESENTMENT TO VOID PROCEEDINGS AND JURISDICTION

### INTRODUCTION AND BACKGROUND with *Memorandum of Law*—(Exhibit A)

　　**COMES NOW**, (Canuel: Jean-Louis), *a natural living being* of *majority status* conducting the style condition of **The Principal and Beneficial Equitable Title Holder**, and *not an "infant/minor"*, hereinafter *"Complainant"*. As such I am **exercising** as well as **retaining** and **reserving all rights**, (*natural, private commercial, incorporeal, inter alia*) or otherwise and does *tender* this *claim* and makes the *claim* that the *tender* was *special deposited* on the *accounts receivables books of the court*, via the respondent's *commercial filings* and/or *other deposits* into **the courts registry**, who by their own admission of the complaint *showing* or *causing to show* the existence of *a qualified endorsement.*

　　—The **respondent** has come into this *matter* related to a *trust* in the capacity that is *unsustainable*, and thus *is perceived as standing* in its *unadulterated non-immune capacity* and is **liable for all damages incurred, assessments as well as penalties.**

　　—On its face it appears that the *Respondent's* intent and *purpose*, was to take up the election to treat the within reference **complaint** as a *draft*, rather than a *promise to pay*. A **complaint** is a *promise to pay*, and a **draft** is an *order to pay*, and *the person holding* the *instrument* can treat it as **either**. The court *converted* the **complaint** to a **draft** (a form of currency conversion). There might be *cause* for one to *raise* and/or *complain* that they *lack understanding*, that such information is **foreign to them;** and it is *at that time* that such an *individual* documents their **lack of knowledge**, for *overseeing such a matter that specifically deals with an express trust and the estate of an infant*, which invokes **exclusive jurisdiction and not concurrent jurisdiction.**

—This court acts as an *administrative venue* as a result of the **administrative acts** and the **Presidential Proclamation 2038, 2039, and 2040**—for which the *presidents* of the *United States* have exercised *"Emergency Powers Jurisdiction"* continuously, **from 1933 to the present**, according to the Senate report on national emergencies associated with the **National Emergencies Act(1976).** To insure this information is **not ambiguous, nor is it foreign to government**, for the Senate of the *United States Congress* has **verified the aforementioned facts.**

### Equities Implied Expression of a trust.

—*"Minor"* means *"an individual under the age of 18 years."* The term **minor** is *also* used to refer to *"an individual who has attained the age of 18 years but has not yet taken control of the securities contained in his or her minor account."(see 31 C.F.R.§ 363.6)*

—*"Minor account"* means *"an account that a custodian controls on behalf of a minor"*, *(see 31 C.F.R.§ 363.6 and §363.10 and § 363.27)* this is referred to as a *resulting trust* the **definition** of a *resulting trust* is: A *resulting trust (from the Latin 'resalire' meaning "to jump back")* is the creation of an *implied trust* by **operation of law**, where *property* is **transferred** to someone **who pays nothing for it**; and then is **implied** to have held the **property** for *the benefit of another person."*

## JURISDICTION AND VENUE

—**Jurisdiction** is proper *"other jurisdiction"* wherein the **Constitution**, whereby *Judicial Power*, **SECTION** authorizes such out of *"necessity"*. *"The judicial power shall be vested in one Supreme Court"*, *(who may extend such powers in a Court of Appeals, in District Courts, in County Courts, in Metropolitan Courts), and in such other courts and may be established by positive law'* (i.e. **equity**, as **equity is the law**, as *equity is everything* and *law without equity* **must still render equity.** **THEREFORE**, *this court* has the power to **decree** in *equity* upon this *Express Trust matter in-camera/chambers*, and may **enforce** the **Bill of Rights** put forth in *this bill* as *expressed* in the **Constitution.**

—We must remember as shall be discussed briefly in a moment, that an *attorney* who *represents* an *individual* who has **not yet attained the age of majority,** is said to *represent* a **ward** of *the court.* An *attorney* holds an *administrative position* as an *officer* of *the court* and as such, the *Attorney* becomes for the **ward,** an **appointed guardian *ad litem*.** Now in *proof* that the *trust* exists, and is for all necessities and purposes a **"RESULTING TRUST"**, in that upon *attaining majority, the securities, assets, properties* of the **infant estate** becomes the *rightful property* of **the beneficiary** who has *attained the age of majority.* Seeing that this *is* a **"Resulting Trust"**, by *operation of law* and as a result of the **principles of equity**, and that it involves a *minor* and or/*infant* and/or *the properties of an infant*, the **proper jurisdiction** is that of *equity* who has and maintains a *right* to such **inherent jurisdiction.**

## RULE OF LAW

Whereby this cause, being a **complaint** in **Exclusive Equity Jurisdiction,** (as it directly involves *the property/estate/securities of an infant/minor*), cites the **Rule of Law** as follows upon:

# BILL OF RIGHTS

—*In December 1789*, **President George Washington** personally acknowledged to *Sultan Sidi Mohammed* (*Mohammed ibn Abdallah*) that the **United States** had *"instituted a new [government] agreeable to the Constitution,"* expressed gratitude for *Morocco's* prior *recognition* and good offices with *Tunis and Tripoli*, and <u>requested the continuance</u> of *friendship* for the sake of **American** commerce. That presidential communication aligns with and *operationalizes* the **<u>1786 Treaty of Peace and Friendship</u>** by carrying it *forward* under *the Constitution:* recognition by a *sovereign, perpetual peace and friendship, protection and safe-conduct for vessels and crews, restitution/salvage for maritime loss, and consular channels for dispute resolution.* In short, the letter is the **executive confirmation** that **American** *rights* in navigation and trade—*secured by treaty*—were to **remain** in force to **<u>protect persons and property engaged in lawful commerce.</u>**

—*The United States'* <u>international standing and the protection of American merchants' property</u> were not abstractions—they were **secured in practice** by *Morocco's* early recognition and the *Treaty of Peace and Friendship(1777-1836)*, and **affirmed by Washington** when the constitutional government *<u>commenced.</u>* That executive recognition of *treaty continuity* **supports the equitable premise that persons and property engaged in lawful commerce are entitled to protection, restitution, and orderly consular/judicial remedy, rather than seizure or injury without lawful due process or compensation.**

• (**see Washington's letter (Dec. 1, 1789):** acknowledges *the Constitution;* thanks the **Sultan** for **prior favors**; references letters *"in favor of the United States to the Bashaws of Tunis and Tripoli"*; frames U.S. need to build wealth by *"agriculture and commerce."*

• *(see Treaty of Peace and Friendship (U.S.–Morocco,(1777)-(1786/87)-(1836): perpetual peace and friendship; mutual protection of ships and cargo; passports/safe-conduct; humane treatment and release of crews; rules for shipwreck/salvage and restitution; consular privileges and jurisdiction for resolving commercial disputes.*

—*"nor shall private property be taken for public use, without just compensation."*
<u>(see U.S. Constitution. Amendment. V)</u>

—*"No person's property shall be taken, damaged, or destroyed for or applied to public use without adequate compensation being made, unless by the consent of such person; and, when taken, except for the use of the State, such compensation shall be first made, or secured by a deposit of money."*
<u>(see Texas Constitution Article I, § 17 (Bill of Rights).</u>

—**"…private property shall not be taken for public use, without just compensation. When taken for public use, such compensation shall be first made, or secured by deposit of money…"**
<u>(see New York Constitution (1821, Article VII, §7)</u>

—**"…municipal and other corporations and individuals invested with the privilege of taking private property for public use shall make just compensation for property taken, injured or destroyed…"**
<u>(see Pennsylvania Constitution (1874, Art. XVI, §8)</u>

—**It is proper now to inquire whether the due process of law… requires compensation to be made or adequately secured to the owner of private property taken for public use under the authority of a State."**
<u>(see Chicago, Burlington & Quincy R.R. v. Chicago, 166 U.S. 226, 235–36 (1897)</u>

— Consistent with the nation's early-recognized duty—**affirmed by Washington's 1789 correspondence** and *the Morocco treaty—to safeguard persons and property engaged in lawful commerce,* and as repeatedly codified in state **Bills of Rights** and carried forward by the federal *Takings Clause,* the operative command is: —*No person's (to include infants/minors) property shall be taken, damaged or destroyed for or applied to public use without adequate compensation being made, unless by the consent of such person, and, when taken, except for the use of the State, such compensation shall be first made, or secured by deposit of money.* Accordingly, under the *settled* principles of **Exclusive Equity** and the *constitutional protections* governing takings, the following rule controls: *"Equity will not suffer a wrong to be without a remedy."*

—*(see Joseph Story, Commentaries on Equity Jurisprudence § 700 (14th ed. 1918): "It is a familiar maxim in equity, that equity will not suffer a wrong without a remedy."*

—*(see John Norton Pomeroy, A Treatise on Equity Jurisprudence § 423 (5th ed. 1941):* Lists it as a fundamental maxim of equity.

—**(see Black's Law Dictionary (11th ed. 2019), Maxims of Equity:** *"Equity will not suffer a wrong to be without a remedy"* — one of the principal equitable maxims.

— **(see Phelps v. McDonald, 99 U.S. 298, 308 (1878)** *("Equity will not suffer a wrong without a remedy.").*

— **(see Rees v. City of Watertown, 86 U.S. (19 Wall.) 107, 122 (1873)** (same principle).

## JURISDICTION OF COURTS OVER THE ESTATES OF INFANTS

—**Jurisdiction over the estate of an infant is inherent in equity**, but it may also be *vested* by *administrative constitutional* and *administrative statutory provisions* in particular courts; the administrative institution of proceedings affecting an *infant's property* makes the *infant* a **ward** of *the court* (held in trust, for such the seizure of rights and/or property could only be instituted as a result of a prior relationship i.e. *a special relationship,* whereby the *infant/minor* is the *beneficiary,* **the state** *(court),* **the settlor** and *its agents* and/or *officers trustees,* constituting *a trust relationship, in equity*), which *has broad powers* and **the duty to protect his or her interests.**

—**Courts of *Equity* have GENERAL AND INHERENT JURISDICTION over the *property* of infants.** *Primary jurisdiction* over the *estate* of *infants* may, under *administrative constitutional* or *administrative statutory provisions,* be *vested* in the probate, county, district, or other specific court. —The jurisdiction can be **exercised only** *when the court has acquired jurisdiction as to* the particular *infant/minor* or *subject matter* (jurisdiction over *estates/trusts* **are exclusive in nature over which courts of equity have exclusive jurisdiction,** and such matters **must** be heard at *Equity*). The *commencement of a proceeding* affecting the *infant's property* vest *the court* with jurisdiction over his or her *estate,* pursuant to which *the court* acts in *loco parentis* or as **a guardian,** and *the infant* becomes its **ward.** It is the duty of the court to safeguard the infant's property interests with great care **i.e. in trust.**

—After the jurisdiction of *the court* has attached, either through an *appearance* which equates to submitting to the court's jurisdiction, and/or a plea being entered by the *infant/minor, the court* in its *administrative capacity* has **broad,** comprehensive and plenary powers over the *estate* of the *infant/minor,* however, courts of *Equity* have *exclusive jurisdiction* over the *property* of *the infant/minor. This court* may adjudicate the *rights* and *equities* of *the infant* and *property,* yet only **in *Equity*,** and it may cause to be done whatever may be necessary to **preserve and protect the infant's estate** which includes *the property/assets* of said *estate.* However, the **exercising** of such powers must be tempered with reasonable limitations, and one major limitation is that *Courts of Equity* have *exclusive jurisdiction* over **the property/assets** of an *infant.* **Therefore, *the court* cannot act in violation of administrative constitutional** or *statutory limitations* **on its powers,** or permit the impounding of the

*infants funds* for the **creation of *a trust*,** which *the court* or parties have done by establishing the *instant matter,* and thus attempt to *deprive* **the infant/minor** of the **right to the absolute enjoyment** of the *funds* of one who has come forth **now**, and is *appearing* at the **Age of Majority in correction of any presumptions by previous actions or appearances in this manner.**

—An *infant* is **not competent** to waive the *administrative statutory requirements* enacted **for his or her benefit and protection,** with respects to *the manner in which* the jurisdiction of *the court* may be **exercised**, *unless and until* they attain ***The Age of Majority***, then they can either petition for the removal of *minor's disabilities* and or **Express THE Trust.**

## JURISDICTION OF COURTS OVER ESTATES OF INFANTS/MINORS-JUDICIAL
## ALLOWANCES FOR SUPPORT, MAINTENANCE, AND EDUCATION.

—***Respondent(s)*** could **not** have had a **valid claim** against *infant/minor* without *personal knowledge* and *a copy of Photo, Finger-prints, A Forced Plea, Coercion, Threats, False imprisonment,* **a false commercial claim** is/are **not** considered *lawful evidence* and/or **knowledge,** because such copies are held as **a forgery,** *evidence of involuntary servitude.*

FURTHERMORE, courts in conducting *"Commercial"* Business of *the court* must give/disclose to or upon a party upon demand the *bookkeeping entries* (**both receivables and payables**) with *an affidavit,* and **demand is hereby made for immediate production or the all evidence is hearsay evidence into the court.** The *infant/minor* having attained the *Age of Majority* hereby challenges the *bookkeeping* and ***demands: the full accounting on the accounts receivables and accounts payables and all dividends, profits, rents, escrows, etc. resulting from the deposit of TRUST/Estate of the ward/Beneficiary onto the courts accounts receivables and other general intangibles.***

## Movement for Relief

—***Complainant*** is entitled to *the relief* of damages in ***Equity***, as *'equity must cause equity to be done, though the heavens fall'*; *Complainant* is entitled to *relief* in the form of damages for the following reasons:

1). **Respondent(s)** has taken the **private property** of the *complainant* under **extreme duress and threat of violence** against *Complainant's* **life, property, liberties without just compensation, without the expressed and/or written consent of *Complainant*.**

2). **Respondent(s)** had a *duty* to *respond* to **all complaints** and **questions** because of *the legal special relationship* of the parties and by not *responding* the **Respondent(s)** is **in breach of trust,** because the *infant estate* and *duty* of care associated therewith/thereto is an **express trust:**

## "Verified Memorandum of Principles of Law and Points of Authorities on Express Special Relationship Trusts'

—*The court* and its *officers* are a *legal title holder* of not only the *express trust,* but also the **constructive trust.** As now has been placed on the record I share the same or similar name as the named defendant in their **case #** CP-22-CR-0002559-2025 . However, for *clarification,* I am not now *acting* in **the capacity** as **the named defendant**, I am the **Beneficiary** and **equitable title**

*holder.* —None of this information is *foreign* to *the court*, **this matter must proceed in _Equity_**, failure and/or **refusal** to proceed at *Equity*, under *exclusive jurisdiction* <u>**will constitute contempt of justice.**</u>

## —ELEMENTS OF A TRUST:

1. *Settlor/Grantor/Trustor*—intended to *create a trust*, which is perceived by the reasonable observer, as in the case of **the New Deal** and the several *Federal Acts* and associated **State** regulations-

   —**The Emergency Banking Relief Act of March 9th, 1933**

   —**The Social Security Act of 1934, the Trust Indenture Act**

   —**The Social Security Trust**

   —**The Treasury Trust Fund**

   —**The Public Trust and the Administration thereof**

These are each **Specific** and <u>**Special RELATIONSHIP Agreements,**</u> as they are specifically designed and voluntarily submitted to as required by the <u>***13th Amendment***</u> Authorizing such.

2.) **Rights Must Be Identified**

a. As evidenced by **Due Process of Statutory Provisions** and the *14th Amendment section 1 & 4*

3.) **Identification of Beneficiary-** Whom ***the property*** is held on *behalf of* (held in-trust)

4.) **Shares/Assets/Property** must be Identified

5.) **The Trust Must Be Workable**

6.) **Must have an ending i.e. can't last forever**

     —**All Elements of a Trust Are Present**—*<u>31 C.F.R. §§ 363.6</u>*

     —***Minor*** means *an "individual under the age of 18 years." "The term minor is also used to refer to an individual who has attained the age of 18 years but has not yet taken control of the securities contained in his or her minor account."*
     —***Minor account*** means *"an account that a custodian controls on behalf of a minor, that is linked to the custodian's primary account." **(See 31 CFR §§ 363.10 and 363.27 for more information about minor accounts.)***

     —**The Settlor is Federal Government**—*directly* and **through the state and local governments** (this indication is specified *<u>by the use of</u>* the *Lower Cased* **"state"** and **"government"**, and other proper nouns). Through various **acts** of *Congress*, and through the **Age of Majority Act's.** Through a combination of *federal constitutional change **(the Twenty-Sixth Amendment** lowering the voting age to 18*) and **subsequent state 'Age of Majority'** *statutes*, **American law** realigned the end of

*legal **infancy*** from the ***common-law 21*** to **18** across most jurisdictions. *Congress* thus influenced the *nationwide* shift, **while state legislatures executed it in their own codes.**

—*The identity* of the **Equitable Beneficial Title Holder is the Minor** both *un-attained* and *attained*, until they *control* the ***Securities/Shares*** in the trusted account.

—*The Rights* are Identified by **the right to attain the Age of Majority, to gain control of Securities Held in one's Minor Account,** and to be free from Minors Disabilities.

—***The Trust*** is *workable* in that the ***Custodian/Fiduciary/Trustee/Ministerial Clerk*** <u>must hold</u> the ***minor/ infant*** account in *trust* **on/for the benefit/behalf of a *minor/infant*,** that is linked to the *custodian's primary account* (in Most Instances the Federal and State Treasuries).

—***The Trust*** may not *last forever* as it and *the duties* of **all parties** end upon the attaining the *Age of Majority,* and **documenting** <u>such in a definitive manner by attaching an affidavit attesting such</u> <u>to his or her</u> **BIRTH CERTIFICATE- NOTE THE PRINCIPLE:**

—**"the register of titles is authorized to receive for registration of memorials upon any outstanding certificate of an official birth certificate pertaining to a registered owner named and said certificate of title showing the date of birth of said registered owner, providing there is attached to said certificate an affidavit of an affiant who states that he/she is familiar with the facts recited, stating that the party named and said birth certificate is the same party as one of the owners name and said certificate of title, and that thereafter the register of titles shall treat registered owner as having obtained the age of majority as of the date of 18 years after the date of birth shown on said certificate"...**

—**The aforementioned is** a *general court rule,* meaning that it applies in principle in **ALL** birth certificate attaining related matters, and *administrative proceedings.* **A Power of Attorney/Security Agreement** titled in part—**([CANUEL II JEAN-LOUIS power-of-attorney-general IN FACT", #202506168297838,])** **A PRIVATE SPECIAL RELATIONSHIP EXPRESS TRUST**, *encompassing* all related matters and associated properties is at issue invoking ***EXCLUSIVE JURISDICTION AT/IN EQUITY.***

—**This matter does not involve a statutory and/or constitutional provision respecting a minor and or infant, this matter exclusively and specifically involves an estate/trust and the property of an infant/minor under equitable law.**

—*Generally,* an ***infant*** may *acquire property rights,* but he or she is not regarded as *capable of managing* **his or her property.** *Hence,* **the law** does **not** *entrust him or her with the custody or control of his or her estate.* The reason, an ***infant/minor*** is **not** capable of managing **his or her own property,** is because they have **not** yet *attained the age of 18* and or *taken control of the securities, assets, properties held in their minor account, a general principle of equitable law.*

—*Generally,* as an ***equitable principal**, the statute of limitations,* is suspended as against ***infants*** during their *disability,* or either do not begin to run against an ***infant*** until the *obtaining of majority,* or where ***infancy*** **does not** toll *the statutes,* **the infant** is allowed a statutory period after *attaining majority* to *contest* **any adverse possessions** which *commence* during ***infancy.***

—Here, the inference is upon the *infant attaining* the <u>*age of majority*</u>, the same with respects to a *minor* and/or *juvenile,* and as noted, such a *person/individual* shall remain a *minor* and or *infant* until such time as they <u>**gain control of the assets held in their minor account through equity**</u>.

—With this supporting affidavit, *the Complainant* states that *this court* in **good conscience** and **good reason** shall <u>*aid the complainant*</u> in his *prayer* or <u>*show cause*</u> via <u>**facts and conclusions of equitable law why he is not entitled to just compensation and other equitable relief to which he is entitled as equitable beneficial title Holder.**</u>

—***Complainant prays*** to *this court* for <u>**damages**</u> in the amount as specified in *the contract* and the value of **the full estate plus interest,** for *the court* is under **obligation** in the **exercise** of <u>*its inherent equitable powers to do equity.*</u> |

—***Complainant*** additionally ***prays*** for *an injunction* to *issue* against **Respondent** and the, **Attorney** for an <u>*attempted taking of trust property*</u>, <u>*private information*</u> and <u>*solicitation against the complainant*</u> where he is **not** entitled to act against *the trust* with *just or any other cause,* for such is construed as <u>**intermeddling**</u> with the *estate* of *the infant/minor,* <u>**for which they are strict and severe penalties; pursuant to the Complainant's lodged "J.L.E.F.G.T. Fee Schedule of Remedial Penalties 2025".**</u>

### <u>Sources Cited:</u>
—**§ 336. Damages**—*The power to award damages in a proper case, as a necessary incident to other purely equitable relief and in the same decree, is fully admitted, and even to award damages alone in very special cases; but the jurisdiction has been exercised with the utmost caution and reserve.* —(See **JUDICIAL INTERPRETATION OF JURISDICTION, Pomeroy,—Equity Jurisprudence)**

—*A court of equity grants the relief of compensatory damages in connection with some other specific relief, and under very peculiar circumstances it decrees the payment of damages alone. Several kinds of equitable suits are wholly pecuniary in their relief, as those for contribution and exoneration.*—(See **JUDICIAL INTERPRETATION OF JURISDICTION, Pomeroy, Equity Jurisprudence)**

—***Maxims of Equity and Adjudication States*** that a ***Court of Equity (§ 56)*** to protect and' enforce rights to property the object of suits in chancery. The term *"**property**,"* as used in this section, includes *that is the subject of exclusive individual ownership; or, to be more specific, includes not only lands, houses, goods and chattels. rights and credits, but, also. a man's person. and his wife and minor children, and his right to work, and to sell and acquire property, and engage in any lawful business, and his and their reputation, health and capacity to labor, and his and their right to enjoy the senses of sight, smell, hearing and taste, and his and their right of speech and locomotion, and his and their right to enjoy their sense of moral propriety when normal. As men live by their labor and property, no man is presumed to part with either without receiving or expecting an equivalent in value. Hence, whenever one person has obtained either the labor or property of another he should pay or account therefor, unless he can prove it was a gift and so, whatever injury one person does to another's property or capacity to labor should be made good*

# RESERVATION/ANTI-WAIVER

Nothing herein consents to statutory jurisdiction or waives any preserved exception. **No general appearance. No contract. No commercial Joinder. ALL RIGHTS RESERVED. 2025. Without Prejudice. "So help me _God_"**

# VERIFICATION

**I, Canuel: Jean-Louis , _sui juris_, a natural living man, and _Private American civilian_ declare and swear under _Nature's God, Creator of Heaven and Earth, and under the principles of Exclusive Equity Jurisdiction/Jurisprudence, pursuant to the Treaty of Peace and Friendship(1777-1787) and the organic and original Constitution for the united States of America(1776-1781),_ that the foregoing is true, correct, and complete to the best of my knowledge and belief, and that all documents and incorporated exhibits are true exact copies of the documents they purport to be. Originals are available for inspection and I require immediate return after comparison/inspection.**

**I declare under the laws of the United States of America that foregoing is true and correct.**

Executed on this _2ⁿᵈ_ Day _September_ of 2025

By: _Canuel: Jean-Louis_

Canuel: Jean-Louis, _sui juris_ (_in propria persona_)-- not pro se
_All rights reserved, without prejudice._
As: **_Complainant_** and **_Equitable Beneficial Title Holder_**

# NOTARY ACKNOWLEDGMENT (Jurat)*

**State of** _NEW JERSEY_ )

§

**County of** _CAMDEN_ )

**On this** _2ND_ **day of** _SEPTEMBER_, **2025,** before me, a Notary Public, personally appeared Canuel: Jean-Louis, **_sui juris_,** known to me or satisfactorily proven to be _the living man_ who executed the foregoing instrument, (**BILL OF COMPLAINT IN EQUITY—PRESENTMENT TO VOID PROCEEDINGS AND JURISDICTION**) and acknowledged it for the purposes stated herein.

_____    **(SEAL)**
**Notary Public**

**My Commission Expires:** _07/26/2028_

Harjit Parhar
NOTARY PUBLIC
STATE OF NEW JERSEY
MY COMMISSION EXPIRES July 26, 2028

# Exhibit A

## Verified Memorandum of Law and Points of Authorities on Trust

## The Creation of a Trust

## Cases consistent with sections stated herein:

1. The formation of a Trust is generally accomplished when one party contracts with a second for the benefit of a third party. In so doing the first party is referred to as a Trustor, a Grantor, or a Settlor (hereinafter any of the three synonymous titles may be used interchangeably and the plural means the singular and singular means the plural), the second party is referred to as the Trustee and the third party is referred to as the Beneficiary(ies) (hereinafter the singular refers to the singular and plural). American Jurisprudence (AmJur) Second Edition (2nd) explains this well and is a matter of record in accord with Federal Rules of Evidence Rule 803, "Hearsay Exception".

2. The Trustee retains control of "Legal title" to that property but typically gives up "Equitable title" and use to the Beneficiary.

3. The definition of trust can be found in The Restatement of the Law of Trust, 2nd Ed.,

   **"§2. Definitions of Trust**

   A trust, as the term is used in the restatement of this subject, when not qualified by the word "charitable", "resulting" or "constructive," is a fiduciary relationship with respects to property, subjecting the person by whom the title to the property is held to equitable duties to deal with the property for the benefit of another person, which arises as a result of a manifestation of an intention to create it."

   **"h. Elements of a trust.** As it appears in this Section, a trust involves three elements, namely (1) **a trustee**, who holds the trust property and is subject to

equitable duties to deal with it for the benefit of another; (2) a **beneficiary**, to whom the trustee owes equitable duties to deal with the trust property for his benefit; (3) **trust property**, which is held by trustee for the beneficiary."

Cases consistent with this definition are cited at Christopher v Davis, 284 S. W. 253 (Civ. App. 1926, writ of error refused), "If intention appears that property be held and dealt with for the benefit of another, equity affixes to it the character of a trust"; Guest v. Guest, 208 S.W. 547 (Civ. App. 1919), "To create an express trust in favor of one not a party the deed, there must be an agreement existing at the time the title is acquired that it shall be held for his benefit"; *Sharon Grain Co. Farmers' Nat. Court of Follett*, 277 S.W. 449 (Civ. App. 1925); " * * money or property being delivered by one person to another for a specific   purpose creates a trust, the person accepting the money becoming a trustee"; "*Court of Washington v. San Benito & R. G. V. Ry. Co.*, 293 S.W. 599 (Civ. App. 1927).

*Comment h. Accord: City of Austin v Cahill*, 99 Tex. 17288, S.W. 542 (1905); *Conley v. Daughters of Republic*, 106 Tex. 80, 156 S.W. 197 (1913)

A trust relationship was established upon execution of signature when the **mortgage** document was executed (albeit without full knowledge) by the Trustor /Grantor. Restatement of the Law on Trust 2nd Ed.

### "§3. Settlor, Trust Property, Trustee and Beneficiary.

(1) The person who creates a trust is the settlor

Subsection (1). This is true though no cases have been found expressly laying down this proposition.

(2) The property held in trust is trust property.

Subsection (2).

(3) The person holding the property in trust is the trustee.

No case found laying down this express proposition, but it also is of course true.

(4) The person for whose *benefit* property is held in trust is the beneficiary."

Subsection (4). In *accord.* The beneficiary is perhaps more often called the cestui que trust.

4. Public Law 111-72, known as the Trust Indenture Act of 1939, sec. 303(7), states:

"the term "indenture" means any mortgage, deed of trust, trust or other indenture, similar instrument or agreement (including any supplement or amendment to the foregoing), under which securities are outstanding or are to be issued, whether or not a property, real or personal is, or is to be, pledged, mortgaged, assigned, or conveyed thereunder." (emphasis added)

This solidifies that the mortgage is **not a contract or even an agreement**, but is in fact actually a **trust indenture**, and must be executed and operated within the guidelines established for the execution of trust.

5. Restatement of the Law on Trust, 2nd Ed., states:

**"§4. Terms of Trust**

The phrase, "terms of the trust" means the manifestation of intention of the settlor with respect to the trust expressed in a manner, which admits of its proof in judicial proceedings."

No case found expressly laying down this proposition. As to the permissibility of considering extrinsic circumstances to aid in interpreting the terms of the instrument, see under § 24(1)

6. The initial method of trust creation was by application through the signing and execution of the mortgage agreement / trust indenture. The Restatement of the Law of Trust, 2nd Ed., states:

**"§17. Methods of Creating a Trust**

A trust may be created by

(a) A **declaration** by the owner of property that he holds it as trust for another person; or

(b) A **transfer inter vivos** by the owner of property to another person as trustee for the transferor or for a third person; or

(c) A **transfer by will** by the owner of property to another person as trustee for a third person; or

(d) An **appointment** by one person having a power of appointment to another person, as trustee for the donee of the power or for a third person; or

(e) A **promise** by one person to another person whose rights thereunder are to be held in trust for a third person."

*Clause* (a). In accord. In *Christopher v. Davis*, 284 S.W. 253, 257 (Civ. App. 1926, writ of error valid whether the creator constitutes himself or another trustee." Other examples are *Wallace v. Pruitt*, 1 Civ. App. 231, 20 S.W. 728 (1892); "*Samuel v. Brooks*, 207 S.W. 626, 629 (Civ. App. 1918, writ of error refused), "Trust may be created * * * by a declaration which fastens a beneficial interest in or upon property and retains the legal title in the donor."

*Clause* (b). Examples of this method are *Monday v. Vance*, 51 S.W. 346 (Civ. App. 1899); *Parrish v Mills*, 101 Tex. 276, 106 S.W. 882 (1908).

*Clause* (c). Examples of this method are *Wiess v Goodhue*, 98 Tex. 274, 276, 83 S.W. 178; *Munger v. Munger*, 298 S.W. 470 (Civ. App.).

*Clause* (d). No case is found.

*Clause* (e). Examples of this method are *Jones v. Day*, 40 Civ. App.158, 88 S.W. 424 (1905); *Warren v. Parlin – Orendorff Implement Co.*, 207 S.W. 586 (Civ. App. 1919, writ of error refused); *Costly v. Gracy*, 52 S.W. 2d 920 (Civ. App. 1932).

7. The Restatement of the Law on Trust, 2nd Ed., concerning capacity for creating a trust states:

**Capacity of Settlor, Transfer Inter Vivos in Trust.**

A person has capacity to create a trust by transferring property inter vivos in trust to the extent that he has capacity to transfer the property inter vivos free of trust."

Case consistent with this section are cited in *Uhlmann Grain Co. v. Wilson*, 68 S. W. 2d 281 (Civ. App. 933, writ of error dismissed), a minor was allowed to disaffirm upon reaching majority, and to recover the property.

8. In order to transfer property in trust the settlor must have demonstrated a proper manifestation to make such property transfer. The Restatement of the Law on Trust, 2nd Ed., states:

**"Requirement of Manifestation of Intent.**

A trust is created only if the settlor properly manifests an intention to create a trust."

"It is **immaterial** whether or not the settlor knows that the intended relationship is called a trust, and whether or not be knows he precise characteristics of the relationship which is called a trust."

"By manifestation of intention is meant the external expression of intention as distinguished from undisclosed intentions. Except as otherwise provided by statute, such as the Statute of Frauds (made a part hereof by reference as if fully set forth herein) or the Statute of Wills (see made a part hereof by reference as if fully set forth herein), the manifestation of intention to create a trust may be by spoken words as well as written words or by conduct;" (emphasis added)

In accord. The mere unexpressed intention to take, hold, or convey in trust will not be sufficient. *Johnson v First National Court of Sulphur Springs*, 40 S.W. 334 (Civ. App. 1903). In the following cases there was no trust because there was no sufficient showing of an intention to create one: *Gabert v. Oleott*, 86 Tex. 121, 23 S.W. 985 (1893); *Bateman v. Ward*, 93 S.W. 508 (Civ. App. 1906); *Hambleton v. Southwest Texas Baptist Hospital*, 172 S.W. 574 (Civ. App.

1914); *Henry v. Henry*, 12 F. 2d. 12 (5 Cir., 1926), cert. denied 273 U.S. 698, 47 S. Ct. 94, 71 L. Ed. 846. For cases in which it was held there was an intention to create a trust, see §24.

**Mode of Manifestation of Intention.**

(1) Except as otherwise provided by statute, the manifestation of intention to create a trust may be made by written or spoken words or by conduct.

In *accord*. Subsection (1) In order to ascertain whether there was an intention to create a trust, it is permissible to look to the surrounding circumstances, former conduct, feeling between the parties etc. *Hambelton*, supra.; *Chambers v. Brown*, 2 S.W. 518 (Tex. Sup. 1886); *McCreary v. Robinson*, 94 Tex. 221, 59 S.W. 536 (1900); *Hambelton v. Dignowity*, 196 S.W. 864 (Civ. App. 1917), writ of error refused; *Keiser v. Moss*, 296 S.W. 963 (Civ. App. 1927); *Latham v Jordan*, 3 S.W. 2d 555 (Civ. App. 1928), rev'd on other grounds, 17 S. W. 2d 805 (Com. App. 1929), in this case letters, account books, and court books were admitted to show the intention of the alleged settlor; *Graves v. Graves*, 232 S.W. 543 (Civ. App. 1921, writ of error refused), conduct of the parties after the alleged creation of the trust held to be relevant. But declarations of the grantor made after the conveyance upon which it is sought to engraft a trust are inadmissible, on the grounds that such statements would be in disparagement of the grantee's title, *Hambelton*, supra.

As to the **admissibility of parol evidence**;

(2) No particular form of words or conduct is necessary for the manifestation of intention to create a trust."

"No particular form of words is required to create a trust." *Christopher v Davis*, 284 S.W. 253 (Civ. App. 1926, writ of error refused). See Vernon's Ann. Civ. St. arts. 261 – 274, for requirement of beneficiaries' consent in assignments for the benefit of creditors

As the trust indenture / mortgage document was drafted by the alleged Lender, and as the alleged Lender failed, or cause to fail in the disclosure to the Trustor / Grantor of the terms of the trust, a duplicitous scheme emerged as the manifestations of intent by the Grantor was nothing but an illusionary artifice established through a façade the alleged Lender portrayed as a loan. As the smoke screen masquerading as a loan had cleared this illusionary manifestation of intent became

apparent to Trustor / Grantor that it was not / is not the Trustor / Grantor's intent to grant, convey or mortgage away Trustor / Grantor's property without proper and just consideration and compensation. For equity delights in equality.

9. It is the Position of Grantor that a trust was formed and that requisite duty applies. The Restatement of the Law of Trust 2nd Ed., states:

> "Precatory Words.
>
> No trust is created unless the settlor manifests an intention to impose enforceable duties."

10. The Restatement of the Law of Trust 2nd Ed., concerning Effective Conveyances of Property states:

> "Conveyance Inter Vivos to Person for His Own Benefit.
>
> If the owner of property makes a conveyance inter vivos of the property to another to be held by him for his own benefit and the conveyance is not effective to transfer the property, no trust is created."

*Comment (b).* Vernon's Ann. Civ. St. art. 3998 provides: "No gift of any goods or chattel shall be valid unless by deed or by will, duly acknowledged or proven up and recorded, or unless actual possession shall have come to, and remained with, the donee or some one claiming under him."

"does not apply to choses in action and an informal written assignment will constitute a valid gift, *Cowen v. First Nat. Court of Brownsville*, 94 Tex. 547, 63 S.W. 532, 64 S.W. 778 (1901). If the gift is ineffective or incomplete, it may be revoked by the donor. *McFerrin v. Templeman*, 102 Tex. 530, 120 S.W., 167 (1909).

The transfer of property was not effective as the alleged Lender coerced the Trustor / Grantor into signing a mortgage agreement / trust indenture through fraudulent inception and deceit. The perceived Grantor's manifestation of intent was not accurate, as the Grantor was PURPOSEFULLY MISLED AWAY FROM the knowledge that at a trust was even being created

and the Grantor's property was being CONVEYED for the benefit of another, WITH NO CONSIDERATION. Therefore, the creation of the trust was a NULLITY and a SHAM from the first instance.

11. Since the trust is not irrevocable and therefore is revocable, §32 of the same Restatement of Law on Trust 2nd Ed. now made a part hereof by reference as if fully set forth herein, states:

"e. Reservation of power to revoke and modify.

Where the owner of property transfers it to another to be held in trust, a trust may arise at that time although by the terms of the trust the settlor reserves power to revoke the trust in whole or in part, and a power to modify the trust.

'For an effective delivery there must be an intention to deliver, and there must be acts showing an execution of that intention, *Hubbard v. Cox*, 76 Tex. 239, 13 S.W. 170 (1890), not a trust case, however, see also *Koppelmann v. Koppelmann* 94 Tex. 40, 57 S.W. 570 (1900)

This power to revoke and modify the trust indenture enables the Grantor / Settlor / Trustor to fully revoke or make modifications as deemed necessary.

12. A trust can be created and trustee can accept office without notice. The Restatement of the Law of Trust, states:

"Notice to and Acceptance by Trustee.

A trust can be created without notice to or acceptance by trustee."

" Delivery of the deed to a third person is sufficient to pass title to the trustee, and no acceptance by the trustee is necessary for the creation of the trust, *Texas Rice Land Co. v Langham*, 193 S.W. 473 (Civ. App. 1917, writ of error refused).

Upon the execution of the trust indenture, the Trustor / Grantor was unknowingly appointed as Trustee, for the purposes of being forced into peonage and bondage to labor to fulfill the fiduciary role and pay the debt incurred by the alleged Lender through the depositing of the mortgage complaint. This is substantiated by the Trustor / Grantor retaining legal title to the property, which is standard of a trustee.

13. A trust can be created and beneficiary can accept beneficial position without notice. The Restatement of the Law of Trust 2nd Ed. states:

"Notice to and Acceptance by Beneficiary.

A trust can be created without notice to or acceptance by a beneficiary."

In *Accord. Wallis v. Satterfield*, 85 Tex. 301, 20 S.W. 155 (1892), the court held that a trust was valid, at least as to accepting beneficiaries, even though one of the beneficiaries had no knowledge of the trust.

Upon the execution of the trust indenture, the alleged beneficiary, through the use of a power of attorney unknowingly given by Trustor / Grantor at the closing of the alleged loan, appointed themselves the Beneficiary of the mortgage trust, thereby seizing the Trustor / Grantor of their property, without any full disclosure, compensation or consideration.

14. The trust created by and through the signing of the mortgage trust / agreement, have created with the help and assistance of various other financial means and methods, an atmosphere wherein the nature of the general welfare provisions have been damaged and destroyed and many divorces have occurred notwithstanding other hardships not herein listed are made a part hereof by reference as if fully set forth herein. When a trust established to assist and maintain rights to "life", "liberty" and the "pursuit of happiness", becomes the instrument to their destruction it operates in the nature of a breach of trust. The Restatement of the Law of Trust states:

"Enforcement of Public Policy.

A trust or provision in the terms of a trust is invalid if the enforcement of the trust or provision would be against public policy, even though its performance does not involve the commission of a criminal or tortious by the trustee. "

"Encouraging divorce or separation.

A trust or provision in the terms of the trust may be held invalid on the ground that its enforcement would tend to disruption of the family, by creating an improper motive for terminating the family relation."

Grantor has firsthand knowledge of the internal acts, intentional lack of disclosure and the misfeasance regarding agents of the ORIGINATING COURT, and any and all assigns and agents thereof and thereafter regarding the promotion of divorce and separation. Grantor has been irreparably destroyed and damaged therein for life and lives in a perpetual state of sorrow because of those action and inaction but to the full faith and credit of the United States for the lack of protection from a government we the people established for us and our posterity.

"Encouraging neglect or parental duties.

A provision in the terms of the trust may be held invalid on the ground that its enforcement would tend to encourage parents not to perform their duties toward their children."

"Disrupting other family relations

A provision in the terms of the trust may be held on the ground that its enforcement would tend to disrupt family relations other than the relation between husband and wife and the relation between parent and child."

"Restraining marriage.

A provision in the terms of the trust may be held invalid on the ground that its enforcement would tend to restrain the marriage of the beneficiary."

Grantor has discovered that the labor that has been performed, while under duress to repay an alleged loan that was satisfied in full, for the purposes of the creation and enforcement of a trust indenture, has caused irreparable harm and destruction to Grantor's marriage and parenting abilities. This causing Grantor damage and failing to disclose material facts relating to the irreparable harm, add another stipulation for the Grantor to utilize their innate powers to modify

and /or revoke as already covered in Restatement of Law on Trust, 2nd Ed., now made a part hereof by reference as if fully set forth herein.

15. The mortgage trust agreement, as stipulated by the alleged "Lender" is operating under a contract of impossibilities. The mortgage demands payment in a method that cannot PAY for an obligation, but merely discharge the obligation.

"Impossibility.

A trust or a provision in the terms of a trust may be unenforceable because of impossibilities."

16. There was trust property transferred from Grantor to a Trustee. Said property was personal property of Grantor in manner of a Mortgage Complaint, labor (maintenance and up keep), among other personal and real property in exchange for the illusionary promise of a loan that was never fulfilled. The Restatement of the Law of Trust 2nd Ed., states:

"The Necessity of Trust Property .

A trust cannot be created unless there is trust property.

No case found holding a trust was not created because there was no trust property however, *City of Austin v. Cahill*, 99 Tex. 172, 88 S.W. 542, 89 S.W. 552 (1905); and *Conley v. Daughters of the Republic of Texas*, 106 Tex. 156 S.W. 197 (1913) states ". . . there must be a conveyance or transfer to a person capable of holding it, an *object or fund* (italics theirs) transferred, and a cestui que trust or purpose to which it is to be applied. See language to the same effect in *Christopher*, supra; *Pottorff v. Stafford*, 81 S.W. 2d 539 (Civ. App. 1935); see (1936) 14 Tex. L. Rev. 280.

Contrary to popular public opinion, the **res** forth trust does not include the subject property at all. Instead the trust is constructed for the alleged Lender to steal the Grantors Mortgage Complaint for the purposes of stripping the Grantor of their property, money, equity and labor. The Mortgage Complaint is the real instrument of value that belongs to the Grantor, converted into a security, and is then sold into private debt and equity mutual funds, as an unregistered security,

creating wealth in interest and derivatives in unprecedented amounts, all for corporate greed. This entire façade was portrayed to disguise the true and undisputable facts the Grantor is the holder of the Mortgage Complaint. Additionally, in accordance with GAAP (Generally Accepted Accounting Procedures) whose sole purpose is to ensure that financial reporting is transparent and consistent from one organization to another which is stipulated by FASB (Financial Accounting Standards Board),when the alleged Lender deposited the instrument as cash , as clearly defined by statue under 12 USC §1813(l)(1), the alleged Lender owes the amount of the deposit to the *Depositor*, which in the first instance and in this instance is the Grantor. Without the establishment of this trust *ex-maleficio* to hide behind a vale or smoke screen rather, the alleged Lender would be forced to provide the Grantor access to the funds in the demand deposit account, hence satisfying the full payment as it were of the subject property at closing.

17. Furthermore, in The Necessity of Trust Property ." states in subsection a.,

"It is important also to distinguish a trust from a contact creating a mere personal obligation, because of the difference in the extent of the protection which the courts afford to the interest of the beneficiary of the trust. The beneficiary of a trust has an equitable interest in the subject matter of the trust, and its proceeds if it is disposed of, which gives him priority over the claims of the general creditors of the trustee and over transferees who are not bona fide purchasers."

The purported Lender, as previous Beneficiary, has brought this suit in an attempt to foreclose on the Grantor's Mortgage Complaint to prevent any claims of future interest by Grantor. However, Trustor / Grantor has exercised the power to modify and revoke and thus terminate the purported Lender as Beneficiary due to the fact that purported Lender had absolutely no consideration in this Agreement.

18. The total trust res accounting for which the alleged Lender is responsible for currently unknown to Grantor. Grantor is aware of the face-value of the Mortgage Complaint, interest, etc. but is not and has been made privy to the amount of credit swaps, derivatives and other funds to which the complaint is connected. This lack of disclosure on the purported Lender's behalf does not negate the future interest of which Grantor owns. The Restatement of the Law of Trust 2nd Ed., states:

"§76. Indefinite Subject Matter.

A trust cannot be created unless the subject matter is definite or definitely ascertainable."

*Comment (b)*. If the subject matter of the trust is indefinite, no trust exists. *Roth v. Schroeter*, 129 S.W. 203 (Civ. App. 1910 writ of error refused). See *Sale v. World Oil Co.*, 6 F. Supp. 321(D. C. N. D. Tex. 1933), aff'd *Humble Oil Refining Co. v. Campbell*, 69 F.2d 667 (5Cir., 1934); and *Stith v. Moore*, 42 Civ. App. 528, 95 S.W. 587 (1906, writ of error refused).

*Comment (c)*. The Texas cases seem contra to this proposition. Thus, in *McMurray v. Stanley*, 69 Tex. 227, 6 S.W. 412 (1887), trust property described as follows was held sufficiently definite: ". . . at his death (devisee) should he have any property still remaining in his possession and not disposed of or used by, the same shall be give by him to my nieces."

*Accord*: *Haldeman v. Openheimer*, 119 S.W. 1158 (Civ. App. 1909), modified, 103 Tex. 275, 126 S.W. 506 (1910); *Norton v. Smith*, 227 S.W. 542 (Civ. App. 1921, writ of error dismissed); *Arrington v. McDaniel*, 14 S.W.2d 1009 (Com. App. 1929).

19. Both tangible and intangible Things can be held in trust. The Restatement of the Law of Trust 2nd Ed., states:

"§82. Intangible Things.

Interest in intangible things, if transferable, can be held in trust."

In *accord. Thompson v. Caruthers*, 92 Tex. 530, 50 S.W. 331 (1899) (promissory complaint); *Jones v Day*, 40 Civ. App. 158, 88 S.W. 424 (1905) (promissory complaint); *Jackson v. Hughes*, 52 S.W. 2d 687 (Civ. App. 1932), judgement modified, 125 Tex. 130, 81 S.W. 2d 656 (1935) (life insurance policy); *Rape v Gardner*, 54 S.W 2d 594 (Civ. App. 1932) (life insurance policy); *Pottorff v Stafford*, 81 S.W. 2d 539 (Civ. App. 1935) (court stock).

20. The newly appointed Successor Trustee does not have to reside in the State in which the Trust is located and therefore, may be a non-resident status. The Restatement of the Law of Trust 2nd Ed., states:

"§94. Non-resident as Trustees.

A natural person who does not reside in the State in which a trust is created and is to be administered and in which the trust property is situated can be a trustee."

In accord. *Smith v. Allbright*, 261 S.W. 461 (Civ. App 1924); also see *Paschal v Acklin*, 27 Tex. 173 (1863); and *Lane v. Miller & Vidor Lumber Co.*, 176 S.W. 100 (Civ. App. 1915, writ of error refused); *Fort v. First Baptist Church of Paris*, 55 S.W. 402 (Civ. App. 1899)

## "§95. United States or State as Trustees.

The United States or a State has capacity to take and hold property in trust, but in the absence of a statute otherwise providing the trust is unenforceable against the United States or a State."

In *Federal Trust Co. v. Brand*, 76 S. W. 2d 142 (Civ. App. 1934, writ of error refused), the State, through its Courting Commissioner, was held to be a trustee.

21. The Trustee can be replaced. Both proper court and the Grantor have the contractual right to replace the Trustee or terminate this trust. The Restatement of the Law of Trust 2nd Ed., states:

§108. Appointment of New Trustee.

If a trust is created and there is no trustee or if the trustee , or one of several trustees failed or cause to fail in their duties to record the "Release of Lien" and "Satisfaction of Mortgage" with the full satisfaction upon the receipt of the Mortgage Complaint. Thus, the Trustor has appointed a new successor Trustee. This entire process is being conducted to ensure not only validation but enforcement too.

*Haldeman*, supra, "surviving trustee had the power to appoint". *Weiner v. Weiner*, 245 S.W. 474 (Civ. App. 1922, writ of error dismissed), "executor could appoint – but only under certain circumstances"; *Johnson v Snaman*, 76 S.W. 2d 824 (Civ. App. 1934, writ of error refused), "beneficiary could appoint".

22. Upon creation of the trust, the Trustor / Grantor / Settlor, granted a Power of Attorney (POA) to the alleged Lender, unaware of what the POA would be used for. This POA was

used to appoint the alleged Lender as the Beneficiary of the trust establishment by the Trustor / Grantor / Settlor, without knowledge or consent of the Trustor / Grantor / Settlor. The Restatement of the Law of Trust 2nd Ed., states:

"§112. Definite Beneficiary Necessary.

A trust is not created unless there is a beneficiary who is definitely ascertained at the time of the creation of the trust or definitely ascertainable within the period of the rule against perpetuities."

See *Kramer v. Sommers*, 93 S.W. 2d 460 (Civ. App.1936, writ of error dismissed), "where a trust was held void because of among other reasons assigned, there was no definite designation of the beneficiaries. The trustee was given the power to "designate and appoint at any time, either before or after the death of any beneficiary hereunder as such trustee shall desire and select to take and hold all or any of such trust estate", and the power also "to expend all or any part of the trust property for the use and benefit of any beneficiary herein". See *infra* under § 28

*Comment (b)*. See *Crosson v. Dwyer*, 9 Civ. App. 482, 30 S.W. 929 (1895, writ of error refused), "beneficiaries were described as "our children".

Since that time, through diligent, painstaking research and man hours online and in numerous law libraries the Trustor / Grantor / Settlor has discovered the true nature of the alleged loan transaction and the creation of this constructive trust ex-maleficio. Grantor, is utilizing Grantor's power to revoke and /or modify as outlined in The Restatement of the Law of Trust 2nd Ed. §32e. now made a part hereof as stated prior. Grantor has / is terminating the POA granted to the alleged Lender and any and all assigns and agent thereof and thereafter, and terminating all beneficiaries. Such modifications are / shall be available in the Public Record for viewing.

23. The Settlor can also be the Beneficiary. The Restatement of the Law of Trust 2nd Ed., states:

"§114. The Settlor as Beneficiary.

The Settlor of a trust may be one of the beneficiaries or the sole beneficiary of the trust."

In accord. Monday v. Vance, 92 Tex. 428, 49 S.W. 516 (1889), "one of several beneficiaries"; Murphy – Bolanz Land & Loan Co. v. Mckibben, 236 S. W. 78 (Comm. App. 1922), sole beneficiary; *Johnson*, supra, "sole beneficiary".

During the utilization of the power to revoke and /or modify by the Grantor, Trustor / Grantor / Settlor has, after termination of previous beneficiary, filed the void appointment with the Trustor as the new Beneficiary of the Mortgage Trust. This new appointment is /shall be registered in the public records and coincides with the Trustor / Grantor /Settlor's true manifestation of intent.

24. Trustor /Grantor / Settlor has capacity to hold legal title to property and therefore has the capacity to be beneficiary upon property of which alleged Lender holds. The Restatement of the Law of Trust 2nd Ed., states:

"§116. Capacity to Be Beneficiary.

A person who has capacity to take and hold legal title to property has capacity to be the Beneficiary of a trust of such a property."

No case found in which this proposition was expressly stated, but it is undoubtedly the rule in Texas See §§117 – 119

25. Trustor / Grantor perceived manifestation of intent to make the alleged Lender the beneficiary. This action was done through calculated deceit by and through the alleged Lender for the purpose of stealing the Trustor / Grantor's property, equity, money, and labor. Now that the Trustor / Grantor has, through diligence, discovered this deception, Trustor /Grantor, in their true and expressed manifestation of intent, terminated the alleged Lender as the previous Beneficiary and appointed themselves as Beneficiary in conjunction with The Restatement of the Law of Trust 2nd Ed. §114, now made a part hereof by reference as if fully set forth herein. The Restatement of the Law of Trust 2nd Ed., states:

**"§127. Who are Beneficiaries.**

A person is a beneficiary of a trust if the settlor manifests an intention to give him a beneficial interest, except so far as this principle is limited by the rule in Shelley's Case."

COMPLAINT: The Rule in Shelley's Case is a rule of law that may apply to certain future interests in real property and trusts created in common law jurisdictions - Moynihan, Cornelius, Introduction to the Law of Real Property, 3d Edition, West Group (St. Paul: 2002).

No known restrictions or impediments to heirs of estate passage exist; therefore the aforesaid Rule is inapplicable to these proceedings.

26. The Restatement of the Law of Trust 2nd Ed., states:

**"§169. Duty To Administer Trust.**

Upon acceptance of the trust by the Trustee, he is under a duty to the beneficiary to administer the trust.

In *accord. Murchison v Payne*, 37 Tex. 305 (1872). Also see *Bruce v Republic Nat. Court & Trust Co.*, 74 S.W. 2d 461 (Civ. App. 1934, writ of error granted), ". . . it is incumbent on him (trustee) to preserve and protect the trust property for *all* beneficiaries, and to *administer* it strictly in compliance with the terms of the trust."; *McMullin v Sims*, 37 S.W. 2d 141 (Com. App. 1931); *Bruce*, supra.

**"§170. Duty of Loyalty.**

(1) The trustee is under a duty to the beneficiary to administer the trust solely in the interest of the beneficiary.

Subsection (1) In *accord. Murphy – Bolanz Land*, supra.; *Bruce*, supra.; *comment (a) – (b), (e) – (f), (k) – (n) and (p)*

(2) The trustee is dealing with the beneficiary on the trustees own account is under a duty to the beneficiary to deal fairly with him and to communicate to him all material facts in connection with the transaction which the trustee knows or should know.

Subsection (2). In *accords. Johnston v. Andrade,* 54 S.W. 2d 1029 (Civ. App. 1932, writ of error refused). Also see language in Atlas Brick Co. v North, 2 S.W.2d 980, rev'd, 13 S.W.2d 59 (Com. App. 1929); Pershing v. Henry, 236 S.W. 213 (1922), aff'd, 255 S.W. 382 (Com. App. 1923)

### "§172. Duty to Keep and Render Accounts.

The trustee is under a duty to the beneficiary to keep and render clear and accurate accounts with respect to the administration of the trust."

In *accord. White v. White,* 25 S.W. 2d 826 (Com. App. 1930), rev'g, 15 S.W. 2d 1090 (Civ. App. 1929). Also see *Alexander v Solman,* 15 S. W. 906 (Tex. Sup. 1891); *Dodson v. Watson,* 110 Tex. 355, 220 S.W. 771, 11 *A.L.R.* 583 (Tex. Sup. 1920).

### "§173. Duty to Furnish Information.

The trustee is under a duty to the beneficiary to give him upon his request at reasonable times complete and accurate information as to the nature and amount of the trust property, and to permit him or a person duly authorized by him to inspect the subject matter of the trust and the accounts and vouchers and other documents relating to the trust."

In *accord. Temple State Court v. Mansfield,* 215 S.W. 154 (Civ. App. 1919, writ of error dismissed), "court held special deposit as trustee, and the court appointed a receiver because that court refused to give the beneficiary information concerning the fund."

### "§176. Duty to Preserve Trust Property.

The trustee is under a duty to the beneficiary to use reasonable care and skill to preserve the trust property.

In *accord. Seawell v. Greenway Bro. & Co.*, 22 Tex. 691, 75 Am. Dec. 794 (1859), "trustee held responsible for loss of party of the trust property."; Also see *Bruce*, supra, ". . . it is incumbent on him (trustee) to preserve and protect the trust property. . ."

*Comment a.* see §174 (comment (a) – "*Duty To Exercise Reasonable Care And Skill*"

It is the duty of the Trustee to pay the taxes on the property. Cotton v. Rand, 92 S.W. 266 (Civ. App. 1906, writ of error dismissed). It is the duty of the trustee to sue to recover the property, and to remove clouds on title. *Kirtey v. Spencer,* 222 S.W. 328 (Civ. App. 1920, writ of error refused). Also see, Mathews v. Darnell, 27 Civ. App. 181, 65 S.W. 890 (1901, writ of error denied); Wichita Royalty Co. v. City Nat. Court of Wichita Falls, 127 Tex. 158, 89 S.W. 2d 394 (1935).

The newly appointed successor Trustee has a duty and obligation to faithfully administer the trust and conduct all actions accordingly to the terms and conditions of the trust and with the best intentions of the Trustor / Grantor as Beneficiary

27. The beneficiary of trust has remedy both in equity and at law. The Restatement of the Law of Trust 2nd Ed., states:

> "§197. Nature of Remedies of Beneficiary.
>
> Except as stated in §198, the remedies of the beneficiary against the trustee are exclusively equitable."

Although the cases recognize that matters pertaining to the execution of trust are within the equitable jurisdiction, *Powell v. Parks,* 86 S.W. 2d 725 (Com. App. 1935); *Kaufman v. Parker* 99 S.W. 2d 1074 (Civ. App. 1936); *Gamel v. Smith*, 3 Civ. App. 22, 21 S. W. 628 (1893), "the problem of this section and §198 is not important in Texas procedure, due to the blended system of law and equity and the availability of a jury in either.

*Comment c.* Since an action of trespass to try title may be based on an equitable title, as well as a legal one, *Blythe v. Easterling*, 20 Tex. 565 (1851); *Lester v Hutson*, 167 S.W. 321 (Civ. App.

1913, writ of error dismissed), there would seem to be no objection in Texas to the beneficiary's suing the trustee in this corm of action, providing the requirements of Vernon's Ann. Civ. St. Title 124 were other wise met. See *Montgomery v Truehart*, 146 S.W. 284 (Civ. App. 1912, writ of error refused).

### "§198. Legal Remedies of Beneficiary.

(1) If the trustee is under a duty to pay money immediately and unconditionally to the beneficiary, the beneficiary can maintain an action at law against the trustee at law to enforce payment.

(2) If the trustee of a chattel is under a duty to transfer it immediately and unconditionally to the beneficiary and in breach of trust fails to transfer it, the beneficiary can maintain an action at law against him."

No case law found. See §197

"§199. Equitable Remedies of Beneficiary.

The beneficiary of a trust can maintain a suit;

(a) To compel the trustee to perform his duties as trustee;

(b) To enjoin the trustee from committing a breach of trust;

(c) To compel the trustee to redress a breach of trust;

(d) To appoint a receiver to take possession of the trust property and administer the trust;

(e) To remove the trustee."

*Clause (a)*. In *accord* with this proposition. *Nagle v. Von Rosenberg*, 55 Civ. App.354, 119 S.W. 706 (1909); *Warren v. Parlin – Orendorff Implement Co.*, 207 S.W. 586 (Civ. App. 1918 writ of error refused); *Lipsitz v. First Nat. Court of Gordon*, 293 S.W. 563, modified, 296 S.W. 490 (Com. App., "held in this case that if the trustee's duty were to pay over money, the beneficiaries could enforce payment"; *Midland Shoe Co. v. A.L. & K. Dry Goods Co.*, 3 S.W. 2d 475 (Civ.

App. 192, writ of error refused); *Brookshire v. Wambaugh*, 9 S.W. 2d 269 (Civ. App. 1928), "in this case the trustee was compelled to pay over income". Also see Hidalgo County Road District No. 1 v. Morey, 74 F. 2d 101 (5 Cir., 1935); *Redding v Redding's Executors*, 15 Tex. 249 (1855), "in this case the court compelled a partition".

*Clause (b).* In *accord. Weeks v Sibley*, 269 F. 155 (D.C.N.C. Tex. 1920); Driskill v. Boyd, 181 S.W. 715 (Civ. App. 1915, writ of error refused). Also see, Weiner v. Weiner, 245 S.W. 474 (Civ. App. 1922, writ of error dismissed), "remainderman under the trust – not the beneficiary – obtained an injection against the trustee to protect his residuary interest"; Preston v. Walsh, 10 F. 315(C.C.W.D. Tex. 1882), rev'd, 109 U.S. 247, 3 S. Ct. 169, 245, 27 L. Ed 940.

*Clause (c).* See § §205, 206.

*Clause (d).* In accord. *Temple State Court v. Mansfield*, 215 S.W. 154 (Civ. App.1919, writ of error dismissed); *Cotton v. Rand,* 92 S.W. 266 (Civ. App. 1906, writ of error dismissed), Driskill v. Boyd, 181 S.W. 715 (Civ. App. 1915, writ of error refused); *Bingham v. Graham*, 220S.W. 105 (Civ. App. 1920); *First State Court of Bellevue v. Gaines,* 121 Tex. 559, 50 S.W. 2d 774 (1932).

For cases in which a receiver was denied, see *Harris v. Hicks*, 13 Civ. App. 134, 34 S.W. 983 (1896); *Stroud Motor Mfg. Co. Gunzer*, 240 S.W. 644 (Civ. App. 1922)

*Clause (e).* See§ 107

The purported Lender has been terminated by the Trustor for reasons not limited to fraudulent misrepresentation, fraudulent inducement and deception to misconstrue Grantor's manifestation of intent. The purported Lender has now been completely removed and holds no current appointment with the trust. Therefore, any action commenced by purported Lender against the Grantor as Trustee for breach of duty is frivolous and has no merit.

28. Grantor has requested that the purported Lender produce documentation to properly demonstrate the trust's accounts so that settlement of these accounts can be properly closed. The Restatement of the Law of Trust 2nd Ed., states:

**"§260. Settlement of Accounts.**

The trustee is entitled to have the accounts of his administration of the trust examined and settled by the court."

See *Watson v. Dodson*, 143 S.W 329 (Civ. App. 1912, writ of error dismissed); *Seawell v. Greenway Bro. & Co.*, 22 Tex. 691, 75 Am Dec.794 (1859).

29. The Restatement of the Law of Trust 2nd Ed., states:

"§281. Action at Law by Beneficiary.

(1) Where the trustee could maintain an action at law or suit in equity or other proceeding against a third person if the trustee held the trust property free of trust, the beneficiary cannot maintain an action at law against the third person, except as stated in subsection (2).

(2) If the beneficiary is in possession of the subject matter of the trust, he can maintain such action against the third person as a person in possession is entitled to maintain."

In *Bartley v Rhodes*, 33 S.W. 604 (Civ. App. 1895), it was held that "where persons, in consideration of the transfer to him of property held in trust for payment of claims of preferred creditors, *promises the trustee* to pay the claims, such person is liable on the promise directly to the preferred creditors

"§282. Action in Equity by Beneficiary.

(1) Where the trustee could maintain an action at law or suit in equity or other proceeding against a third person if the trustee held the property free of trust, the beneficiary cannot maintain a suit in equity against the third person, except as stated in subsection (2) and (3).

(2) If the trustee improperly refuses or neglects to bring an action against the third person, the beneficiary can maintain a suit in equity against the trustee and the third person.

(3) if the trustee cannot be subjected to the jurisdiction of the court or if there is no trustee, the beneficiary can maintain a suit in equity against the third person, if such suit is necessary to protect the interest of the beneficiary."

*Subsection* (1). No case found stating this proposition. However, see cases under *Subsection* (2).

*Subsection* (2). Where a beneficiary attempted to recover trust property from a third person from a third person, it was held that that the trustee should be made a party defendant to the suit. *De Everett v. Henry*, 67 Tex. 402, 3 S.W. 566 (1887); *Powell v. Parks*, 86 S.W. 2d 725 (Com. App.1935). Also see *Ballard v. Anderson*, 18 Tex. 377 (1857); and *Hall v. Harris*, 11 Tex. 300 (1854), "and when the suit is *by* or against the *cestui que trust* or beneficiary, the trustees are also necessary parties."

*Subsection* (3). No case found.

To reiterate, the purported Lender and all others claiming an interest or appointment in this matter have been terminated and noticed the same. The void appointments of Beneficiary and Trustee have been filed with appropriate parties that will administer the trust coinciding with the Trustor / Grantor's true manifested intent.

30. A trust can be revoked. The Restatement of the Law of Trust 2nd Ed., states:

"§330. Revocation of Trust by Settlor.

(1) The settlor has power to revoke the trust if and to the extent that by the terms of the trust he reserved such a power.

(2) Excepted as stated in §§332 and 333, the settlor cannot revoke the trust if by the terms of the trust he did not reserve a power of revocation.

*Subsection* (1). In *West Texas Court & Trust Co. v. Matlock*, 212 S.W 937 (Com. App. 1919), "a provision whereby the settlor reserved the power to revoke the trust if the railroad were not built within a reasonable time was held valid.

*Subsection* (2). In *accord. Monday v. Vance*, 92 Tex. 428, 49 S.W. 516 (1899)

Should the purported Lender attempt to interfere, publicly or privately, with the revocation and modification of the trust and more specifically, the registration of Trustor / Grantor as Trustee, the purported Lender would have to utter and admit to forcing slavery and involuntary servitude upon Grantor for reasons now known to be false. This would be a violation of more provisions of law and equity than will be mentioned here.

31. A trust with revocable assignment can be revoked and /or modified. The Restatement of the Law of Trust 2nd Ed., states:

"§331. Modification of Trust by Settlor.

(1) The settlor has power to modify the trust if and to the extent that by the terms of the trust he reserved such a power.

(2) Except as stated in Subsection 332 and 333, the settlor cannot modify the trust if by the terms of the trust he did not reserve a power of modification."

*Subsection* (1). No case found.

*Subsection* (2). In *accord:* Commissioner Internal Revenue Service v. Guitar Trust Estate, 72 F. 2d 544 (5 Cir., 1934). Also see Sapp v. Houston Nat. Exch. Court, 266 S.W. 141 (Com. App. 1924), court said, "terms of trust could be made changed"; Neblett v. Valentino, 92 S.W. 2d 432 (Com. App. 1936).

"§332. Power of Revocation or Modification Omitted by Mistake.

(1) If a trust is created by written instrument and the settlor intended to reserve a power of revocation but by mistake omitted to insert in the instrument a provision reserving such a power, he can have the instrument reformed and can revoke the trust.

(2) If a trust is created by a written instrument and the settlor intended to reserve a power to modify the trust but by mistake omitted to insert in the instrument a provision reserving such a power, he can have the instrument reformed and can modify the trust.

No case found.

"§333. Rescission and Reformation.

A trust can be rescinded or reformed upon the same grounds as those upon which a transfer of property not in trust can be rescinded or reformed.

*Comment c. In Caffey's Ex'rs v. Caffey*, 12 Civ. App. 616, 35 S.W. 738 (1896), it was held that a conveyance to a trustee may be set aside on the ground of fraud and duress.

In *Ebell v. Bursinger*, 70 Tex. 120, 8 S.W. 77 (1888), "the settlor sued to set aside the conveyance to the trustee on the ground of duress, but the suit was dismissed for failure to join necessary parties.

The Grantor reserved the right to revoke and /or modify at any time.

32. The Restatement of the Law of Trust 2nd Ed., states:

"§337. Consent of Beneficiaries.

(1) Except as stated in Subsection (2), if all the beneficiaries of trust consent and none of them is under an incapacity, they can compel the termination of the trust.

(2) If the continuance of the trust is necessary to carry out a material purpose of the trust, the beneficiaries cannot compel its termination."

*Subsection* (1). See *McNeill v. St. Aubin* 209 S.W. 781 (Civ. App. 1919), "guardian of minor beneficiaries not allowed to compel trustees to turn over corpus of the property, but court didn't discuss expressly the proposition of this section"; in *Tinsley v. Magnolia Park Co.*, 59 S.W. 629 (Civ. App. 1900, writ of error refused), the trust was held to have been terminated by the consent of all the beneficiaries.

There are statements in one or two cases to the effect that if the trust is an active one the beneficiaries cannot compel the termination of the trust. *Parks v. Powell*, 56 S.W. 2d 323 (Civ. App. 1932); *Lanius v. Fletcher*, 100 Tex. 550, 101 S.W. 1076 (1907); (this case is explainable under *Comment i*, however). If the trust is passive, the beneficiary may require the trustee to execute a conveyance to him and thus terminate the trust relationship. *Moore v City of Waco*, 85 Tex. 206, 20 S.W. 61 (1892).

*Subsection* (2), *Comment i*. In *Lanus*, supra, the beneficiary, a married woman, was not allowed to terminate the trust, her husband being still alive, and the purpose of the trust being to protect the property from the control of the husband.

No such material purposes exist. The Restatement of the Law of Trust 2nd Ed., states:

> "§339. Where Settlor is Sole Beneficiary.
>
> If the settlor is the sole beneficiary of a trust and is not under incapacity, he can compel the termination of the trust, although the purposes of the trust have not been accomplished."

Consistent with this is *Guardian Trust Co. v Studdert*, 36 S.W.2d 578 (Civ. App. 1931), aff'd, 55 S.W. 2d 550 (Com. APP. 1932)

In the event that purported Lender attempts to put forth claims that a material purpose of the trust still exist, Trustor /Grantor as the sole beneficiary, who is not under any incapacity of any kind, can still compel the termination of the trust. Settlor hereby gives notice to purported Lender to distribute trust res to Trustor / Grantor / Settlor, and documents have been or shall be registered to reflect the same.

## NOTICE

This document is not intended to threaten, harass, intimidate, offend, conspire, blackmail, coerce, cause consternation, alarm, contempt or distress or impede any public duties. It is presented with honorable and peaceful intentions. Any affirmation contrary to the verified statement of facts will comprise your stipulations to committing a fraud upon the court.

The instant matter is definitively a matter dealing with an infant/minor/ward of the court, unless the court will state with specificity and without ambiguity that the presenter, the **real party in interest** has attained the age of majority upon their 18th birthday and is construed, recognized, present not as an administrative civil adult, but as a man/woman, capable of managing and handling his/her own affairs.

Because and due to the sheer fact that this is a matter of equity, a matter of trust, a matter dealing with an infant/minor estate/property the instant matter is neither civil administratively and/or criminal administratively but a matter of equity, without the law. As equity remains present even without law, and the court must in its inherent equity position as mandated, render equity, and it may not aid a wrongdoer under any circumstances.

Should the court in its infinite wisdom through its administrative officer make the executive decision not to respond and or place evidence on the record of either infancy and/or attaining majority, it will be **deemed acquiescence** supported by the proof contained herein of the party of interest having attained the age of majority at their 18th birthday stripping the court of any presumed and/or assumed jurisdiction, making the court liable through waiver of immunity via such acquiescence. When dealing with a person attaining the age of majority facts and conclusions **have to be supported by equitable law** and not administrative law, as administrative law may not be applied to one having attained majority without their consent, as involuntary servitude is against equity and the presenter WAIVES NO RIGHTS under any circumstances, at any time, at any moment, without exception.

This instrument/documentation/evidence is hereby and herein placed on the record for a permanent memorial of the existence of an "**EXPRESS SPECIAL RELATIONSHIP TRUST**", and because the record of the court is deemed to be public, this shall serve as publication of such existence of a trust in addition to any other prior or nor previous publications of such records. With a five-day moratorium and/or limitation associated and attached hereto, any and all rebuttals, responses, replies, and or objections must be in writing, with specificity supported by facts and conclusions of equitable law.

I declare under the laws of the United States of America that foregoing is true and correct.

Executed on this _2_ Day of _September_ ~~2019~~ 2025

By: _Canuel: Jean-Louis "TTEE"_
All Rights Reserved. 2025

As: Complainant and equitable **beneficial** entitlement holder.

# Founders Online

## THE MOROCCAN-AMERICAN TREATY OF PEACE AND FRIENDSHIP, [2~ JUNE 1786]

### The Moroccan-American Treaty of Peace and Friendship

God.                                                                                    ⌊28 June 1786⌋[1]

This is a Treaty of Peace & Friendship, established between Us and the United States of America, which is confirmed ⌐ which we have ordered to be written in this Book & sealed with our Royal Seal at our Court of Morocco, on the twenty fift day of the blessed Month of Shaban in the Year one thousand two Hundred,[2] trusting in God it will remain Permanent.

#### .1.

We declare that both Parties have agreed that this Treaty consisting of twenty five Articles, shall be inserted in this Bc & delivered to the Honorable Thomas Barclay, the Agent of the United States now at our Court, with whose Approbation has been made & who is duly authorized on their Part, to treat with us concerning all the Matters contained therein.—

#### .2.

If either of the Parties shall be at War with any Nation whatever, the other Party shall not take a Commission from the Enemy, nor fight under their Colors.

#### .3.

If either of the Parties shall be at War with any Nation whatever, & take a Prize belonging to that Nation, & there shall found on board Subjects or Effects belonging to either of the Parties, the Subjects shall be set at Liberty & the Effects retu to the Owners; & if any goods belonging to any Nation with whom either of the Parties shall be at war, shall be loaded on Vessels belonging to the other Party, they shall pass free & unmolested without any Attempt being made to take or detain them.—

#### .4.

A Signal or Pass shall be given to all Vessels belonging to both Parties, by which they are to be known when they meet Sea, & if the Commander of a Ship of War of either Party, shall have other Ships under his Convoy, the Declaration of the Commander shall alone be sufficient to exempt any of them from examination— 3

#### 5

If either of the Parties shall be at War & shall meet a Vessel at Sea belonging to the other, it is agreed that if an examination is to be made, it shall be done by sending a Boat with two or three Men only, & if any Gun shall be fired and injury done without Reason, the offending Party shall make good all Damages—

#### .6.

If any Moor shall bring Citizens of the United States or their Effects to His Majesty, the Citizens shall immediately be at Liberty & the Effects restored & in like Manner, if any Moor not a Subject of these Dominions, shall make Prize of any ⌐ the Citizens of America or their Effects, & bring them into any of the Ports of His Majesty, they shall be immediately relea

as they will then be considered as under His Majesty's Protection.—

### .7.

If any Vessel of either Party shall put into a Port of the other & have occasion for Provisions or other Supplies, they sh be furnished without any interruption or molestation—

### .8.

If any Vessels of the United States shall meet with a Disaster at Sea & put into one of our Ports to repair, she shall be ε Liberty to land & reload her Cargo without paying any Duty whatever.—

### .9.

If any Vessel of the United States shall be cast on shore on any Part of our Coasts, she shall remain at the Disposition the owners, & no one shall attempt going near her without their Approbation, as she is then considered particularly unde protection; & if any Vessel of the United States shall be forced to put into our Ports by Stress of Weather or otherwise, sh shall not be compelled to land her Cargo, but shall remain in tranquillity untill the Commander shall think proper to proc on his Voyage—

### .10.

If any Vessel of either of the Parties shall have an engagement with a Vessel belonging to any of the Christian Powers, within Gunshot of the Ports of the other, the Vessel so engaged shall be defended & protected as much as possible untill s in safety; And if any American Vessel shall be cast on shore on the Coast of Wadnoon [4] or any Coast thereabout, the peop belonging to her shall be protected and Assisted untill, by the help of God, they shall be sent to their Country.

### .11.

If we shall be at War with any Christian Power & any of our Vessels sail from the Ports of the United States, no Vessel belonging to the Enemy shall follow untill twenty four hours after the departure of our Vessels, & the same Regulation sh be observed, towards the American Vessels sailing from our Ports. be their Enemies Moors or Christians

### .12.

If any ship of War belonging to the United States shall put into any of our Ports, she shall not be examined on any Pretence whatever, even though she should have fugitive Slaves on Board, nor shall the Governor or Commander of the F compel them to be brought on shore, under any Pretext, nor require any payment for them.

### .13.

If a Ship of War of either Party shall put into a Port of the other & salute, it shall be returned from the Fort, with an eç Number of Guns, not with more or less.—

### .14.

The Commerce with the United States shall be on the same footing as is the Commerce with Spain, or as that with the most favored Nation for the time being; & their Citizens shall be respected & esteemed & have full Liberty to pass & repas our Country & Sea Ports, whenever they please without interruption.

### .15.

Merchants of both Countrys shall employ only such interpreters & such other Persons to Assist them in their Business they shall think proper. No Commander of a Vessel shall transport his Cargo on board another Vessel, he shall not be detained in Port, longer than he may think proper; and all Persons employed in loading or unloading Goods, or in any other Labor whatever, shall be paid at the customary Rates, not more & not Less.

## .16.

In Case of a War between the Parties, the Prisoners are not to be made Slaves, but to be exchanged one for another, Captain for Captain, Officer for Officer and one private Man for another; & if there shall prove a difficiency on either side shall be made up by the Payment of one hundred Mexican Dollars for each Person wanting. And it is agreed that all Prisoners shall be exchanged in twelve Months from the time of their being taken, & that this Exchange may be effected by a Merchant or any other Person authorized by either of the Parties.

## .17.

Merchants shall not be compelled to buy or sell any kind of Goods, but such as they shall think proper, & may buy & Sell all sorts of Merchandise, but such as are prohibited to the other Christian Nations—

## .18.

All Goods shall be weigh'd & examined, before they are sent on board; & to avoid all detention of Vessels no examination shall afterwards be made, unless it shall be first proved, that contraband Goods have been sent on board; in which Case the Persons who took the contraband Goods on board shall be punished according to the Usage & Custom of the Country & no other Person whatever shall be injured, nor shall the Ship or Cargo incur any Penalty or damage whatever.—

## .19.

No Vessel shall be detained in Port on any pretence whatever, nor be obliged to take on board any Article without the Consent of the Commander, who shall be at full Liberty to agree for the freight of any Goods he takes on board—

## .20.

If any of the Citizens of the United States or any Persons under their Protection, shall have any Disputes with each other the Consul shall decide between the Parties, & whenever the Consul shall require any aid or Assistance from our Government to enforce his Decisions, it shall be immediately granted to him.—

## .21.

If a Citizen of the United States shall kill or wound a Moor, or on the contrary if a Moor shall kill or wound a Citizen of United States, the Law of the Country shall take place & equal Justice Shall be rendered the Consul assisting at the Tryal; any Delinquent shall make his escape, the Consul shall not be answerable for him in any Manner whatever—

## .22.

If an American Citizen shall die in our Country and no Will shall appear, the Consul shall take Possession of his Effects if there shall be no Consul, the Effects shall be deposited in the hands of some Person worthy of Trust, untill the Party shall appear who has a right to demand them; But if the Heir to the Person deceased be present, the property shall be delivered him without interruption, & if a Will shall appear, the Property shall descend agreable to that Will, as soon as the Consul declare the validity thereof.

## .23.

The Consuls of the United States of America, shall reside in any sea Port of our Dominions that they shall think prope they shall be respected & enjoy all the Privileges which the Consuls of any other Nation enjoy; & if any of the Citizens of tl United States shall contract any Debts or engagements, the Consul shall not be in any manner accountable for them, unle he shall have given a promise in writing for the payment or fulfilling thereof, without which promise in writing no applice to him for any redress shall be made.—

## .24.

If any differences shall arrise by either Party infringing on any of the Articles of this Treaty, Peace and Harmony shall remain notwithstanding in the fullest force, untill a friendly Application shall be made for an Arrangement, & untill that Application shall be rejected, no Appeal shall be made to Arms; & if a War shall break out between the Parties, Nine Mon shall be granted to all the Subjects of both Parties to dispose of their Effects & retire with their Property; And it is further declared, that whatever indulgences in Trade or otherwise shall be granted to any of the Christian Powers, the Citizens of United States shall be equally entitled to them.

## .25.

This Treaty shall continue in full force with the Help of God, for fifty Years—[5]

We have delivered this Book into the Hands of the beforementioned Thomas Barclay, on the first day of the blessed M of Ramadan in the Year One thousand two hundred.—

I Certify that the annexed is a true copy of the Translation made by Isaac Cardoza Nuñez, Interpreter at Morocco, of tl Treaty between the Emperor of Morocco and the United States of America.—

Tho<sup>s</sup> Barclay[6]

## Translation of the additional Article

Grace to the only

I the underwritten, the Servant of God, Taher Ben Abdelkack Fennish, do certify that His Imperial Majesty my Master (whom God preserve) having concluded a Treaty of Peace and Commerce with the United States of America has ordered : the better to compleat it and in addition of the tenth Article of said Treaty to declare, "that if any Vessel belonging to the United States shall be in any of the Ports of His Majesty's Dominions or within Gunshot of his Forts, she shall be protecte much as possible and no Vessel whatever, belong either to Moorish or Christian Powers with whom the United States ma at War, shall be permitted to follow or engage her, as we deem the Citizens of America our good Friends.["]

And in obedience to his Majesty's Commands I certify this Declaration by putting my hand and Seal to it, on the Eighteenth Day of Ramadan in the Year One thousand two hundred—[7]

(signed)
The Servant of the King my Master whom God preserve
Taher Ben Abdelhack Fennish. [8]

I Certify that the Above is a True Copy of the Translation Made at Morocco by Isaac Cardoza Nunes Interpreter of a Declaration Made and signed by Sidi Hage Tahar Fennish in Addition to the Treaty between the Emperor of Morocco and United States of America which Declaration the said Tahar Fennish Made by the Express Directions of His Majesty—

Tho<sup>s</sup> Barclay

Note, The Ramadan of the Year of Hegira 1200 Commenced on the 28<sup>th.</sup> of June in the Year of our Lord 1786—[9]

MS (Adams Papers); endorsed by JA: "Treaty with Morocco." Filmed at [*15 July 1786*]. This copy, signe by Thomas Barclay and containing text in his hand (see notes 6 and 9), is likely one of the three translati that Barclay enclosed with his 2 Oct. letter to the commissioners, below. For a facsimile of the Arabic text see Miller, *Treaties*, 2:186–211.

1. This date is derived from that on which Thomas Barclay signed the main body of the treaty on the f day of Ramadan in the year 1200.

The Moroccan-American treaty was negotiated very expeditiously. In part this was because the commissioners' agent, Thomas Barclay, wasted no time in opening the negotiations, but it also reflected t desire of the Moroccan emperor, Mohammad III, for an agreement with the United States. The emperor h opened Moroccan ports to American ships in 1777 and since 1778 had been seeking a treaty. His frustrati at failing to receive any response from the United States to his overtures led him to seize the brig *Betsy* i Oct. 1784, and it is from that capture, and others by Algiers, that Congress' decision to negotiate with Morocco and the other Barbary States largely proceeded (vols. 6:32–33; 14:501–502; 16:xv–xvi, 491). Barclay reached Marrakesh, the site of the Moroccan court, on 19 June 1786, and after two audiences wit the emperor and the submission of the heads of the articles proposed for the treaty, Morocco approved th agreement on 23 June, and Barclay signed it on the 28th.

The agreement is based on the draft treaty with the Barbary States that Benjamin Franklin and Thoma Jefferson prepared in mid-1785 (Jefferson, *Papers*, 8:347–354). JA received a copy of the draft for his comments as an enclosure with Jefferson's 6 Aug. letter (vol. 17:306–308). The only changes suggested JA related to Art. 17 of the draft (Art. 14 of the final treaty), concerning the application of the most favor nation principle (vol. 17:341–342). After receiving JA's comments, Jefferson presumably prepared fair co of the draft for Barclay and John Lamb to carry on their missions to Morocco and Algiers, respectively. Neither has been found, however, so comparisons between the draft and the final treaty are based on the draft as printed in Jefferson, *Papers.*

To save time and avoid modeling the treaty on the 1780 Spanish-Moroccan Convention of Amity and Commerce, Barclay proposed to submit to the emperor "the Heads of such a Treaty as I imagined would I perfectly agreeable to both Countries" (Barclay to the commissioners, 18 Sept. 1786, below). Barclay presumably meant that he would condense the articles in the draft to their essentials, and the treaty artic are, for the most part, shorter than those in the draft. It should be noted that Barclay's "Heads" were translated from English into Arabic and then back into English; see the comments on problems with the English translation in Miller, *Treaties*, 2:220–223. It was the English translation provided by Barclay, howe that was ratified by Congress and that served as the definitive text for American purposes.

The most striking differences between the draft and the treaty are the omission of the draft's preambl and Arts. 1 through 3. To a degree the draft's preamble and Art. 1 were combined into the treaty's pream and Art. 1. But Arts. 2 and 3, the first of which provided for the release of any American citizens in captiv —of which there were none since the release of the *Betsy*, for which see vol. 17:277—and the second providing that no Moroccan ships would take prizes or cruise within sight of the American coast, were probably considered irrelevant. So, too, presumably was Art. 8 of the draft, concerning the liability of commanders of public and private ships and the bond provided upon the commissioning of a privateer, ar Art. 28, concerning the granting of particular commercial advantages to other nations.

The Moroccan additions to the treaty are also significant. The new preamble and Art. 1 were routine, presumably intended to bring the treaty into conformity with the style of other Moroccan treaties, and throughout the treaty it is made clear that Morocco, a Muslim state, was concluding a treaty with a Christ state. But the most significant Moroccan addition was Art. 16, for in declaring that prisoners of war would be made slaves and setting the conditions for their exchange, it resolved, at least in the case of Morocco,

principal reason for the United States to negotiate treaties with the Barbary States. Finally, the additional article was essentially the inclusion of language to make Art. 10 reciprocal with regard to the provisions ii Art. 11 applying to Morocco.

Barclay did not leave the Moroccan court until mid-July. The delay was caused by the need to add the addition to and clarification of Art. 10, but apparently it was also due to translation problems and unauthorized changes to the treaty, for which see Barclay's 16 July letter, below. In any event, it was not until his 2 Oct. letter, below, following a lengthy journey through Morocco on his way to Spain, that Barcl. dispatched Lt. Col. David Salisbury Franks to Paris with the treaty and its supporting documents. Franks reached Paris in late December, at which time Jefferson prepared a document indicating the commissione provisional ratification of the treaty (see at 25 Jan. 1787, below), which he signed on 1 Jan., with JA doin on the 25th. The commissioners then sent the treaty to America under cover of their 27 Jan. letter to Joh Jay, below, and Congress ratified it on 18 July (JCC, 32:355–364).

2. That is, 22 or 23 June 1786.

3. For the ship signals agreement signed on 6 July, the 9th day of Ramadan in the year 1200, see Mill Treaties, 2:219.

4. That is, the western coast of Morocco, where the Sahara Desert meets the Atlantic Ocean.

5. This was an extraordinary period of time because the commissioners' 7 May 1784 instructions had the maximum duration for a treaty with a European power at ten years. However, the same instructions stated that with regard to treaties with the Barbary States, they should "continue for the same Term of 1 years or for a Term as much longer as can be procured" (vol. 16:195, 196).

6. In Barclay's hand.

7. That is, 15 July 1786.

8. In addition to the emperor's desire for a treaty, the speed with which the agreement was concluded may have owed much to the experience at European courts of the emperor's representative in the negotiations, Sidi Haj Tahar Ben Abdulhaq Fennish. He was a seasoned European diplomat who had serve Moroccan ambassador to Britain in 1774 and would later serve as its ambassador to the Ottoman Empire (Repertorium, 3:241, 242).

9. The final paragraph, signature, and note are in Barclay's hand.

Note: The annotations to this document, and any other modern editorial content, are copyright © The Massachusetts Historical Society. All rights reserved.

Back to top

| | |
|---|---|
| SOURCE PROJECT | Adams Papers |
| TITLE | The Moroccan-American Treaty of Peace and Friendship, [28 June 1786] |
| AUTHOR | Adams, John |
| DATE | 28 June 1786 |
| CITE AS | "The Moroccan-American Treaty of Peace and Friendship, [28 June 1786]," *Founders Online*, National Archives, https://founders.archives.gov/documents/Adams/06-18-02-0196. [Original source: *The Adams Papers*, Papers of John Adams, vol. 18, *December 1785–January 1787*, ed. |

Gregg L. Lint, Sara Martin, C. James Taylor, Sara Georgini,
Hobson Woodward, Sara B. Sikes, Amanda M. Norton.
Cambridge, MA: Harvard University Press, 2016, pp. 360–
367.]

The National Historical Publications and Records Commission (NHPRC) is part of the National Archives. Through its grants program, the NHPRC supports a wide range of activities to preserve, publish, and encourage the use of documer sources, relating to the history of the United States, and research and development projects to bring historical records the public.

Founders Online is an official website of the U.S. government, administered by the National Archives and Records Administration through the NHPRC, in partnership with tl University of Virginia Press, which is hosting this website.

*From Documents of American History*

## LETTER FROM GEORGE WASHINGTON TO
## MUHAMMED IBN ABDULLAH—SULTAN OF MOROCCO
*—City of New York December 1, 1789*

### GREAT AND MAGNANIMOUS FRIEND,

Since the date of the letter which the late Congress, by their President, addressed to your Imperial Majesty, The United States of America have thought proper to change their government and institute a new one, agreeable to the Constitution, of which I have the honor, herewith, to enclose a copy. The time necessarily employed in the arduous task, and the disarrangements occasioned by so great though peaceable a revolution, will apologize, and account for your Majesty's not having received those regularly advised marks of attention from the United States which the friendship and magnanimity of your conduct toward them afforded reason to expect.

The United States, having unanimously appointed me to supreme executive authority in this Nation. Your Majesty's letter of August 17, 1788, which by reason of the dissolution of the late-government, remained unanswered, has been delivered to me. I have also received the letters which Your Imperial Majesty has been so kind as to write, in favor of the United States, to the Bashaws of Tunis and Tripoli, and I present to you the sincere acknowledgements and thanks of the United States for this important mark of your friendship for them.

We greatly regret the hostile disposition of those regencies toward this nation, who have never injured them, is not to be removed, on terms of our power to comply with. Within our territories there are no mines, wither of gold or silver, and this young nation just recovering from the waste and dissolution of a long war, have not, as yet, had time to acquire riches by agriculture and commerce. But our soil is bountiful, and our people industrious, and we have reason to flatter ourselves that we shall gradually become useful to our friends.

The encouragement which Your Majesty has been pleased, generously, to give to our commerce with your dominions, the punctuality with which you have caused the Treaty with us to be observed, and the just and generous measures taken in the case of Captain Proctor, make a deep impression on the United States and confirm their respect for and attachment to Your Imperial Majesty.

It gives me great pleasure to have the opportunity of assuring Your Majesty that, while I remain at the head of this nation, I shall not cease to promote every measure that may conduce to the friendship and harmony which so happily subsist between your Empire and them, and shall esteem myself happy in every occasion of convincing Your Majesty of the high sense *(which in common with the whole nation)* I entertain the magnanimity, wisdom and benevolence of Your Majesty.

May the Almighty bless Your Imperial Majesty, our Great and Magnanimous friend, with His constant guidance and protection.

*—GEORGE WASHINGTON*

# THE UNITED STATES OF AMERICA DISTRICT COURT
## — EASTERN DISTRICT—

**In re:**
*Jean Louis Empire Foreign Grantor Trust™*
*Canuel: Jean-Louis*, Trustee, *sui juris*
*a/k/a Noble Canuel Jean-Louis-El*, Sheik
    *Complainant* herein.

**v.**

**COMMONWEALTH OF PENNSYLVANIA,**
**(DAUPHIN COUNTY COURT OF COMMON PLEAS, et.al)**
    *Respondent*,

**No**. _____ (To be assigned)*

================================================================

In re: **Case No. CP-22-MD-0001474-2025, &**
**CP-22-CR-0002559-2025**

COMMONWEALTH OF PENNSYLVANIA,
    **Respondent**,

v.

CANUEL II JEAN-LOUIS,
    Captioned "Defendant" below,
    **Complainant** herein.

―――

## **COMPLAINT FOR WRIT OF PROHIBITION AND EXTRAORDINARY RELIEF**
### (Filed Pursuant to Pa.R.A.P. 1601–1606)

―――

## SECTION I — COMPLAINANT IDENTIFICATION

*Complainant* is *Noble Canuel Jean Louis El, Sheik*, a <u>*Moorish American National*</u>, also known as *Canuel: Jean-Louis, sui juris* appearing in *propria persona*, personally and not by counsel, and

making **no general appearance** for or on behalf of the artificial entity denominated without consent to commercial joinder to said entity also known as **"CANUEL II JEAN-LOUIS."**
That designation appears solely as the caption employed by the lower tribunal and is **expressly disputed as to status, capacity, and jurisdiction.**

*Complainant* **preserves all nationality rights, constitutional rights, and equitable rights without waiver, and brings this cause as an injured party seeking redress and restraint of unlawful proceedings.**

———

## SECTION II — JURISDICTION OF THE SUPREME COURT

The **Supreme Court** possesses jurisdiction to restrain an inferior tribunal through a **Writ of Prohibition** under:
 **1. Pa.R.A.P. 1601–1606**, *authorizing extraordinary relief where a lower court proceeds without or in excess of jurisdiction;*
 **2. 42 Pa.C.S. § 502**, *granting authority to issue extraordinary writs in aid of the court's jurisdiction;*
 **3. Pa. Const. art. V, § 9**, *guaranteeing the right to appellate review; and*
 **4. Equity doctrine (Pomeroy §131)** *requiring jurisdiction to appear affirmatively on the record and forbidding judicial presumptions of authority.*

Because the **Dauphin County Court of Common Pleas** acted **without establishing jurisdiction, upon impeached evidence**, and **through unqualified officers, intervention is both proper and necessary.**

———

## SECTION III — STATEMENT OF MATERIAL FACTS

**A. Sixth Amendment** *"Nature and Cause"* Inquiry Ignored

*Complainant* requested clarification of the court's jurisdiction and asked:

"Has the court made a judicial determination that I am not allowed to defend myself, or that I cannot have freedom of speech in this courtroom?"
(N.T. 10/08/25, p. _44_line 10)

The court did not answer, did not state its jurisdiction, and shortly afterward left the bench, denying meaningful opportunity to be heard and violating due-process requirements.

———

**B. Affidavit Contradicted by Testimony**

The Affidavit of Probable Cause lists the NCIC entry as December 9, 2024, while the officer testified the NCIC entry was made April 19, 2024.
(N.T. 10/08/25, p. _34_line 23)

He admitted the inconsistency and offered no legal explanation beyond **"human error."**

Under **Pa.R.E. 613,** this impeaches credibility.
Under **Gibson §45,** such falsehood vitiates the entire proceeding.

————

## C. Court Proceeded Despite Impeached Evidence

*Complainant* moved to suppress the affidavit and testimony; the court refused to rule on the contradiction and continued the hearing **as if no defect existed.**

————

## D. Oaths and Bonds Missing — Ultra Vires Officers

*Complainant* demanded proof of lawful qualification.
The judge acknowledged the issue as material and stated *Complainant* could obtain the documents himself.

The **Recorder's Office** confirmed:
- **Judge's oath exists**
- **Prosecutor's oath not found**
- **No bonds recorded for either official**

Under **PA Constitution Art. VI § 3,** officers must take and file oaths before acting.
Under **Black's Law Definition (*"Ultra Vires"*),** acts without lawful qualification are void.Under Sheldon, injured parties are entitled to equitable protection.

————

## E. Judge Left the Bench Mid-Colloquy

While constitutional and jurisdictional objections were pending, **Judge Curcillo** stood up and left the bench, terminating the hearing without ruling with impartiality.

This violates **lawful civilian due process,** **Mathews v. Eldridge,** and **Canons 3(A)(4)–(5)** of the **Judicial Conduct Code.**

————

## F. Transcript Mis-Rendered Material Terms

*Complainant* said **"implied surety,"** but the transcript incorrectly states **"implied specialty."**

Because **"surety"** is a technical term in equity and subrogation **(Sheldon §§2–4),** this is a material error requiring correction under **Pa.R.A.P. 1926(b).**

## G. Irrelevant Narrative & Speculation Entered the Record

The prosecutor introduced irrelevant **"usual practice"** testimony and **speculative** assertions. *Complainant* raised multiple objections; at least **six(6)** were overruled.

This violates **Pa.R.E. 401–403, 602,** and **701.**

## H. Commonwealth Attempted to Restrict Argument on Kratsas

The prosecutor sought to prohibit *Complainant* from raising **Commonwealth v. Kratsas** and other jurisdictional arguments.
The judge stated a *prima facie* case existed but did not bar **Kratsas.**

**Immediately after further jurisdictional inquiry, the judge exited the bench.**

# SECTION IV — GROUNDS FOR EXTRAORDINARY RELIEF

## A. Jurisdiction Not Proven

The lower court never stated or established its jurisdiction.
Per *Pomeroy §131, jurisdiction cannot be inferred or presumed.*
The judge's departure while the question was pending is structural error.

## B. Affidavit Vitiated by Contradiction

The **NCIC** contradiction destroys probable cause under **Pa.R.E. 613** and vitiates proceedings under *Gibson §45.*

## C. Officers Acted Ultra Vires

*Missing oaths and bonds render the actions of the judge and prosecutor void, not voidable.*
**(PA Constitution. Art. VI §3; Black's Law;** *Sheldon***)**

## D. Lawful Civilian Due Process Violated

The judge left the bench during active constitutional objection.
This is a *denial of meaningful opportunity to be heard* **(Mathews v. Eldridge).**

_____

**E. Prohibition is Mandatory Before Further Injury**

The **"November 19, 2025"** hearing or any subsequently scheduled hearings by the lower tribunal will **intensify the injury, allow jurisdictional waiver arguments, and continue a void process.**

Under **Pa.R.A.P. 1602,** prohibition is the only adequate remedy.

_____

## SECTION V — RELIEF REQUESTED

*Complainant* respectfully **demands:**

**1. Writ of Prohibition restraining the Dauphin County Court of Common Pleas and all involved Respondents from further action.**

**2. Declaration of Jurisdictional Defect.**

**3. Order to Produce Oaths and Bonds of judge and prosecutor.**

**4. Order to Correct the Transcript under Pa.R.A.P. 1926(b).**

**5. Stay of All Proceedings, including the November 19 hearing.**

**6. All other equitable relief necessary.**

_____

## SECTION VI — VERIFICATION

### RESERVATION/ANTI-WAIVER

Nothing herein consents to statutory jurisdiction or waives any preserved exception. **No general appearance. No contract. No commercial Joinder. ALL RIGHTS RESERVED. 2025. Without Prejudice. "So help me *God*"**

### VERIFICATION

**I, Canuel: Jean-Louis , *sui juris*, a natural living man, and *Private American civilian* declare and swear under *Nature's God, ALLAH Creator of Heaven and Earth, and under the principles of Exclusive Equity Jurisdiction/Jurisprudence, pursuant to the Treaty of Peace and Friendship(1777-1787) and the organic and original Constitution for the united States of America(1776-1781)*, that the foregoing is true, correct, and complete to the best of my knowledge and belief, and that all documents and incorporated exhibits are true exact copies of the documents they purport to be. Originals are available for inspection and I require immediate return after comparison/inspection.**

**I declare under the laws of the United States of America that foregoing is true and correct.**

**Executed on this** 24th **Day** November **of 2025**

**By:** Canuel: Jean-Louis "TTEE"

Canuel: Jean-Louis, *sui juris* (*in propria persona*)-- not pro se
*All rights reserved, without prejudice.*
As: ***Complainant*** and ***Equitable Beneficial Title Holder***

## NOTARY ACKNOWLEDGMENT (Jurat)*

**State of** New Jersey          )
                                              §
**County of** Camden          )

On this 25th **day of** November**, 2025, before me, a Notary Public, personally appeared Canuel: Jean-Louis, *sui juris,* known to me or satisfactorily proven to be *the living man* who executed the foregoing instrument(s), (BILL OF COMPLAINT IN EQUITY—PRESENTMENT TO VOID PROCEEDINGS AND JURISDICTION) and (*COMPLAINT FOR WRIT OF PROHIBITION AND EXTRAORDINARY RELIEF*) and acknowledged it for the purposes stated herein.**

Kaitlynn Nazarene
**Notary Public**

KAITLYNN NAZARENE
(SEAL) NOTARY PUBLIC
STATE OF NEW JERSEY
MY COMMISSION EXPIRES February 21, 2030

**My Commission Expires:** February 21, 2030



*Exhibit 1-A*

## *Declaration Of Status for The Living Man*

### *Notice of Non-Consent to Commercial Joinder*

*By Right- Not By Grant*
*All Rights Reserved. 2025.*

**Recording Requested By:**    Canuel Jean-Louis, *sui juris*

**When Recorded Return To:**    c/o Canuel Jean-Louis,  *sui juris*
[6130 W Flamingo Rd  2032]
[Las Vegas, Nevada near 08096]

**Document Title:**    *Declaration of Status for The Living Man*

**Grantor:**    **Allah, The Creator, The Divine Architect of The Universe**

**Grantee:**    Canuel Jean-Louis, *sui juris* Trustee

**APN / Reference #:**    *Date of Nativity: **Julian date —2448756.2986***

*his instrument is for lawful public notice purposes only and is not a deed of trust, mortgage, or statutory instrument. All rights reserv*

**20252790029**
10/06/2025 08:27 AM   Page 1 of  3
eRECORDED IN OFFICIAL RECORDS OF PIMA COUNTY, AZ
Gabriella Cázares-Kelly, Recorder

# _Moorish Holy Temple Of Science_

## _Moorish American Baptismal Certificate_

_The Divine and National Movement Of North America_
_Leviticus 25:10_
_HOLY CONVOCATION – BAPTISM_

| | |
|---|---|
| **Recording Requested By:** | Canuel Jean-Louis, _sui juris_ |
| **When Recorded Return To:** | c/o Canuel Jean-Louis, _sui juris_ <br> [6130 W Flamingo Rd  2032] <br> [Las Vegas, Nevada near 08096] |
| **Document Title:** | **Moorish Holy Temple Of Science Baptismal Certificate** |
| **Grantor:** | **Allah, The Creator, The Divine Architect of The Universe** |
| **Grantee:** | Canuel Jean-Louis, _sui juris,_ Trustee |
| **APN / Reference #:** | _Date of Nativity: Julian date —2448756.2986_ |

_This instrument is for lawful public notice purposes only and is not a deed of trust, mortgage, or statutory instrument. All rights reserved._

  

**ISLAM**          **ASIA**          **A L L A H**

# Moorish Holy Temple of Science

The Divine and National Movement Of North America
Leviticus 25:10
HOLY CONVOCATION – BAPTISM

## Certificate

Name given at Birth: ____ Canuel II Jean-Louis          Race: **Asiatic**

Date of Origin: May 13th 1992 c.e.          **Pennsylvania Republic** Mailing

Location: **1509 Alcott Street; Philadelphia, Pennsylvania**

New Birth Name given at Baptism or Obligation: **Noble Canuel Jean-Louis-El**

Mother's Name: Dieudonne Samson Blanchard   Father's Name: Cadnuel Jean-Louis

Nationality: Moorish American Citizenship: United States of America Republic

Age at the Time of Baptism: 32 years

Date: January 1st, 2025 c.e.

    REASON – Member proclaims their Ancient Nationality, Religion and Name

  and was Baptized as such.

OTHER REASON: 1st Amendment - Exercising Constitutionally Secured Rights 1st

Amendment Freedom of Religion, PA Code 67 Chapter 91 § 91.4. Application (20

Baptismal Certificate

We Request that Ancient names be Annexed to names Last Furnished on Record in

Various Departments by Members.
Noble Ivy David Prosser El, Shariff

_____
Moorish Missionary, Authentication Seal

## RESERVATION/ANTI-WAIVER

Nothing herein consents to statutory jurisdiction or waives any preserved exception. **No general appearance. No contract. No commercial Joinder. ALL RIGHTS RESERVED. 2025. Without Prejudice. "So help me _God_"**

## VERIFICATION

**I, Canuel: Jean-Louis,** _sui juris_, **a natural living man, and** _Private American civilian_ **declare and swear under** _Nature's God, Creator of Heaven and Earth, and under the principles of Exclusive Equity Jurisdiction/Jurisprudence, pursuant to the Treaty of Peace and Friendship(1777-1787) and the organic and original Constitution for the united States of America(1776-1781),_ **that the foregoing is true, correct, and complete to the best of my knowledge and belief, and that all documents and incorporated exhibits are true exact copies of the documents they purport to be. Originals are available for inspection and I require immediate return after comparison/inspection.**

Date: _September 30th_ , 2025.

By: _Canuel: Jean-Louis_

Canuel: Jean-Louis, _sui juris (in propria persona)_-- not pro se
_All rights reserved, without prejudice._

## NOTARY ACKNOWLEDGMENT (Jurat)*

State of _New Jersey_ )

County of _Camden_ ) ss:

On this **30**th day of _September_ , **2025,** before me, a **Notary Public,** personally appeared Canuel: Jean-Louis, _sui juris,-in propria persona_ known to me or satisfactorily proven to be _the living man_ who executed the foregoing instrument, (_Moorish Holy Temple of Science—Baptismal Certificate_) and acknowledged it for the purposes stated herein.

(SEAL)

Notary Public

My Commission Expires: _5/1/2030_

SARABJIT PARHAR
Notary Public - State of New Jersey
Commission # 50126350
My Comm. Expires May 1, 2030



## OUR AUTHORITY

(COPY)
Book 521

PAGE 579
State of Illinois, Cook County  ss
No. 10105905

Filed For Record

CORPORATION — Religious — Affidavit of Organization
Form No. 1099.

STATE OF ILLINOIS,
County of COOK

ss

1928 AUG. 1 PM 252
AND RECORDED IN
BOOK                    PAGE

SSN* 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

I, NOBLE DREW ALI, CANUEL II. SEAN-LOUIS  Recorder

Salomoz Jasconowskic

MOORISH SCIENCE TEMPLE OF AMERICA..............held

at.............Chicago.............in the County of COOK............

and State of Illinois, on the...............20th.............day of

.......July.............A. D. 1928, for that purpose, the fol-

lowing persons were appointed Canuel Seanlavis-El SHIEKS.....1509 Alcott Street

Philadelphia Pennsylvania [19149] according to the rules and usages of such

MOORISH SCIENCE TEMPLE OF AMERICA

do solemnly swear that at the meeting of the members of the
NOBLE DREW ALI, MEALY EL, SMALL BEY LOVETT
BEY AND FOREMAN BEY.  The Moorish Science Temple
of America deriving its power and authority from the Great
Koran of Mohammed to propagate the faith and extend the
learning and truth of the Great Prophet of ALI in America.
To appoint and consecrate missionaries of the prophet and
to establish the faith of Mohammed in America.

And said MOORISH SCIENCE TEMPLE OF AMERI-
CA adopted as its corporate name, the following MOORISH
SCIENCE TEMPLE OF AMERICA Noble Canuel Seanlavis-El Sheik

And at said meeting. this affiant acted as Presiding
Officer. Subscribed and sworn to Before me.

My Commission Expires Mar 22, 2026  Movember 13 day of

.......July.............A. D. 1928.........

Drew Ali $100,000,000,000.00

Roberta W. Counull  Consideration Amount.
Notary Public

See Hurd's Rev. Stat., Chap. 32, 36. °Our appointed °Or Wardens
vestrymen, or whatever name they may adopt

---

The Great Meeting Is On!

ISLAM                    ASIA

## KORAN QUESTIONS FOR MOORISH AMERICANS

HUMANITY

PROPHET DREW ALI

THE CARES OF THE WORLD

SALVATION

NOBLE DREW ALI Founder of
MOORISH SCIENCE TEMPLE OF AMERICA
48 INCHES MT. CLEMENS, MI.
Price 50¢

ACT 5.—All members must promptly attend their meetings and send their children to Sunday School, and the teacher must confirm himself to the questionary. And let every member exercise his five senses who is able to do so, because out from your Sunday School comes the guiders of the Nation.

ACT 6.—With us all members must proclaim their nationality and we are teaching our people their nationality and their Divine Creed that they may know that they are part and partial of this said government, and know that they are not Negroes, Colored Folks, Black People or Ethiopians, because these names were given to slaves by slave holders in 1779 and lasted until 1865 during the time of slavery, but this is a new era of time now, and all men now must proclaim their free national name to be recognized by the government in which they live and the nations of the earth, this is the reason why Allah the Great God of the universe ordained Noble Drew Ali, the Prophet to redeem his people from their sinful ways. The Moorish Americans are the descendants of the ancient Moabites who inhabited the North Western and South Western shores of Africa.

ACT 7.—All members must promptly attend their meetings and become a part and a partial of all uplifting acts of the Moorish Science Temple. Members must pay their dues and keep in line with all necessities of the Moorish Science Temple, then you are entitled to the name of "Faithful." Husband, you must support your wife and children. Wife, you must obey your husband and take care of your children and look after the duties of your household. Sons and daughters must obey father and mother and be industrious and become part of the uplifting of fallen humanity. All Moorish Americans must keep their hearts and minds pure with love, and their bodies clean with water. This Divine Covenant is from your Holy Prophet Noble Drew Ali, through the guidance of his Father, God Allah.

## Moorish American Prayer

ALLAH the Father of the Universe, the Father of Love, Truth, Peace, Freedom and Justice. ALLAH is my Protector, my Guide, and my Salvation by night and by day, through His Holy Prophet, DREW ALI. (Amen).

## Koran Questions for Moorish Children

1. Who made you?   ALLAH.

2. Who is ALLAH?   ALLAH is the Father of the Universe.

3. Can we see Him?   No.

4. Where is the nearest place we can meet Him?   In the heart.

5. Who is Noble Drew Ali?   He is ALLAH'S Prophet.

6. What is a Prophet?   A Prophet is a Thought of Allah manifested in the flesh.

7. What is the duty of a Prophet?   To save nations from the wrath of ALLAH.

8. Who is the founder of the MOORISH SCIENCE TEMPLE OF AMERICA?   Noble Drew Ali.

9. What year was the MOORISH SCIENCE TEMPLE OF AMERICA founded?   1913 A. D.

10. Where?   Newark, New Jersey.

11. Where was NOBLE DREW ALI born?   In the State of North Carolina, 1886.

12. What is his nationality?   Moorish-American.

13. What is your nationality?   Moorish-American.

14. Why are we Moorish-Americans?   Because we are descendants of Morrocans and born in America.

15. For what purpose was the Moorish Science Temple of America Founded?   For the uplifting of fallen humanity.

1

16. How did the Prophet begin to uplift the Moorish Americans?   By teaching them to be themselves.

17. What is our religion?   Islamism.

18. Is that a new, or is that the old time religion?   Old time religion.

19. What kind of a flag is the Moorish?   It is a red flag with a five pointed green star in the center.

20. What do the five points represent?  Love, Truth, Peace, Freedom and Justice.

21. How old is our flag?   It is over 10,000 years old.

22. Which is our Holy Day?   Friday.

23. Why?  Because Friday is the day on which man was formed in flesh, and it was on Friday when He departed out of flesh.

24. Who was Jesus?   He was a Prophet of Allah.

25. Where was He born?   In Bethlehem, of Judah, in the House of David.

26. Who were His Father and Mother?   Joseph and Mary.

27. Will you give in brief the line (geneology) through which Jesus came?   Some of the Great Fathers through which Jesus came are: Abraham, Boaz by Ruth, Jesse, King David, Solomon, Hezekiah and Joseph by Mary.

28. Why did ALLAH send Jesus to this earth?   To save the Israelites from the iron-hand oppression of the pale-skin nations of Europe, who were governing a portion of Palestine at that time.

29. How long has that been?   About two thousand years ago.

30. What was the nationality of Ruth?   Ruth was a Moabitess.

31. What is the modern name for Moabites?   Moroccans.

32. Where is the Moroccan Empire?  Northwest Amexem.

33. What is the modern name for Amexem?   Africa.

34. What is the title given to our ruler in Morocco?  Sultan.

35. Where do we get the name Jesus?   From the East.

Questionnaire and Additional Laws for

The Moorish Americans

(BY THE PROPHET NOBLE DREW ALI)

ACT 1.—Grand Shieks, and Governors and heads of all Temples, all Businesses; Each said Temple must be approved by the Prophet Noble Drew Ali. Before acting upon by any members, let it be finance property or any line of life that will cause the members to sacrifice finance, etc., that will cause the support of any group of members. Any former officer that violates these laws is subject to be removed from his office under heavy restriction, etc., by the Prophet or the Grand Shiek.

ACT 2.—All members are to attend their adept meetings and their public meetings promptly. If a member is found standing around on their meeting period, shall be fined 50¢ on the first case, and on the second, he will be fined one dollar ($1.00), which will go on your emergency fund. If member is working his monthly dues must be paid, and if he has money in the bank he must subscribe for as much as he is able, to the Moorish Uplifting Fund, because it takes finance to uplift a Nation.

ACT 3.—It is lawful and devine duty of every good member if he is able in finance, to aid me in saving the nation and if he does not, he is an enemy to the cause of uplifting his own people and Justice must catch you. Let it be he or she according to Love, Truth, Peace; Freedom and Justice as I have the power invested in my hands and I will have to enforce the law in order to save the nation.

ACT 4.—All members while making a public speech must not use any assertion against the American flag or speak radical against the church or any member of any organized group, because we are to teach Love, Truth, Peace, Freedom and Justice.

2

7

Case 2:25-cv-06777-JDW    Document 1    Filed 11/26/25    Page 64 of 128

4. To whom do we refer to at times, as being the GREAT GOD?   ALLAH.

5. Is the Devil made in the Image and Likeness of ALLAH?   No, he is the shadow of our lower-selves and will pass away.

6. Who made the Devil?   Elohim.

7. Who is Elohim? Elohim, is the Seven Creative Spirits that created everything that ever was, is, and evermore to be.

8. What is Elohim sometimes called?   The SEVEN EYES of ALLAH.

9. How many days are in the Circle?   Seven days.

100. How many days are in a creation?   Seven days.

101. According to Science, how many days are in a year?   Seven days.

36. What does the name Jesus mean? Jesus means Justice.

37. Did the Angel give to the Child that was called Jesus a Holy name?   Yes, but it cannot be used by those who are slaves to sin.

38. What is an Angel?   An Angel is a thought of ALLAH manifested in human flesh.

39. What are Angels used for?   To carry messages to the four corners of the world, to all nations.

40. What is our Prophet to us?   He is an Angel of ALLAH who was sent to bring us the Everlasting Gospel of ALLAH.

41. What is the Everlasting Gospel?   It is a Saving Power that comes from ALLAH through our Ancient Fathers, by His Prophet.

42. What is the Covenant of the Great GOD-ALLAH?   Honor thy Father and thy Mother, that thy days may be long upon the Earthland which the Lord thy GOD-ALLAH hath given thee.

43. At what age did Jesus begin to teach?   At the age of twelve.

44. Where did He teach?   India, Africa and Europe.

45. How long did He teach?   Eighteen years.

46. What did Jesus say that would make you free? TRUTH.

47. What is TRUTH?   TRUTH is Aught.

48. What is Aught?   Aught is ALLAH.

49. Can TRUTH change?   TRUTH cannot change, or pass away.

50. What other name do we give to TRUTH?   HOLY BREATH.

51. What have you to say about HOLY BREATH?   All we can say it is Great. It is good. It was, it is, and evermore to be. AMEN.

52. At what place on earth was the physical part of MAN formed?   In the Garden of Eden.

53. Where is the Garden of Eden?   In the land of Canaan, in the City of Mecca.

54. What is the modern name for the Garden of Eden?   MECCA.

Case 2:25-cv-06777-JDW    Document 1    Filed 11/26/25    Page 65 of 128

55. What is the name of the first Physical Man? His name cannot be used, only by Executive Rulers of the A. C. of the M. S. T. of A.

56. What are the words of A. C. of the M. S. T. of A? Adept Chamber of the Moorish Science Temple of America (3rd Heaven).

57. Who were Adam and Eve? They are the mothers and fathers of the human family. Asiatics and Moslems.

58. Where did they go? They went into Asia.

59. What is the modern name given to their children? Asiatics.

60. Who is guarding the Holy City of MECCA today to keep the unbelievers away? Angels.

61. What is the modern name for those Angels? Asiatics.

62. What is the shade of their skin? Olive.

63. Are the Moorish Americans any relation to those Angels? Yes, we all have the same father and mother.

64. Give five names that are given to the descendants of Adam and Eve: Lucifer, Satan, Devil, Dragon and Beast.

65. What is the Devil some times called? The Lower-self.

66. How many selves are there? Two.

67. Name them: Higher-self and Lower-self.

68. What people represent the Higher-self? The Angels who protect the Holy City of MECCA.

69. What people represent the Lower-self? Those who were cast out of the Holy City, and those who accept their teaching.

70. What is the Higher-self? The Higher-self is the Mother of virtues and the harmonies of life, and breeds Justice, Mercy, Love and Right.

71. Can the Higher-self pass away? No.

72. Why? Because it is ALLAH in MAN.

73. What does the Lower-self breed? Hatred, Slander, Lewdness, Murders, Theft, and everything that harms.

74. What did the Higher-self say to the Lower-self at one time when He met Him? "Where are you going Satan?"

75. What was the answer that the Lower-self gave to the Higher-self? "I am going to and fro the earth seeking whom I may devour."

76. Has he finished his task of devouring? Yes.

77. When was His time declared out? When He nailed Jesus on the cross.

78. What are the last words Jesus uttered? It is finished.

79. What did He have reference to? He had reference to the end of Satan.

80. Did Jesus say that He would return to conquer Him? Yes.

81. What is the name of the person into whom Jesus was first reincarnated? Prophet MOHAMMED, the Conqueror.

82. Was Satan to be bound then? Satan was to be bound in part.

83. When was the head of Satan taken off? 1453 (Byzantine).

84. By whom? By Mohammed.

85. Name some of the marks that were put upon the MOORS of Northwest, by the European nations in 1774? Negro, Black, Colored and Ethiopia.

86. Negro, a name given to a river in West Africa by MOORS, because it contains black water.

87. What is meant by the word Black? Black according to science means death.

88. What does the word colored mean? Colored means anything that has been painted, stained, varnished or dyed.

89. What does Ethiopia mean? Ethiopia means something divided.

90. Can a man be a Negro, Black, Colored or Ethiopian? No.

91. Why? Because man is made in the Image and after the likeness of God, Allah.

92. What title does Satan give Himself? God.

93. Will you define the word White? White means Purity, Purity means God, and God means the Ruler of the Land.

4          5

**SALVATION**

**OUR GOD**

**UNITY**

# The Divine Constitution of Moorish America

**Act 1** - The Grand Sheik and the Chairman of Moorish America are in power to make law and enforce laws with the assistance of the Prophet and the Grand Body of Moorish America. The Assistant Grand Sheik is to assist the Grand Sheik in all affairs if he lives according to Love, Truth, Peace, Freedom and Justice, and it is known before the citizens of Moorish America.

## The By-Laws

**Act 2** - All meetings are to be opened and closed promptly according to the Circle Seven and Love, Truth, Peace, Freedom and Justice. Friday is our Holy Day of rest, because on a Friday the first man was formed in flesh and on a Friday the first man departed out of flesh and ascended unto his Father God Allah, for that cause Friday is the Holy Day for all Moslems all over the world.

**Act 3** - Love, Truth, Peace, Freedom and Justice must be proclaimed and practiced by all citizens of Moorish America. No citizen is to put in danger or accuse falsely His Brother or Sister on any occasion at all that may harm His Brother or Sister, because Allah is Love.

**Act 4** - All citizens must preserve these Holy and Divine laws, and all citizens must obey the laws of the Government, because by being a Moorish American, you are a part and parcel of the Government, and must live the life accordingly.

**Act 5** - No organization of Moorish America is to cause any confusion or to overthrow the Laws and Constitution of the said Government but to obey hereby.



Prophet Noble Drew Ali

**Act 6** - With us all citizens must proclaim their Nationality and we are teaching our people their Nationality and their Divine Creed that they may know that they are a part and a parcel of this said Government, and know that they are not Negroes, Colored Folks, Black People or Ethiopians, because these names were given to slaves by slave holders in 1779 and lasted until 1865 during the time of slavery. But this is a New Era of time now and all men now must proclaim their free National Name to be recognized by the government in which they live and the nations of the earth. This is the reason why Allah, the Great God of the universe, ordained Noble Drew Ali, the Prophet, to redeem his people from their sinful ways. The Moorish Americans are the descendants of the ancient Moabites whom inhabited the North Western and South Western shores of Africa.

**Act 7** - All citizens must promptly attend their meetings and become a part and a partial of all uplifting acts of Moorish America. Moorish Americans must pay their dues and keep in line with all necessities of Moorish America and then you are entitled to the name of "Faithful". Husband, you must support your wife and children; wife you must obey your husband and take care of your children and look after the duties of your household. Sons and daughters must obey father and mother and be industrious and become a part of the uplifting of fallen humanity. All Moorish Americans must keep their hearts and minds pure with love and their bodies clean with water. This Divine Covenant is from your Holy Prophet Noble Drew Ali, thru the guidance of His Father God Allah.

## MOORISH AMERICAN PRAYER

Allah the Father of the universe, the Father of Love, Truth, Peace, Freedom and Justice. Allah is my protector, my guide and my salvation by night and by day, thru his Holy Prophet Drew Ali, "Amen."

Prophet Noble Drew Ali, PBUH, Founding Father and Framer of the Divine Constitution & By-laws of Moorish America.



# The Holy Koran

*of the*

## MOORISH SCIENCE TEMPLE OF AMERICA

*Know Thyself and Your Father God Allah*

That you may learn to love instead of hate. Every man, needs to worship under his own vine and fig tree

THE UNITING OF ASIA

ISBN 978-1-61759-094-4

50795

The Holy Koran of the Moorish Science Temple of America

---

# The Holy Koran

*of the*

## MOORISH SCIENCE TEMPLE OF AMERICA

7

DIVINELY PREPARED BY THE NOBLE PROPHET

## DREW ALI

By the guiding of his father God, Allah; the great God of the universe. To redeem man from his sinful and fallen stage of humanity back to the highest plane of the life with his father God, Allah.

9. The covenant of the great God-Allah: "Honor thy father and thy mother that thy days may be longer upon the earth land, which the Lord thy God, Allah hath given thee!"

10. Come all ye Asiatics of America and hear the truth about your nationality and birthrights, because you are not negroes. Learn of your forefathers ancient and divine Creed. That you will learn to love instead of hate.

11. We are trying to uplift fallen humanity. Come and link yourselves with the families of nations. We honor all the true and divine prophets.

By: _Noble Canuel: Jean-Louis-EL_

_Canuel: Jean-Louis, Sheik_

DIANE TORRES
Notary Public - State of New Jersey
My Commission Expires Mar 22, 2926

11/12/2025

# INDEX

| | | |
|---|---|---|
| CHAPTER I | The Creation and Fall of Man | Page 4 |
| CHAPTER II | Education of Mary and Elizabeth in Zoan, Egypt | Page 5 |
| CHAPTER III | Elihu's Lessons—The Unity of Life | Page 7 |
| CHAPTER IV | Death and Burial of Elizabeth.—Matheno's Lessons.—The Ministry of Death | Page 8 |
| CHAPTER V | After the Feast.—The Homeward Journey.—The Finds Him in the Temple.—He Goes with Them to Missing Him in the Temple.—He Goes with Them to Nazareth.—Symbolic Meaning of Carpenter's Tools | Page 10 |
| CHAPTER VI | Life and Works of Jesus in India Among the Moslems | Page 11 |
| CHAPTER VII | The Friendship of Jesus and Laamas. — Jesus Explains to Laamas the Meaning of Truth | Page 12 |
| CHAPTER VIII | Jesus Reveals to the People of their Sinful Ways | Page 13 |
| CHAPTER IX | Jesus Attends a Feast in Behar and Here He Taught Human Equality | Page 14 |
| CHAPTER X | Jesus Spake on the Unity of Allah and Man to the Hindus | Page 16 |
| CHAPTER XI | Jesus and Barata.—Together They Read the Sacred Books | Page 17 |
| CHAPTER XII | Jesus Teaches the Common People at a Spring.—Tells Them How to Obtain Eternal Happiness | Page 19 |
| CHAPTER XIII | Life and Works of Jesus in Egypt Among the Gentiles | Page 21 |
| CHAPTER XIV | The Ministry of John the Harbinger | Page 22 |

 

**ISLAM**     **ASIA**     **ALLAH**

# Moorish Holy Temple of Science

The Divine and National Movement Of North America

Leviticus 25:10

HOLY CONVOCATION – BAPTISM

## Certificate

Name given at Birth: _Cadnuel Jean-Louis_     Race: **Asiatic**

Date of Origin: May __ __ __     **Pennsylvania Republic Mailing**

Location: 1509 __ __ __ __ **Pennsylvania**

New Birth Name given at __ __ Obligation: _Noble Cadnuel Jean-Louis-El_

Mother's Name: Blanchard   Father's Name: _Cadnuel Jean-Louis_

Nationality: Moorish __ __ __ **United States of America Republic**

Age at the Time of Baptism: __ __

Date: _January 1st, 2025_ __

    REASON – Members reclaim their Ancient Nationality, Religion and Name

 and was Baptized as such.

OTHER REASON – 1st Amendment – Exercising Constitutionally Secured **Rights 1st**

**Amendment** Freedom of Religion, **PA Code 67 Chapter 91 § 91.4**, Application (20

**Baptismal Certificate.**

We Request that Ancient names be Annexed to names Last Furnished on Record in

Various Departments by Members.
Noble Ivy David Prosser-El, Head II

_Noble Ivy D Prosser El_
Moorish Missionary, Authentication Seal

From Documents of American History

## LETTER FROM GEORGE WASHINGTON TO MUHAMMED IBN ABDULLAH—SULTAN OF MOROCCO
—City of New York December 1, 1789

GREAT AND MAGNANIMOUS FRIEND,

Since the date of the letter which the late Congress, by their President, addressed to your Imperial Majesty, The United States of America have thought proper to change their government and institute a new one, agreeable to the Constitution, of which I have the honor, herewith, to enclose a copy. The time necessarily employed in the arduous task, and the disarrangements occasioned by so great though peaceable a revolution, will apologize, and account for your Majesty's not having received those regularly advised marks of attention from the United States which the friendship and magnanimity of your conduct toward them afforded reason to expect.

The United States, having unanimously appointed me to supreme executive authority in this Nation. Your Majesty's letter of August 17, 1788, which by reason of the dissolution of the late-government, remained unanswered, has been delivered to me. I have also received the letters which Your Imperial Majesty has been so kind as to write, in favor of the United States, to the Bashaws of Tunis and Tripoli, and I present to you the sincere acknowledgements and thanks of the United States for this important mark of your friendship for them.

We greatly regret the hostile disposition of those regencies toward this nation, who have never injured them, is not to be removed, on terms of our power to comply with. Within our territories there are no mines, wither of gold or silver, and this young nation just recovering from the waste and dissolution of a long war, have not, as yet, had time to acquire riches by agriculture and commerce. But our soil is bountiful, and our people industrious, and we have reason to flatter ourselves that we shall gradually become useful to our friends.

The encouragement which Your Majesty has been pleased, generously, to give to our commerce with your dominions, the punctuality with which you have caused the Treaty with us to be observed, and the just and generous measures taken in the case of Captain Proctor, make a deep impression on the United States and confirm their respect for and attachment to Your Imperial Majesty.

It gives me great pleasure to have the opportunity of assuring Your Majesty that, while I remain at the head of this nation, I shall not cease to promote every measure that may conduce to the friendship and harmony which so happily subsist between your Empire and them, and shall esteem myself happy in every occasion of convincing Your Majesty of the high sense (which in common with the whole nation) I entertain the magnanimity, wisdom and benevolence of Your Majesty.

May the Almighty bless Your Imperial Majesty, our Great and Magnanimous friend, with His constant guidance and protection.

—GEORGE WASHINGTON


**ISLAM**


**ASIA**


**ALLAH**

# Moorish Holy Temple of Science

The Divine and National Movement Of North America
Leviticus 25:10
HOLY CONVOCATION – BAPTISM

## Certificate

Name given at Birth: ___ Canuel II Jean-Louis ___    Race: **Asiatic**

Date of Origin: May 13ᵗʰ 1992 c.e.    Pennsylvania Republic Mailing

Location: 1509 Alcott Street; Philadelphia, Pennsylvania

New Birth Name given at Baptism or Obligation: Noble Canuel Jean-Louis-El

Mother's Name: Dieudonne Samson Blanchard    Father's Name: Cadnuel Jean-Louis

Nationality: Moorish American Citizenship: United States of America Republic

Age at the Time of Baptism: 32 years

Date: January 1ˢᵗ, 2025 c.e.

REASON – Member proclaims their Ancient Nationality, Religion and Name

and was Baptized as such.

OTHER REASON: 1ˢᵗ Amendment - Exercising Constitutionally Secured Rights 1st

Amendment Freedom of Religion, PA Code 67 Chapter 91 § 91.4, Application (20

Baptismal Certificate

We Request that Ancient names be Annexed to names Last Furnished on Record in

Various Departments by Members.
Noble Ivy David Prosser El, Shariff

*Noble IvyDProsserEl*
Moorish Missionary, Authentication Seal

**20252760544**
10/03/2025 04:30 PM   Page 1 of 4
eRECORDED IN OFFICIAL RECORDS OF PIMA COUNTY, AZ
Gabriella Cázares-Kelly, Recorder

# _Affidavit of Ownership_

## _Certificate of Title & Ownership of Registered Securities_

| | |
|---|---|
| **Recording Requested By:** | Canuel Jean-Louis, _sui juris_ |
| **When Recorded Return To:** | c/o Canuel Jean-Louis, _sui juris_<br>[6130 W Flamingo Rd  2032]<br>[Las Vegas, Nevada near 08096] |
| **Document Title:** | Affidavit of Ownership via _(Holder In Due Course)_/ **Certificate of Title & Ownership of Registered Securities** |
| **Grantor:** | **CANUEL II JEAN-LOUIS** _(Debtor)_ |
| **Grantee:** | Canuel: Jean-Louis, _sui juris,_ Trustee _(Secured Party)_ |
| **APN / Reference #:** | _Date of Nativity: Julian date —2448756.2986_ |

_This instrument is for lawful public notice purposes only and is not a deed of trust, mortgage, or statutory instrument. All rights reserved._

**WITNESSES:**

I declare that __Canuel: II Jean-Louis__, is personally known to me (or has proven to me on the basis of convincing evidence) to be the *Affiant* (Registered Owner) that he signed or acknowleged this "**Affidavit of Ownership of Certificate of Title & Registered Securities**" in my presence, or he appears to be of sound mind and under no duress or undue pressure and/or influence.

BY: _____

PRINT NAME: _Kenneth Poindexter_____ DATE: _1/1/2025_

BY: _____

PRINT NAME: _Michael Benoit_____ DATE: _1/1/2025_


### CERTIFICATE OF ACKNOWLEDGMENT


On this date the men and/or women named above, in their stated capacity, personally appeared before me and acknowledged that this instrument attached hereto was signed as a free and voluntary act and deed for the uses and purpose stated therein.

DATE: _1/2/2026_ BY: _____, Notary Public


SEAL                                    My Commission Expires: _March 22, 2026_


DIANE TORRES
Notary Public - State of New Jersey
My Commission Expires Mar 22, 2026

*Recording as Deed of Trust*

**WITNESSES:**

I declare that **Canuel: II Jean-Louis**, is personally known to me (or has proven to me on the basis of convincing evidence) to be the *Affiant* (Registered Owner) that he signed or acknowleged this **"Affidavit of Ownership of Certificate of Title & Registered Securities"** in my presence, or he appears to be of sound mind and under no duress or undue pressure and/or influence.

BY: _____

PRINT NAME: Kenneth Pondexter    DATE: 1/1/2025

BY: _____

PRINT NAME: Michael Benoit    DATE: 1/1/2025

### CERTIFICATE OF ACKNOWLEDGMENT

.On this date the men and/or women named above, in their stated capacity, personally appeared ~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~ntary

STATE OF NEW JERSEY    } §
COUNTY OF CAMDEN

I, PAMELA R. LAMPITT, County Clerk of the County of Camden, having a common seal, being the officer authorized by laws of the State of New Jersey to make the following certificate,

DO CERTIFY, That __Diane Torres_____, whose name is subscribed to the certificate of the acknowledgment or affidavit of the annexed Instrument and thereon written, was at the time of taking such acknowledgemnet or affidavit a NOTARY PUBLIC of the State of New Jersey residing in the county aforesaid duly commissioned and qualified to administer oaths and affirmations and to take acknowledgments and proofs of Deeds or Conveyances for land, tenements and hereditaments in said State of New Jersey and to all whose acts, as such, full faith and credit are and ought to be given as well in Courts of Judicature as elsewhere and that I am well acquainted with the handwriting of the said NOTARY PUBLIC and verily believe the signature thereto is genuine, and I further certify that the said Instrument is executed and acknowledged in conformity with the laws of the State of New Jersey. The Laws of New Jersey do not require the Impression of the Seal of the Notary Public to be filed in the County Clerk's Office.

12, 2026

IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed the seal of the Clerk of Camden County this __Second_____ day of __October_____ in the year of our Lord two thousand and __twenty-five_____.

_____, County Clerk

*Deed of Trust*

**20252790227**
10/06/2025 11:32 AM   Page 1 of 10
eRECORDED IN OFFICIAL RECORDS OF PIMA COUNTY, AZ
Gabriella Cázares-Kelly, Recorder

# <u>Notice Of Equitable Claim of Beneficial Interest (Private Record)</u>

## <u>By Right--Not By Grant</u>

| | |
|---|---|
| **Recording Requested By:** | Canuel Jean-Louis, *sui juris* |
| **When Recorded Return To:** | c/o Canuel Jean-Louis, *sui juris*<br>[6130 W Flamingo Rd 2032]<br>[Las Vegas, Nevada near 08096] |
| **Document Title:** | **Notice of Equitable Claim of Beneficial Interest<br>By Right- Not By Grant-No Commercial<br>Consent- Exclusive Equity Jurisdiction.** |
| **Grantor:** | **CANUEL II JEAN-LOUIS** *(Debtor)* |
| **Grantee:** | Canuel: Jean-Louis, *sui juris,* Trustee *(Secured Party)* |
| **APN / Reference #:** | *Date of Nativity: Julian date —2448756.2986* |

*This instrument is for lawful public notice purposes only and is not a deed of trust, mortgage, or statutory instrument. All rights reserved.*

C. *"Equity regards as done that which ought to be done"*; *"Equity looks to the intent rather than the form"*; *"Equity acts in personam"*; *"Equity will not suffer a wrong to be without a remedy"*.

## IV. DECLARATION OF EQUITABLE CLAIM

1) *Claimant* hereby declares, reserves, and secures an *EQUITABLE BENEFICIAL INTEREST* of one hundred percent **(100%)** of the *corpus* associated with **CUSIP** ██████18 (Fidelity Advisor Asset Manager® 20% — Class Z), to be *held* for benefit of *J.L.E.F.G.T.*, including **all** *proceeds, rights, distributions, substitutions, accessions, and traceable products thereof.*

2) This claim is made and noticed in *Exclusive Equity Jurisdiction*. No commercial *joinder*, accommodation party status, or *statutory suretyship* is conceded.

3) The remaining interests (if any) not expressly claimed herein are **not** abandoned and **are reserved for further private direction.**

4) The *intent* of this claim is **protective and administrative:** to give **constructive notice**, prevent misappropriation, and *ensure proper accounting of the corpus and proceeds for the trust estate.*

## V. ADMINISTRATIVE DIRECTIONS (NOTICE TO HOLDERS/AGENTS)

A) *Notice to Registrar/Transfer Agent:* Enter this *Notice* into the relevant records for **CUSIP** ██████18 as a *claim* of **equitable beneficial interest**; acknowledge receipt in writing to the mail location stated above; and provide a **current accounting** of *shares/units, distributions, and corporate actions* associated with said **CUSIP** to the extent permitted by your policies upon presentation of proper trust credentials.

B) *Notice to DTCC/Depository or any Sub-Custodian:* Take *notice* of this *equitable claim* for purposes of *record-keeping(bookkeeping)* and resolution of competing claims, and direct any inquiry concerning *claimant's capacity* to the mail location above for private settlement and adjustment.

C) *Third Parties:* Any *party* receiving this *Notice* who *asserts superior right*, title, or interest **must answer with verified particulars and documentary proof**; silence, delay, or *non-responsive correspondence/or verified point-by-point rebuttal* shall be taken as notice of **no** adverse claim in *Equity.*

# Fidelity Advisor Asset Manager 20% - Class Z

FIKVX

Asset Allocation

Current performance may be higher or lower than that quoted. Performance data shown represents past performance and is no guarantee of future results. Investment return and principal value will fluctuate, so you may have a gain or loss when shares are sold. See the end of this document for important performance information and definitions. Class Z is available only to eligible investors as described in the fund's prospectus. Class Z6 is available only to eligible investors as described in the fund's prospectus.

02/28/2025



12.50k
10.00k
7.50k

2015 2016 2017 2018 2019 2020 2021 2022 2023 2024 2...

A hypothetical $10,000 investment made in the fund ten years ago, or on commencement of operations for funds lacking a ten-year track record. Figures show monthly returns and include reinvestment of dividends and capital gains but do not reflect the effect of any applicable sales charges or redemption fees, which would lower these figures. This chart is not intended to imply any future performance of the fund.

Seeks a high level of current income by allocating its assets among stocks, bonds, short-term instruments and other investments. The fund also considers the potential for capital appreciation (may be changed without shareholder vote).

Maintaining a neutral mix over time of 20% of assets in stocks, 50% of assets in bonds, and 30% of assets in short-term and money market instruments though FMR may overweight or underweight in each asset class. Allocating the fund's assets among stocks, bonds, and short-term and money market instruments, either through direct investment or by investing in Fidelity central funds and Fidelity ETFs that hold such investments.

### 10/01/1992

+1.34% As Of 03/17/2025

| Average Annual Total Returns | | 1 Yr | 3 Yr | 5 Yr | 10 Yr | Since Inception |
|---|---|---|---|---|---|---|
| Month-end | NAV | +6.89% | +2.48% | +3.40% | +3.49% | +5.45% |
| Quarter-end | NAV | +5.38% | +0.72% | +2.93% | +3.45% | +5.41% |

| | | | |
|---|---|---|---|
| NAV | $13.67 as of 03/17/2025 | Exp Ratio (Gross) - Prospectus | 0.46% as of 11/29/2024 |
| POP (Public Offering Price) | $13.67 as of 03/17/2025 | Exp Ratio (Net) - Prospectus | 0.46% as of 11/29/2024 |
| 30-Day SEC Yield | 3.37% as of 03/14/2025 | Management Fee | 0.45% as of 11/29/2024 |
| 12 Month Low-High | $13.14-$13.96 as of 02/28/2025 | Distribution and/or Service (12b-1) fees | 0.00% |
| Turnover Rate | 24% as of 09/01/2024 | | |
| Net Assets ($M) | $2,360.36 as of 02/28/2025 | | |
| Portfolio Assets ($M) | $5,494.29 as of 02/28/2025 | | |
| Morningstar Category | Conservative Allocation | | |
| Fund # | ▓▓▓ | | |
| CUSIP | ▓▓▓▓0418 | | |
| Fund Inception | 10/01/1992 | | |
| Share Class Inception | 10/02/2018 | | |
| Fiscal Year End | September | | |

Net Assets reflect assets of the class shown; Portfolio assets reflect the assets of all classes of the same fund. For further detail regarding minimum investments, please see the fund prospectus.

Stock markets, especially foreign markets, are volatile and can decline significantly in response to adverse issuer, political, regulatory, market, or economic developments. Fixed income investments entail interest rate risk (as interest rates rise bond prices usually fall), the risk of issuer or counterparty default, issuer credit risk and inflation risk. Foreign securities are subject to interest rate, currency exchange rate, economic, and political risks all of which are magnified in emerging markets. Lower-quality bonds can be more volatile and have greater risk of default than higher-quality bonds. Leverage can increase market exposure and magnify investment risks.

**Total # of Holdings** 6830
as of 02/28/2025

| | |
|---|---|
| Top 10 Holdings as of 02/28/2025 | FIDELITY LOW DURATION BOND ETF |
| | FIDELITY ENHANCED SMALL CAP ET |
| | USTN 4% 07/31/30 |
| | FIDELITY ENHANCED MID CAP ETF |
| | USTN 3.875% 08/15/33 |
| | USTB 4.25% 02/15/54 |
| | USTN 4% 01/31/29 |
| | APPLE INC |
| | FIDELITY HEDGED EQUITY ETF |
| | FIDELITY BLUE CHIP GROWTH ETF |

| % of Total Portfolios as of 02/28/2025 | Top 10: | 16.13% |
|---|---|---|
| | Top 20: | 23.87% |
| | Top 50: | 36.10% |
| Turnover Rate 09/01/2024 | 24% | |

The Top Ten Holdings are presented to illustrate examples of the securities in which the fund may invest, and may not be representative of the fund's current or future investments. For equity funds, the top ten holdings excludes money market investments and futures contracts. Depositary receipts are normally combined with the underlying security.

### 12/31/2024

Large ●

Mid

Small

Capitalization

Value     Blend     Growth

Style

Key:   ● = Current          = Historical

Current fund assets covered: na as of 12/31/2024

MORNINGSTAR  Data provided by Morningstar, Inc.

Not FDIC Insured. May Lose Value. No Bank Guarantee.

Initial offering of Class Z shares was on 8/13/13 for FA International Discovery (1/6/05), FA Mega Cap Stock (2/5/08), and FA Stocl
8/13/13 are those of each fund's respective Class I through the date indicated. Prior to the dates indicated, returns are those of eac

Initial offering of Class Z shares for FA Total Bond was on 12/22/14. Prior returns are those of the fund's Class I through 6/16/04. R retail class.

Initial offering of Class Z shares for FA Equity Value, FA Growth & Income, FA International Capital Appreciation, FA Large Cap, FA FA Total International Equity and FA Value was on 2/1/17. Returns prior to 2/1/17 are those of each fund's respective Class I.

Initial offering of Class Z shares for FA Mid Cap Value, FA Stock Selector Large Cap Value, and FA Stock Selector Small Cap was on 2/1/17. Prior returns are those of each fund's respective Class I through 2/13/07, 2/13/07, and 5/2/07, respectively. Prior to these dates, returns are those of each fund's respective retail class.

Initial offering of Class Z shares for FA Overseas was on 2/1/17. Prior returns are those of the fund's Class I through 7/3/95. Returns prior to 7/3/95 are those of the fund's Class M and reflect Class M's 12b-1 fee.

Initial offering of Class Z shares for FA Asset Manager 30%, FA Asset Manager 40%, FA Asset Manager 60%, FA Biotechnology, FA Consumer Discretionary, FA Corporate Bond, FA Emerging Markets Discovery, FA Financials, FA Floating Rate High Income, FA Freedom (2010-2060 & Income), FA Global Commodity Stock, FA Global Credit, FA Global Equity Income, FA Global Real Estate, FA Health Care, FA Industrials, FA International Small Cap Opportunities, FA International Value, FA Limited Term Bond, FA Multi-Asset Income, FA Real Estate, FA Semiconductors, FA Short Duration High Income, FA Small Cap Value, FA Strategic Dividend & Income, FA Strategic Real Return, FA Technology, FA Total Emerging Markets, and FA Utilities was on 10/2/18. Returns prior to 10/2/18 are those of each fund's respective Class I.

Initial offering of Class Z shares was on 10/2/18 for FA Asset Manager 20% (10/2/06), FA Asset Manager 50% (10/2/06), FA Asset Manager 70% (9/23/08), FA Asset Manager 85% (10/2/06), FA California Municipal Income (8/1/02), FA Canada (5/2/07), FA China Region (5/9/08), FA Consumer Staples (12/12/06), FA Convertible Securities (2/19/09), FA Europe (3/18/14), FA Gold (12/12/06), FA Government Income (10/24/06), FA Intermediate Municipal Income (10/31/05), FA International Real Estate (4/4/07), FA International Small Cap (5/27/03), FA Investment Grade Bond (8/27/02), FA Japan (12/14/10), FA Latin America (9/28/10), FA Limited Term Municipal Income (7/23/03), FA Materials (12/12/06), FA Mortgage Securities (3/3/97), FA Municipal Income (3/1/18), FA New York Municipal Income (8/1/02), FA Real Estate Income (4/14/10), FA Short-Term Bond (7/12/16), FA Telecommunications (12/12/06), and FA Worldwide (2/19/09). Returns prior to 10/2/18 are those of each fund's Class I through the date indicated. Prior to the dates indicated, returns are those of each fund's respective retail class.

Initial offering of Class Z shares for FA Energy, FA High Income Advantage, and FA Strategic Income was on 10/2/18. Prior returns are those of each fund's respective Class I through 7/3/95. Returns prior to 7/3/95 are those of each fund's respective Class M and reflect Class M's 12b-1 fee.

Initial offering of Class Z shares for FA Emerging Asia was on 10/2/18. Prior returns are those of Class I through 6/15/99. Returns prior to 6/15/99 reflect the performance of the fund as a closed-end fund.

Initial offering of Class Z shares for FA Communication Services (11/30/18), FA Emerging Markets (5/11/21), FA High Income (12/4/18), and FA New Markets Income (12/4/18) was on each date indicated. Returns prior to each date listed are those of the fund's respective retail class.

Initial offering of Classes Z of FA Conservative Income Bond and FA Conservative Income Municipal Bond took place on 5/25/23. Returns prior to 5/25/23 are those of each fund's respective retail class.

Initial offering of the Advisor Class shares for FA Blue Chip Growth Fund, FA Focused Stock Fund, FA Growth Strategies Fund, FA Low-Priced Stock Fund, FA Magellan Fund, FA Mid-Cap Stock Fund, and FA OTC Portfolio was on 10/11/24. Prior returns are those of the retail share classes and reflect the retail expense ratio. Had the Advisor Class expense ratios been reflected, total returns would have been lower.

Initial offering of the Advisor Class shares for FA Balanced Fund, FA Leveraged Company Stock Fund, and FA Global Equity Income Fund was on 10/25/24. Prior returns are those of the retail share classes and reflect the retail expense ratio. Had the Advisor Class expense ratios been reflected, total returns would have been lower.

## Important Investment Policy Changes

Prior to 6/1/17, FA Global Credit fund was named FA Global Bond fund, operated under certain different investment policies and compared its performance to a different benchmark. The fund's historical performance may not represent its current investment policies.

Prior to 6/1/17, FA Simplicity RMD and Managed Retirement Funds were known as FA Income Replacement Funds and operated under certain different investment policies. The fund's historical performance may not represent its current investment policies.

Returns shown for MSCI U.S. IMI Financials 5% Capped Index for the periods prior to September 1, 2016 are returns of MSCI U.S. IMI Financials 25/50 Index; returns shown for periods prior to January 1, 2010 are returns of the MSCI U.S. IM Financials Index.

Prior to 6/1/11, 2/1/07, 1/29/02, 9/1/00 and 7/1/99, respectively, FA Global Strategies, FA Growth Opportunities, FA Strategic Growth, China Region (the original class of FA China Region) and FA Value Strategies operated under certain different investment policies and compared their performance to different benchmarks. Prior to 10/1/04 and 12/1/07, International Discovery and Mega Cap Stock Funds (the original classes of FA International Discovery and FA Mega Cap Stock), respectively, operated under certain different investment policies. These funds' historical performance may not represent their current investment policies.

Prior to 10/1/06, FA Consumer Discretionary, FA Industrials, FA Communications Equipment, FA Utilities and FA Energy were named FA Consumer Industries, FA Cyclical Industries, FA Developing Communications, FA Telecommunications & Utilities and FA Natural Resources, respectively; operated under certain different investment policies and compared their performance to different secondary benchmarks. The funds' historical performance may not represent their current investment policies.

Prior to 10/30/13, FA Limited Term Bond Fund was named Fidelity Advisor Intermediate Bond Fund, and operated under different investment policies. The fund's historical performance may not represent its current investment policies.

Prior to 12/1/18, FA Communications Services operated under certain different investment policies and compared its performance to a different benchmark. The fund's historical performance may not reflect its current investment policies. Index returns shown for the period January 1, 2010, to November 30, 2018, are returns of the MSCI U.S. IM Media 25/50 Index. Index returns shown for periods prior to January 1, 2010, are returns of the MSCI U.S. IM Media Index.

## Additional Information

The Morningstar RatingTM for funds, or "star rating," is calculated for funds with at least a three-year history. (Exchange traded funds and open-end mutual funds are considered a single population for comparative purposes.) It is calculated based on a Morningstar risk-adjusted return measure that accounts for variation in a fund's monthly excess performance (excluding the effect of sales charges, if any), placing more emphasis on downward variations and rewarding consistent performance. The top 10% of funds in each fund category receive 5 stars, the next 22.5% receive 4 stars, the next 35% receive 3 stars, the next 22.5% receive 2 stars, and the bottom 10% receive 1 star. Morningstar Rating is for the indicated share class only; other classes may have different performance characteristics. 2016 Morningstar, Inc. All rights reserved. The information contained herein: (1) is proprietary to Morningstar and/or its affiliates; (2) may not be copied or redistributed; (3) is not warranted to be accurate, complete, or timely. Neither Morningstar nor its content providers are responsible for any damages or losses arising from any use of this information.

Third-party trademarks and service marks are the property of their respective owners. All other trademarks and service marks are the property of FMR LLC or an affiliated company.

It is not possible to invest directly in an index. All indices are unmanaged.

If applicable: StyleMaps estimate characteristics of a fund's equity holdings over two dimensions: market capitalization and valuation. The percentage of fund assets represented by these holdings is indicated besides each StyleMap. The position of the most recent publicly released full holdings is denoted on the StyleMap with a dot. Historical StyleMap characteristics are calculated for the shorter of either the past three years or the life of the fund, and are represented by the shading of the box(es) previously occupied by the dot.

## Definitions

**Alpha-Annualized** A risk-adjusted performance measure. A positive (negative) alpha indicates stronger (poorer) fund performance than predicted by the fund's level of risk measured by beta. **Annualized Tracking Error** measures how closely the fund's returns have tracked an index. The standard deviation of the monthly differences between the fund return and the index return over a 36 month rolling time horizon. **Annualized Turnover Rate** is the lesser of amounts of purchases or sales of long-term portfolio securities divided

Not FDIC Insured. May Lose Value. No Bank Guarantee.                                                                 3/4

### Rule 220. Birth Certificates

The Registrar of Titles is authorized to receive for registration of memorials upon any outstanding certificate of title an official birth certificate pertaining to a registered owner named in said certificate of title showing the date of birth of said registered owner, providing there is attached to said birth certificate an affidavit of an affiant who states that he/she is familiar with the facts recited, stating that the party named in said birth certificate is the same party as one of the owners named in said certificate of title; and that thereafter the Registrar of Titles shall treat said registered owner as having attained the age of the majority at a date 18 years after the date of birth shown by said certificate.

*Task Force Comment - 1991 Adoption*

*This rule is derived from 4th Dist. R. 11.05.*

**20252160298**

08/04/2025 12:16 PM   Page 1 of 3
eRECORDED IN OFFICIAL RECORDS OF PIMA COUNTY, AZ
Gabriella Cázares-Kelly, Recorder

# TESTIMONY UNDER GOD

# DECLARATION OF STATUS & STANDING

### By Right, Not by Grant – For the Record of the Living Man
### Canuel: Jean-Louis, sui juris

### Domicile: c/o General Delivery, Philadelphia, Pennsylvania Republic [19149]
### Under Divine Law – In Equity Only – Not in Commerce

**Let it be clearly stated that any and all references to the 'United States Constitution' throughout this Notice are exclusively to the original, organic Constitution for the united States of America (circa 1787), as ratified by the People and not to any constitution, charter, or statutory framework of the UNITED STATES, a federal corporation (see 28 U.S.C. § 3002(15)).**

*Let it be known to all men, courts, agents, officers, and authorities, present and future:*

I, Canuel: Jean-Louis, a living man created by the *Most High*, hereby make this *Testimony Under God*, in full consciousness, peace, and honor — not as a legal person, but as a man *sui juris*, operating by right, not privilege. I stand as beneficiary of the *Jean Louis Empire Foreign Grantor Trust*, not as surety, ward, debtor, or citizen of any corporate body politic.

1. I was born upon the soil of New York, one of the several united States of America, a free and independent republic, not a citizen or subject of the corporate UNITED STATES **(1871)** or any municipal franchise thereof.

2. I am not a **U.S. Citizen** under the **14th Amendment**, nor an "individual," "person," or "resident" as defined in **26 USC §7701** or any federal statute.

3. I am a non-citizen national per **8 USC §1101(a)(21)** and **§1101(a)(22)(B)**; A Private American, in peace and honor and I have lawfully rebutted any presumption of district citizenship via written testimony and federal Department of Homeland Security FOIA disclosure. *FOIA Control No. NRC2025007076*

4. I claim no allegiance to any foreign or commercial jurisdiction, nor do I submit to any statutory instrument that would convert my birthright status into a franchise of government.

I stand on the following lawful grounds:

- **8 U.S.C. § 1101(a)(21)** – *"The term 'national' means a person owing permanent allegiance to a state..."*

- **8 U.S.C. § 1452(b)** – *Correction of passport issued in error.*

- **Hale v. Henkle, 201 U.S. 43 (1906)** – *The individual owes no duty to the State except to abstain from acts of trespass.*

- **Clearfield Trust Co. v. U.S., 318 U.S. 363 (1943)** – *Government loses its sovereign character and becomes a corporation among others when it enters commerce.*

I stand in **Exclusive Equity Jurisprudence** under the following principles:

- *"Equity regards as done that which ought to be done."*

- *"Equity acts upon the person."*

- *"He who comes into equity must come with clean hands."*

I reject all unconscionable adhesion contracts, presumptions, or constructive trusts not founded in full disclosure and mutual agreement under *God's law.*

*"Ye shall know the truth, and the truth shall make you free."* – John 8:32

*"Render therefore to Caesar the things which are Caesar's; and unto God the things that are God's."* – Matthew 22:21

*"Let every soul be subject unto the higher powers. For there is no power but of God."* – Romans 13:1

*"The earth is the Lord's, and the fulness thereof."* – Psalm 24:1

- I do not consent to representation by the legal fiction: CANUEL JEAN-LOUIS, nor to be bound by any contract, statute, or court lacking proper jurisdiction.

- All rights are expressly reserved under UCC 1-308 and without prejudice.

- This declaration shall serve as lawful **public notice** to all entities, officers, courts, and registries.

\*Let no man presume that reference to the 1787 Constitution constitutes a plea for statutory remedy. It is offered solely as evidence of the original public trust — not as a source of rights, jurisdiction, or remedy. I operate strictly under *Divine Law* and Equity, not commercial code with peace to all mankind.

*Executed by me, the living man,*

on this _6ᵗʰ_ day of _July_____, 2025
*in honor, truth, and peace:*

By: _____

Canuel: Jean-Louis *sui juris*
*Beneficiary, Jean Louis Empire Foreign Grantor Trust*

# NOTARY ACKNOWLEDGMENT

State of [New Jersey]

County of [ Camden ]

On this _6ᵗʰ_ day of _July_____, 2025, before me personally appeared Canuel: Jean-Louis, known to me to be the living man described herein, who executed the foregoing **TESTIMONY UNDER GOD DECLARATION OF STATUS & STANDING** as his freewill act and deed for the purposes therein stated.

[SEAL]

Notary Public: _____

My Commission Expires: __5/1/2030__



SARABJIT PARHAR
Notary Public - State of New Jersey
Commission # 50126350
My Comm. Expires May 1, 2030

**20252160302**

08/04/2025 12:16 PM  Page 1 of 3
eRECORDED IN OFFICIAL RECORDS OF PIMA COUNTY, AZ
Gabriella Cázares-Kelly, Recorder

## Reservation of Equity Jurisdiction

### By Right, Not by Grant – For the Record of the Living Man
### Canuel: Jean-Louis, sui juris

**Let it be clearly stated that any and all references to the 'United States Constitution' throughout this Notice are exclusively to the original, organic Constitution for the united States of America (circa 1787), as ratified by the People and not to any constitution, charter, or statutory framework of the UNITED STATES, a federal corporation (see 28 U.S.C. § 3002(15)).**

**Equity** is a jurisdiction of conscience and *Divine Law* that exists independently of statutory codes and legislative permission. It deals with matters of **fairness, justice, trust,** and **right relationships.** It is exercised by **right** — not by **privilege** — and **cannot be taken away by civil government or commercial entities.**

**Article III, Section 2 of the Constitution for the United States of America (1787)** guarantees that *the Judicial Power shall extend to all Cases, in* Law *and in* Equity. **Equity** does not depend on **statutes** but on **Natural Law,** *Divine Law,* and *Maxims of Conscience.*

The living man, *sui juris,* created by the *Most High,* stands above all fiction of law. Only men and women can access **equity** — not corporations, citizens, residents, or legal persons. By declaring one's true status and removing all presumptions of corporate agency, one returns to the jurisdiction of **peace** and **truth.**

To be *sui juris* means to act in one's own right — not as a ward of the STATE nor agent of a trust — and to assert standing under divine authorship.

The ALL CAPS name (e.g., "CANUEL JEAN-LOUIS II") represents a legal fiction or transmitted utility* created by the State through registration at birth. **It is a statutory person used for commercial purposes, including taxation, licensing, court jurisdiction, and public contracts.**

\*As defined in **UCC §9-102(a)(81)**, a *'Transmitting Utility'* is a vehicle for transmitting *energy, goods, or value. The name in all capital letters is used to bond, securitize, or assign liability* — not to identify the living man.

**To rebut this presumption, the living man must clarify his status and relationship to the legal entity — declaring lawful control without legal agency or corporate consent.**

**The public is not taught to invoke equity. Most people:**
**- Do not know the difference between legal and lawful.**
**- Assume the court's jurisdiction is automatic.**
**- Accept the name given by the State as their true self.**
**- Sign under penalty of perjury and never rebut jurisdiction.**

**By remaining silent, they give implied consent to be treated as "persons" under commercial law.**

The right to challenge and correct jurisdiction is foundational. Where there is no contract, no full disclosure, and no voluntary consent, there can be no lawful authority.

— **Brady v. United States, 397 U.S. 742 (1970):**
 *"Waivers of constitutional rights not only must be voluntary but must be knowing, intelligent acts done with sufficient awareness…"*

— **Hale v. Henkel, 201 U.S. 43 (1906):**
 *"The individual may stand upon his constitutional rights… He owes no duty to the State or its public functionaries…"*

- *Equity will not suffer a wrong without a remedy.*
- *Equity acts in personam, not in rem.*
- *Equity looks to the intent rather than the form.*
- *He who seeks equity must do equity.*
- *Equity regards as done that which ought to be done.*
- *Equity follows the law — where law ends, equity begins.*

Let this record stand as my lawful invocation of **Exclusive Equity Jurisdiction**, reserved by *Divine Right*, not by State privilege. No presumption of commercial agency, citizenship, or personhood may lawfully override this standing.

**\*Let no man presume that reference to the 1787 Constitution constitutes a plea for statutory remedy. It is offered solely as evidence of the original public trust — not as a source of rights, jurisdiction, or remedy. I operate strictly under *Divine Law* and Equity, not commercial code with peace to all mankind.**

*Declared and Executed by:*

Canuel: Jean-Louis, *sui juris*

Autograph: *Canuel: Jean-Louis*

Date: *May 13th, 2025*

**20252160300**

08/04/2025 12:16 PM   Page 1 of  4
eRECORDED IN OFFICIAL RECORDS OF PIMA COUNTY, AZ
Gabriella Cázares-Kelly, Recorder

Notice of Non-Consent to Statutory Jurisdiction
**By Right, Not by Grant – For the Record of the Living Man**
**Canuel: Jean-Louis, sui juris**

**Domicile: c/o General Delivery, Philadelphia, Pennsylvania Republic [19149]**
**Under Divine Law – In Equity Only – Not in Commerce**

**Let it be clearly stated that any and all references to the 'United States Constitution' throughout this Notice are exclusively to the original, organic Constitution for the united States of America (circa 1787), as ratified by the People and not to any constitution, charter, or statutory framework of the UNITED STATES, a federal corporation (see 28 U.S.C. § 3002(15)).**

I, Canuel: Jean-Louis, a living man standing under *God*, do hereby declare and affirm that I do not consent, and have never knowingly, willingly, or intentionally consented, to any statutory, commercial, municipal, corporate, or maritime jurisdiction assumed by any agency or subdivision of the UNITED STATES or its corporate states with full disclosure of Exclusive Equity rights.

Let it be known to all officers, agents, judges, clerks, attorneys, and other actors in commerce, that I am not a citizen under the 14th Amendment, nor am I a party to the corporate UNITED STATES or the STATE OF PENNSYLVANIA. I do not stand as a debtor, surety, or representative of any artificial person or trust created in my name without full disclosure and lawful agreement.

Although I hold lawful title and control as Secured Party over the artificial legal entity "CANUEL JEAN-LOUIS II," said relationship:
- Is purely private,
- Exists solely for the purpose of protecting my property and interests,
- Does not constitute consent to statutory jurisdiction,
- And does not form any agency with UNITED STATES or its instrumentalities.

*"The just shall live by faith." –* **Habakkuk 2:4 (1611 KJV)**
*"Where there is no consent, there is no jurisdiction." –* **Supreme Maxim of Law**
*"Equity looks on that as done which ought to have been done."*
 *"Equity will not suffer a wrong to be without a remedy."*
 *"Equity looks to the intent rather than the form."*
 *"Equity acts in personam, not in rem."*
 *"He who comes into equity must come with clean hands."*
 *"Where there is equal equity, the law will prevail; where equity is superior, it shall prevail over the law."*

1. **Jurisdiction Denied Absent Lawful Authority**
   Respectfully, in good faith and without controversy, I do not consent to statutory or commercial jurisdiction over the living man. I do not engage in corporate or agency contracts with any governmental entity unless mutually agreed, signed knowingly, voluntarily, and intentionally, with full disclosure and lawful consideration.

2. **Requirement for Verified Agreement**
   I lawfully require any party asserting authority over me to produce a verified, bilateral agreement bearing my wet-ink signature, lawfully binding me to any code, statute, regulation, or ordinance. No such contract exists to my knowledge. Absent such lawful evidence of jurisdiction, I do not waive rights, nor do I grant authority over my person, property, or affairs.

3. **Rebuttal of Presumptions Based on Past Signatures**
   Any past signature presumed to bind me to statutory obligations or agency status — including but not limited to applications for driver's licenses, voter registration, or state identification — that was not entered with full knowledge, lawful intent, and voluntary consent, is hereby void and rescinded *ab initio*. No valid contract or delegation of authority may be presumed from silence, coercion, threat of penalty, or constructive fraud.

4. **Peaceful Standing and Non-Combativeness**
   **I come in peace, seeking no conflict.** However, any attempt to compel the living man into commercial legal process **without a verified living injured party**, sworn claim, and lawful jurisdiction shall be deemed a trespass, a breach of peace, and an

unlawful interference with my inalienable liberties — including the *liberty of self-determination, conscience, pursuit of happiness, and peaceful private life.*

5. **Remedy in Equity Reserved**
   I reserve all rights, remedies, and protections afforded by Natural Law, *Divine Law*, Equity jurisdiction, and the Maxims of fairness and good conscience. No statement herein shall be construed as a waiver of rights, nor as joinder to any contract, jurisdiction, or commercial venue not entered knowingly and in honor.

This **Notice of Non-Consent to Statutory Jurisdiction** is entered *nunc pro tunc*, correcting all prior commercial presumptions and restoring standing *ab initio* as a living man, *sui juris*, under *Divine Law* and **Exclusive Equity Jurisprudence**, shall stand as **public notice** and **estoppel** against any presumption of consent to statutory jurisdiction, now and in the future. My rights are reserved fully and completely *nunc pro tunc, ab initio*, and **without prejudice.**

\*Let no man presume that reference to the 1787 Constitution constitutes a plea for statutory remedy. It is offered solely as evidence of the original public trust — not as a source of rights, jurisdiction, or remedy. I operate strictly under *Divine Law* and Equity, not commercial code.\*

*Executed by the Living Man:*

Canuel: Jean-Louis, *sui juris*

Autograph: *Canuel Jean-Louis*

Date: 7/6/2025

Location: Philadelphia, Pennsylvania Republic

Commonwealth of ~~Pennsylvania~~ New Jersey

County of _Camden_

On this _6^th_ day of _July_____, 2025, before me, a Notary Public, personally appeared Canuel: Jean-Louis, known to me to be the living man who executed the foregoing **Notice of Non-Consent to Statutory Jurisdiction**, and acknowledged it to be his free act and deed.

*Witness my hand and seal.*

**Notary Public**

```
SARABJIT PARHAR
Notary Public - State of New Jersey
Commission # 50126350
My Comm. Expires May 1, 2030
```

My Commission Expires: _5/1/2030_____

**20252160301**

08/04/2025 12:16 PM   Page 1 of 2
eRECORDED IN OFFICIAL RECORDS OF PIMA COUNTY, AZ
Gabriella Cázares-Kelly, Recorder

Notice of Claim of Jurisdiction                                        and Reservation of Rights

Express Reservation     Reserved

## By Right, Not by Grant – For the Record of the Living Man
## Canuel: Jean-Louis, sui juris

### Domicile: c/o General Delivery, Philadelphia, Pennsylvania Republic [19149]
### Under Divine Law – In Equity Only – Not in Commerce

**Let it be clearly stated that any and all references to the 'United States Constitution' throughout this Notice are exclusively to the original, organic Constitution for the united States of America (circa 1787), as ratified by the People and not to any constitution, charter, or statutory framework of the UNITED STATES, a federal corporation (see 28 U.S.C. § 3002(15)).**

*To all officers, clerks, judges, and agents of the Commonwealth of Pennsylvania, the State of New York, the UNITED STATES, or any commercial instrumentality thereof:*

I, Canuel: Jean-Louis, *sui juris*, a living man created by the *Most High*, with respect, peace and honor, do hereby give lawful notice that I do not consent to, nor do I knowingly or voluntarily enter into, any jurisdiction governed by commercial, statutory, or corporate code without full disclosure and explicit contract. I stand under *Divine Law*, **Natural Law**, and **Exclusive Equity Jurisprudence** alone. I am not the artificial person, legal fiction, or transmitted entity often styled as "CANUEL JEAN-LOUIS II" or similar corporate constructs.

To the extent that I may have engaged in prior interactions involving state-issued instruments, agency-styled signatures, or registration with STATE or UNITED STATES agencies, those actions were done without **full disclosure of lawful remedy**, under mistake, coercion, or necessity. Such actions shall not be construed as lawful agency, consent to corporate jurisdiction, or **waiver of Equity rights.**

I now, without ambiguity, assert **Exclusive Equity Jurisdiction** and give notice that all presumptions of contract, consent, or legal obligation are rebutted *nunc pro tunc, ab*

**20252160299**

08/04/2025 12:16 PM  Page 1 of 3
eRECORDED IN OFFICIAL RECORDS OF PIMA COUNTY, AZ
Gabriella Cázares-Kelly, Recorder

**.Canuel: Jean-Louis, sui juris**
**Private American National 1787 — Not a 14th Amendment Citizen 1871**
**Domicile: c/o General Delivery, Philadelphia, Pennsylvania Republic [19149]**
**Under Divine Law, Equity Jurisdiction Only**

**Let it be clearly stated that any and all references to the 'United States Constitution' throughout this Notice are exclusively to the original, organic Constitution for the united States of America (circa 1787), as ratified by the People and not to any constitution, charter, or statutory framework of the UNITED STATES, a federal corporation (see 28 U.S.C. § 3002(15)).**

I, Canuel: Jean-Louis, a living man created by *God, sui juris,* competent to testify, and not subject to any fiction of law or presumption of commercial jurisdiction, do hereby solemnly and lawfully declare my true standing on this public record:

1.  I am not a "person," "individual," "resident," or "citizen" under the United States Corporation or any of its franchises.
2.  I am not the ALL CAPS, ens legis, or artificial legal fiction "CANUEL JEAN-LOUIS II" nor any derivative thereof.
3.  I am the beneficial heir and living man, born to a lawful mother and father in New York, on May 13, 1992, by *divine breath* and natural blood, not by civil creation.

4.  I do not consent to statutory, commercial, or military jurisdiction.
5.  I am not a party to the 14th Amendment citizenship contract nor any compelled **adhesion contract.**
6.  I stand solely in **Exclusive Equity Jurisdiction,** under **Natural Law,** *Divine Law,* and the **de jure** original Constitution (circa. 1776-1787), not the corporate overlay imposed in **1871.**
7.  I reserve all *God-given rights nunc pro tunc, ab initio,* and **without prejudice.**

8.  My standing is confirmed through authenticated private documents including:

9. **FOIA** "No Records" Response from the U.S. Department of State
10. Federal/State Authenticated Birth Certificate
11. Security Agreement and UCC-1 Financing Statement properly filed
12. I operate under *God's Law* and **Equity Maxims**, not corporate civil procedure.

- *"Let all things be done decently and in order." –* **1 Corinthians 14:40 (1611 KJV)**
- *"Ye shall know the truth, and the truth shall make you free." –* **John 8:32 (1611 KJV)**
- *Equity will not suffer a wrong without a remedy.*
- *Equity acts in personam.*
- *He who seeks equity must come with clean hands.*

**Let it be known:** Any party operating under a presumption of jurisdiction or authority over me, absent a lawful, signed agreement entered knowingly, voluntarily, and with full disclosure, is hereby given notice of trespass. No agency exists between myself and any STATE or UNITED STATES corporate entity, beyond the lawful control I exercise over the artificial legal entity established in my name. Any agency acknowledged is limited solely to my lawful capacity as **Secured Party** over the corporate fiction, and shall not be construed as consent to statutory jurisdiction or corporate governance.

To the extent that prior matters, filings, or actions have occurred under commercial jurisdiction, including the use of STATE instruments, legal names, or public court proceedings, such actions were performed under mistake, presumption, coercion, or necessity, and **without full disclosure of lawful remedy**. I now, **as the living man Canuel: Jean-Louis, sui juris, give lawful and irrevocable notice that all such past presumptions are hereby rebutted. I stand exclusively in Equity and do not consent to any further application of statutory liability or agency presumption.**

I make this Declaration freely, without threat or coercion, in full knowledge of its lawful standing. Let this serve as irrevocable notice of my private status and rejection of all commercial and statutory designations.

*Let no man presume that reference to the 1787 Constitution constitutes a plea for statutory remedy. It is offered solely as evidence of the original public trust — not as a source of rights, jurisdiction, or remedy. I operate strictly under *Divine Law* and Equity, not commercial code with peace to all mankind.

*Executed and Declared by the Living Man:*

Canuel: Jean-Louis, *sui juris*

Autograph: _By: Canuel: Jean-Louis_

Date: _6th of July, 2025_

Location: Philadelphia, Pennsylvania Republic

Commonwealth of ~~Pennsylvania~~ New Jersey

County of _Camden_

On this _6th_ day of _July_____, 2025, before me, a Notary Public, personally appeared Canuel: Jean-Louis, known to me to be the living man who executed the foregoing **Declaration of Status of the Living Man**, and acknowledged it to be his free act and deed, made without intent to enter into any corporate jurisdiction.

*Witness my hand and seal.*

**Notary Public**

My Commission Expires: _5/1/2030_

SARABJIT PARHAR
Notary Public · State of New Jersey
Commission # 50126350
My Comm. Expires May 1, 2030

**20252180361**

08/06/2025 01:56 PM   Page 1 of 3
eRECORDED IN OFFICIAL RECORDS OF PIMA COUNTY, AZ
Gabriella Cázares-Kelly, Recorder

# *Allonge To Accompany The Jean-Louis Empire Foreign Grantor Trust Private Trust Identification Card*

**Grantor:** *CANUEL II JEAN LOUIS*

*Private, Irrevocable, Foreign Grantor Trust*

**Recording Requested By:** Canuel Jean-Louis, Trustee for *Jean-Louis Empire Foreign Grantor Trust*

c/o Canuel Jean-Louis, Trustee

**When Recorded Return To:** [PO BOX 5025]
[Woodbury, NJ 08096]

**Document Title:**  Allonge of Trust Identification

**Grantor:**  CANUEL II JEAN-LOUIS
Canuel Jean-Louis, Trustee

**APN / Reference #:**  N/A

*This instrument is for lawful public notice purposes only and is not a deed of trust, mortgage, or statutory instrument. All rights reserved.*

# Allonge To Accompany The Jean-Louis Empire Foreign Grantor Trust Private Trust Identification Card
### (For attachment to and enforcement with the Trust Identification Document)




### Notice to All Parties, Agents, Officers, and Beneficiaries:

This Allonge is issued by the undersigned Trustee of **The Jean-Louis Empire Foreign Grantor Trust**, a private, foreign, irrevocable trust, organized exclusively under **Divine Law**, **Law of Nations**, and the **Maxims of Equity**, without commercial, statutory, or UNITED STATES jurisdiction.

The attached Trust Identification Card, whether displayed in physical or digital format, is not a government-issued identification and is not to be presumed as such. It is a private declaration of trust capacity, lawful jurisdiction, and secured identity for the administration and protection of trust property, beneficiaries, and sacred estate.

### This Allonge hereby confirms:
1. The bearer of the Private Trust ID is acting in a fiduciary capacity only, as *Lawful Trustee* of the *Jean-Louis Empire Foreign Grantor Trust.*
2. All records accessible via embedded QR code are subject to copyright, trust seal, and lawful use restriction, and are provided solely for the purpose of verification, protection, and non-commercial identification under law.
3. All unauthorized use, duplication, tampering, or denial of access based on this card shall incur strict equity penalties per the publicly noticed *Fee Schedule of the Trust*, duly recorded and sealed.
4. The Trust and its officers operate exclusively in Equity and Trust law jurisdiction, not under statutory fiction or 14th Amendment citizen presumptions.
5. The name "Canuel: Jean-Louis, sui juris" represents the living man in full legal and spiritual capacity, and CANUEL JEAN-LOUIS is a foreign estate/corpus held in equity by this Trust.
6. The Trust reserves all divine, inherited, and secured rights, including but not limited to status, capacity, standing, protection, private mobility, and private conveyance.

**IN WITNESS WHEREOF**, this Allonge is lawfully attached and made part of the Private Trust Identification as of this ___5th___ day of ___February___ 2025.

By: _Canuel: Jean-Louis_
Canuel: Jean-Louis, *sui juris*, as *Trustee*
*The Jean-Louis Empire Foreign Grantor Trust (EIN #98-6141743)*

# NOTARY ACKNOWLEDGMENT (Jurat)

State of New Jersey

County of Camden

Subscribed and sworn to (or affirmed) On this 6th day of August ____, 2025, before me, the undersigned Notary Public, personally appeared Canuel: Jean-Louis, known to me or satisfactorily proven to be the living man whose name is subscribed within this instrument. The signer did solemnly swear (or affirm) under oath that the contents of the foregoing instrument (*Allonge To Accompany The Jean-Louis Empire Foreign Grantor Trust Private Trust Identification Card*), are true, correct, and complete to the best of his knowledge, understanding, and belief, and acknowledged that he executed the same for the lawful purposes stated therein.

*Witness my hand and official seal:*

**Notary Public**
My Commission Expires: February 21, 2030

KAITLYNN NAZARENE
(SEAL) NOTARY PUBLIC
STATE OF NEW JERSEY
MY COMMISSION EXPIRES February 21, 2030

**20252160361**

08/04/2025 01:29 PM   Page 1 of 3
eRECORDED IN OFFICIAL RECORDS OF PIMA COUNTY, AZ
Gabriella Cázares-Kelly, Recorder

# ABSTRACT OF TRUST

*Private, Irrevocable, Foreign Grantor Trust*

**Recording Requested By:** Canuel Jean-Louis, Trustee for *Jean-Louis Empire Foreign Grantor Trust*

**When Recorded Return To:**    c/o Canuel Jean-Louis, Trustee
[PO  BOX  5025]
[Woodbury, NJ 08096]

**Document Title:**

Abstract of Trust/Certificate of Trust Creation
CANUEL II JEAN-LOUIS

**Grantor:**
**Grantee:**    Canuel Jean-Louis, Trustee
N/A

**APN / Reference #:**

*This instrument is for lawful public notice purposes only and is not a deed of trust, mortgage, or statutory instrument. All rights reserved.*

# ABSTRACT OF TRUST

## *THE JEAN-LOUIS EMPIRE FOREIGN GRANTOR TRUST*

**Date of Trust Creation:** *01/01/*___, 2025
**Trust Type:** Private, Irrevocable, Foreign Grantor Trust

### I. DECLARATION
This Abstract of Trust is executed to certify the existence and authority of *The Jean-Louis Empire Foreign Grantor Trust*, EIN# 98-1641743
established by Trust Indenture by CANUEL II JEAN-LOUIS *SSN: ▮▮▮▮▮▮ as Grantor, and accepted by Canuel: Jean-Louis *sui juris*, a living man, under *God,* and Free the Family 4 Life Irrevocable Trust *EIN: ▮▮▮▮▮ as Trustee and Co-Trustee.

### II. TRUST NAME AND DATE
**Full Trust Name:** *The Jean-Louis Empire Foreign Grantor Trust*
**Date of Trust Execution:** *01/01/*___, 2025
**Governing Law:** *Divine Law*, Natural Law, Common Law, and Exclusive Equity Jurisprudence/Jurisdiction
**Primary Domicile:** unincorporated New Jersey republic; governed by ecclesiastical Equity, (Private Capacity, Foreign Jurisdiction to the incorporated U.S.)

### III. GRANTOR
**Grantor:** CANUEL II JEAN-LOUIS, *ens legis*
Authorized Representative: *Free the Family 4 Life Irrevocable Trust* *EIN:

### IV. TRUSTEE
**Trustee:** Canuel: Jean-Louis, *sui juris*
**Title:** Principal Individual Banker / CFO / Trustee
**Authority:** Full power to contract, manage property(all res of the trust), bank, and operate the Trust corpus.

### V. POWERS OF TRUSTEE
**The Trustee has full authority to:**
- Open and manage bank/financial accounts
- Enter contracts
- Hold/transfer property
- Appoint agents/co-trustees
- Execute instruments and administer the Trust

### VI. BENEFICIARIES
**This Trust benefits the following private entities:**
▮▮▮▮▮▮▮▮▮▮▮▮

- The Canuel Jean-Louis Private Bank—Estate & Trust
- Canuel Jean-Louis II LLC
- CANUEL II JEAN-LOUIS ESTATE



- MR CANUEL JEAN-LOUIS INDIVIDUAL BANKER—CFO
-CANUEL LOUIS & JEAN LOUIS TRUST



## VII. SUCCESSOR TRUSTEE
Successors follow male-line bloodline of Canuel: Jean-Louis *sui juris*, or nearest living relative unless otherwise lawfully appointed, per Trust Indenture.

## VIII. REVOCABILITY
This Trust is irrevocable. The Grantor retains no power to revoke or amend the Trust. The Trustee has limited authority
to clarify or secure administration consistent with Trust purpose.

## IX. NO TRUST TERMINATION



THE STATE OF NEW JERSEY

COUNTY OF BURLINGTON

I, **Joanne Schwartz**, County Clerk of the County of Burlington do hereby certify that STEPHANY PEREZRENZA _____ before whom the forgoing OATH was taken is a Notary Public in and for said County and State; Burlington, New Jersey, AND is by the laws of said State authorized to take Oaths and I verily believe the signature purporting to be h er to be genuine.

Witness my hand and seal of said Clerk of Burlington County this 1st _____ day of

July _____, 20 25 .

County Clerk

No. 191m

By: _____
Special Deputy Clerk

**Notary Public**
My Commission Expires: 03/27/2030

STEPHANY PEREZRENZA
Notary Public, State of New Jersey
My Commission Expires Mar 27, 2030

**20252790027**
10/06/2025 08:26 AM   Page 1 of 5
eRECORDED IN OFFICIAL RECORDS OF PIMA COUNTY, AZ
Gabriella Cázares-Kelly, Recorder

# _Trust Transfer Grant Deed_
# _(Private Trust Conveyance)_

# _By Right--Not By Grant_

| | |
|---|---|
| **Recording Requested By:** | Canuel Jean-Louis, _sui juris_ |
| **When Recorded Return To:** | c/o Canuel Jean-Louis, _sui juris_<br>[6130 W Flamingo Rd  2032]<br>[Las Vegas, Nevada near 08096] |
| **Document Title:** | _Trust Transfer Grant Deed_<br>**By Right- Not By Grant-No Commercial**<br>**Consent- Exclusive Equity Jurisdiction.** |
| **Grantor:** | **CANUEL II JEAN-LOUIS** _(Debtor)_ |
| **Grantee:** | Canuel: Jean-Louis, _sui juris_, Trustee _(Secured Party)_ |
| **APN / Reference #:** | _Date of Nativity: Julian date —2448756.2986_ |

_This instrument is for lawful public notice purposes only and is not a deed of trust, mortgage, or statutory instrument. All rights reserved._

# TRUST TRANSFER GRANT DEED

*(Exempt from documentary transfer tax; This conveyance transfers **Grantor's** interest into **This trust**, R&T Code §11930)*

**Recording Requested By:** *Canuel; Jean-Louis "TTEE"*

*And When Recorded, Mail To:*
**The Jean Louis Empire Foreign Grantor Trust**
c/o Canuel: Jean-Louis, *sui juris—in propria persona*, Trustee
*[1265 Hurffville Rd #5025 Woodbury, New Jersey 08096]*

## GRANT DEED

**For valuable consideration, receipt of which is acknowledged,**

I, *Canuel: Jean-Louis, sui juris—in propria persona*, the living man, also known in the public record as "*CANUEL II JEAN-LOUIS*", (hereinafter "**Grantor**"), hereby **GRANT, TRANSFER**, and **DELIVER** unto ***The Jean Louis Empire Foreign Grantor Trust*** (███ 98-1641743), its *Trustees, Beneficiaries, Successors*, and *Assigns forever* (hereinafter "***Grantee***"), **all rights, title, and interest in and to:**

1. All real property in which **Grantor** holds present *title, possession*, or *beneficial use*, **including but not limited to:**

- ***1. Birth Certificate Estate / Cestui Que Vie Trust***
 • *CERTIFICATE NAME: CANUEL II JEAN-LOUIS*

 • *Certificate N███: 156-92-047864*

 • *Registered State: New York*

 • *Date of Birth: May 13th 1992*

 • *Conveyed under Security Agreement dated: June 16th 2025*

***2. Social Security Account / SSN Trust***

- *SSN:* *53*

- *Account Designation:* *53*

- *Jurisdiction disclaimed; held as private usufruct and bonded asset*

*3. UCC-1 Financing Statement*

- *Filing State:  New York*

- *Filing Number:  202506168297838*

- *Filing Date: June 16th 2025*

- *Secured Party: The Jean-Louis Empire Foreign Grantor Trust*

- *Debtor: CANUEL II JEAN-LOUIS*

## 4. 2010 Audi A6

- *VIN: WAUFGAFB5AN080501*

- *Origin: Private purchase, private title held*

- *Usage: Demonstration vehicle under trustee custody*

- *Manufacturer Certificate of Origin: Not Yet Obtained*

*State Certificate of Title: Obtained (No Bank Lien)*

- *Status: Private conveyance, held in trust*

## 5.  2010 BMW S1000RR

- *VIN: WB105170XAZV41046*

- *Origin: Private purchase, private title held*

- *Usage: Demonstration vehicle under trustee custody*

- *Manufacturer Certificate of Origin: Not Yet Obtained*

*State Certificate of Title: Obtained (No Bank Lien)*

- *Status: Private conveyance, held in trust*

*[Will Add more assets as needed: vehicles, tools, crypto wallets, etc. via amendment]*

## 6. Canuel Jean-Louis Private Bank—Estate & Trust

- *Structure: Private Unincorporated Bank*

- *Principal Banker: Canuel: Jean-Louis sui juris*

- *Operating under EIN: 33-4760481*

## 7. Digital Assets / Cryptocurrency Holdings

- *Wallet IDs: On record in Trustee Ledger*

- *Held in trust for beneficiaries*

## 8. Business Interests

- *R&S Services LLC (Unincorporated, Private Contract)*

- *Canuel Jean-Louis II LLC*

- *Other ventures listed on internal ledger*

2. **All personal property, tangible and intangible, including automobiles, real estate, accounts, securities, intellectual property, and contract rights** presently held by **Grantor**.

3. All after-acquired property of *Grantor*, hereinafter conveyed and vested in **Trust** by continuing **Grant**.

This conveyance is made solely for the purpose of establishing, vesting, and securing **trust ownership.** The Trust shall hold the above property as part of its corpus, subject to the terms of the ***Trust Indenture*** and *all equitable maxims therein.*

### RESERVATIONS & NOTICE

*Grantor* reserves no reversionary rights, except that all rights not expressly **granted** are reserved for the benefit of the *Trust*. This deed is made and accepted in exclusive ***Equity Jurisdiction,—non-commercial and private.***

## EXECUTION

Dated: September 30th 2025

By Canuel Jean-Louis II

**CANUEL II JEAN-LOUIS©**, *sui juris*

**Grantor**

Private Trust Identification Card

*For the benefit of:*

*Jean Louis Empire Foreign Grantor Trust (EIN: 98-1641743)*

By Canuel Jean-Louis "TTEE"

Canuel: Jean-Louis, *sui juris—in propria persona*

**Trustee**

## NOTARY ACKNOWLEDGMENT

State of New Jersey        )
County of Camden          )

On this 30th day of September, 2025, before me, **a Notary Public**, personally appeared Canuel: Jean-Louis, *sui juris—in propria persona Trustee*, known to me (or proved on satisfactory evidence) to be the living man who executed this **Trust Transfer Grant Deed**, and acknowledged it as his free and private act and deed.

**Notary Public:**

Commission Expires:  5/1/2030

**SEAL**

SARABJIT PARHAR
Notary Public · State of New Jersey
Commission # 50126350
My Comm. Expires May 1, 2030

# *THE UNITED STATES OF AMERICA DISTRICT COURT*
## *— EASTERN DISTRICT—*

**In re:**
*Canuel: Jean-Louis,* Trustee, *sui juris*
Captioned "Defendant" below,
*Complainant* herein.

v.

**COMMONWEALTH OF PENNSYLVANIA,**
**(DAUPHIN COUNTY COURT OF COMMON PLEAS, et.al)**
*Respondent,*

**No.** _____ (To be assigned)*

===========================================================================

In re: **Case No. CP-22-MD-0001474-2025, &**
**CP-22-CR-0002559-2025**
COMMONWEALTH OF PENNSYLVANIA,
**Respondent,**

v.

CANUEL II JEAN-LOUIS,
Captioned "Defendant" below,
**Complainant** herein.

\_\_\_\_

## *NOTICE TO CORRECT OR SUPPLEMENT THE RECORD*

*(Filed Pursuant to Pa.R.A.P. 1926(b))*

*Complainant* is *Noble Canuel Jean Louis El, Sheik,* a **_Private Moorish American National_**, also known as *Canuel: Jean-Louis, sui juris* appearing in *propria persona*, personally and not by counsel, and making **no general appearance** for or on behalf of the artificial entity denominated without consent to commercial joinder to said entity also known as **"CANUEL II JEAN-LOUIS."**

That designation appears solely as the caption employed by the lower tribunal and is **expressly disputed as to status, capacity, and jurisdiction.**

*Complainant* **preserves all nationality rights, constitutional rights, and equitable rights without waiver, and brings this cause as an injured party seeking redress and restraint of unlawful proceedings.**

———

**Notice**

*Complainant* respectfully moves this **Honorable Supreme Court** to Correct or Supplement the Record of the **October 8, 2025** hearing in the Court of Common Pleas of Dauphin County pursuant to **Pa.R.A.P. 1926(b)**, and in support thereof states as follows:

———

**I. The Existing Transcript Contains Material Errors**

A certified transcript prepared by the lower tribunal contains verifiable inaccuracies which:
- **materially distort Complainant's statements,**
- **change the legal character of the dialogue,**
- **affect substantial rights, and**
- **prejudice future review.**

**These errors require correction.**

———

**II. Mis-Transcription of "Surety" as "Specialty"**

At one point in the proceeding, *Complainant* clearly stated:

"I am the *implied surety*...."

However, the transcript **incorrectly** renders this as:

**"I'm a specialty...." (Pg 4 Line 21 of Prepared Transcript)**

This is a material and legally significant error because the term **surety**:
- is a technical term central to **equity, subrogation,** and **capacity** in **judicial proceedings** (*Sheldon, Law of Subrogation, §§ 2–4)*;
- forms part of *Complainant's* standing claim;
- was used deliberately and precisely;
- cannot be replaced by "**specialty,**" which has an **entirely different legal meaning.**

This mis-transcription alters the substance of *Complainant's* constitutional and equitable argument.

———

### III. Additional Errors Anticipated Pending Detailed Review

*Complainant* reserves the right to supplement this "Notice" upon complete page/line verification once the **Supreme Court** assigns a docket number to this extraordinary-relief matter.

At minimum, *Complainant* has identified:
**1. Omissions of statements made by Complainant during objections;**
**2. Incorrect paraphrasing of the officer's admissions regarding the NCIC date discrepancy;**
**3. Fragmented transcription of Complainant's Sixth Amendment "nature and cause" inquiry;**
**4. Absence of the judge's departure mid-colloquy, which is relevant to due process.**

**Pa.R.A.P. 1926(b)** specifically anticipates supplementation for exactly this situation.

----

### IV. Good Cause Exists for Correction

Under **Rule 1926(b):**

*"If anything material to either party is omitted from the record…or if misstatements are found, the parties…may at any time correct the record."*

Good cause exists because:
**• these mistakes affect constitutional claims;**
**• the transcript forms part of Complainant's Complaint for Extraordinary Relief;**
**• appellate review is impaired without an accurate record;**
**• failure to correct would prejudice Complainant in further proceedings.**

----

### V. Relief Requested

*Complainant* respectfully requests that the Supreme Court:
**1. Order the Court of Common Pleas to correct the transcript, specifically replacing "specialty" with "surety";**

**2. Order the lower court to review and correct any additional errors, omissions, or misstatements highlighted by Complainant after full page-and-line verification;**

**3. Permit Complainant to submit supplemental corrections as needed under Rule 1926(b);**

**4. Grant all and every additional equitable relief necessary to ensure a complete and accurate record.**

----

## *SECTION VI — VERIFICATION*

### RESERVATION/ANTI-WAIVER

Nothing herein consents to statutory jurisdiction or waives any preserved exception. **No general appearance. No contract. No commercial Joinder. ALL RIGHTS RESERVED. 2025. Without Prejudice. "So help me *God*"**

### VERIFICATION

**I, Canuel: Jean-Louis , *sui juris*, a natural living man, and *Private American civilian* declare and swear under *Nature's God, ALLAH, Creator of Heaven and Earth, and under the principles of Exclusive Equity Jurisdiction/Jurisprudence, pursuant to the Treaty of Peace and Friendship(1777-1787) and the organic and original Constitution for the united States of America(1776-1781)*, that the foregoing is true, correct, and complete to the best of my knowledge and belief, and that all documents and incorporated exhibits are true exact copies of the documents they purport to be. Originals are available for inspection and I require immediate return after comparison/inspection.**

**I declare under the laws of the United States of America that foregoing is true and correct.**

Executed on this ___24ᵗʰ___ Day __November_____ of 2025

By: _Canuel: Jean-Louis "TTEE"_

Canuel: Jean-Louis, *sui juris* (*in propria persona*)-- not pro se

*All rights reserved, without prejudice.*

As: *Complainant* and *Equitable Beneficial Title Holder*

### NOTARY ACKNOWLEDGMENT (Jurat)*

State of _New Jersey_____ )

§

County of _Camden_____ )

On this _25ᵗʰ_ day of _November_ , **2025,** before me, a Notary Public, personally appeared Canuel: Jean-Louis, *sui juris,* known to me or satisfactorily proven to be *the living man* who executed the foregoing instrument(s), (***NOTICE TO CORRECT OR SUPPLEMENT THE RECORD***) and acknowledged it for the purposes stated herein.

_Kaitlynn Nazarene_____

Notary Public

My Commission Expires: _February 21,2030_____

KAITLYNN NAZARENE
NOTARY PUBLIC
STATE OF NEW JERSEY
MY COMMISSION EXPIRES February 21, 2030

COMMONWEALTH OF PENNSYLVANIA  :  IN THE COURT OF COMMON PLEAS
                               :  DAUPHIN COUNTY, PENNSYLVANIA

      VS.                  :

CANUEL JEAN-LOUIS, II      :  NO. CP-22-CR-0002559-2025

TRANSCRIPT OF PROCEEDINGS

GRAZIER & MOTIONS HEARINGS

[Pages 1 - 53]

BEFORE:     HONORABLE DEBORAH E. CURCILLO

DATE:       WEDNESDAY, OCTOBER 8, 2025

PLACE:      COURTROOM NO. 3
              DAUPHIN COUNTY COURTHOUSE
              HARRISBURG, PENNSYLVANIA

APPEARANCES:

    DAVID E. HERSHEY, ESQUIRE
    DEPUTY DISTRICT ATTORNEY

      For - Commonwealth

Reported by:  Debra L. Heary

2

INDEX TO WITNESSES

| COMMONWEALTH | DIRECT | CROSS |
|---|---|---|
| Stephanie Hornbaker | 13 | -- |
| Emmanuel Varkanis | 28 | 36 |

INDEX TO EXHIBITS

| COMMONWEALTH | | IDENTIFIED | ADMITTED |
|---|---|---|---|
| 1 | PennDOT packet | 14 | 27 |

DAUPHIN COUNTY COURT REPORTERS

**PROCEEDINGS**

1:20 p.m.

THE COURT: All right, we have Canuel Jean-Louis. Good afternoon, Mr. Hershey.

ATTORNEY HERSHEY: Good morning, Your Honor. We call the case of Commonwealth versus Canuel Jean-Louis, II, CP-22-CR-2559-2025.

Judge, we're here on a series of filings by the defendant resulting in what I determined to be the necessity for a motions hearing at least on a couple of issues.

Judge, by way of background, if I could, before I call any witnesses, I'd like to just try to clean up the record with regard to the pro se filings and the position that my office is taking on them if that's acceptable to the Court. They're voluminous.

THE COURT: Please.

ATTORNEY HERSHEY: Okay. So taking them in the order in which they were received by the Clerk of Courts office, Your Honor, the first filing --

THE DEFENDANT: Objection, Your Honor.

THE COURT: Overruled. Please have a seat.

ATTORNEY HERSHEY: The first filing was --

THE DEFENDANT: Sucks I'm here today.

ATTORNEY HERSHEY: -- regarding special

appearance and filing of wrongful notice. And contained within that filing -- that was received by the Clerk of Courts June 11, 2025 -- within that filing was a motion to dismiss for lack of jurisdiction and criminal intent. And I did file a response to that, Your Honor.

The remaining averments, I didn't. It was our position they didn't raise colorable arguments of the law so I did not respond to the remaining averments.

THE COURT: Well, before we go through each one of his motions, have we done a Grazier hearing?

ATTORNEY HERSHEY: No, we have not, Your Honor.

THE COURT: Okay. Sir, you need to come up here to the Bar.

Thank you. And if you would raise your right hand.

Do you swear to tell the truth, the whole truth and nothing but the truth?

THE DEFENDANT: Objection. I'm not here to swear in.

THE COURT: All right.

THE DEFENDANT: I'm a specialty --

THE COURT: And would you state your name for the record.

THE DEFENDANT: My name is granted to the clerk by special deposit for return of my interest.

THE COURT: And you're here for motions that you filed concerning charges against --

THE DEFENDANT: I didn't file any motions.

THE COURT: Do not interrupt me. You are here on charges that have been filed by the Commonwealth of forgery, a disposition of vehicle or vehicle part with altered VIN, tamper with public record/information, make false applications for title registration, possession, sale, use, display documents, and unsworn falsification to authorities.

Since three of those charges are felonies as well as misdemeanors, you're entitled to have counsel. Are you intending to have counsel represent you or are you representing yourself on these matters?

THE DEFENDANT: Respectfully, Your Honor, I'm here because I don't understand the nature and cause of these actions brought against me.

THE COURT: That's why we're here. I'm going to --

THE DEFENDANT: I don't consult with counsel. I don't need an attorney though.

THE COURT: You don't need an attorney?

THE DEFENDANT: No. I do not know how to hire an attorney.

THE COURT: All right. So we're going to go

through the waiver of that attorney so that you understand that by waiving the right --

THE DEFENDANT: I'm not waiving any rights, Your Honor.

THE COURT: Well, you just indicated to me that you don't need an attorney.

THE DEFENDANT: Yeah. I'm pretty sure the Sixth Amendment allows me to represent myself and my proper person.

THE COURT: Absolutely. But I do have to make it clear to you by representing yourself --

THE DEFENDANT: I -- sorry, sorry. Not to interrupt you. Continue.

THE COURT: By representing yourself, I need to tell you that you have the right to be represented by counsel. And if you cannot afford counsel, counsel would be provided to you free of cost. Do you understand that?

THE DEFENDANT: No, I do not understand that.

THE COURT: Okay. Do you understand the nature of the charges that have been brought against you?

THE DEFENDANT: No, I do not.

THE COURT: Or the elements of those charges?

THE DEFENDANT: No, I do not.

THE COURT: All right, well, the Commonwealth will explain each one of those. Are you aware of the

permissible range of sentences and/or fines of each of the offenses and if you're convicted what those fines and sentence could be?

THE DEFENDANT: No.

THE COURT: Do you understand that if you waive the right to counsel, that you don't want to have an attorney present with you, you will still be bound by all the normal rules of procedure and that counsel would be familiar with these rules having gone to seven years of higher education, taking the Bar exam, and being licensed in the Commonwealth of Pennsylvania to practice law. Do you understand that?

THE DEFENDANT: It is my understanding that I do not need an attorney to represent me.

THE COURT: You do not. But I need to make you aware --

THE DEFENDANT: I also --

THE COURT: -- that you will be held --

THE DEFENDANT: I also --

THE COURT: -- to the same standard as if you are an attorney --

THE DEFENDANT: I also --

THE COURT: -- representing yourself.

THE DEFENDANT: I also do not require someone to speak for me. I can have standby counsel if I need to, but I'm not waiving my right to an attorney.

DAUPHIN COUNTY COURT REPORTERS

THE COURT: And I'd be more than happy to give you standby counsel if that's what you are so desirous of. But what I need to make you understand is that by standing here telling me that you can speak for yourself, that you are waiving the right to have an attorney speak for you.

THE DEFENDANT: In order for me to fully commit to that, I need to understand certain things about this case.

THE COURT: And that's why --

THE DEFENDANT: I have several questions before I can waive any rights, before I can even proceed.

THE COURT: Okay.

THE DEFENDANT: Me waiving rights is me proceeding. Correct?

THE COURT: Do you understand that there are possible defenses that an attorney who is certified and licensed in the Commonwealth of Pennsylvania would raise and if you're not aware of those defenses you may actually waive those and be lost permanently to you. Do you understand that?

THE DEFENDANT: Your Honor, I do not understand.

THE COURT: Okay. All right. So maybe that's why you were going the way you were going.

ATTORNEY HERSHEY: I wanted to address each motion on the record, Your Honor, and at least state our

DAUPHIN COUNTY COURT REPORTERS

position regarding the -- whether --

THE DEFENDANT: Objection to the word motion, Your Honor. I'm not filing any motions. These are abatements. They're equitable filings.

THE COURT: Okay.

THE DEFENDANT: They're filings in order to preserve my right to appeal, in order to preserve my private rights as a private American.

THE COURT: Thank you. You may have a seat and I'll let Mr. Hershey proceed.

So you were talking about a motion to dismiss with prejudice for lack of jurisdiction and criminal intent.

ATTORNEY HERSHEY: Yes, Your Honor. I interpreted that as essentially a challenge -- a habeas corpus challenge. And I have briefed that issue. I'm providing Defendant with a copy of the brief I filed with the clerk's office.

The second filing, Your Honor, was accepted by the Clerk of Courts on June 25th. This was entitled testimony under God and declaration of equity subrogation. And Your Honor issued an order on that at an MD docket indicating that the corresponding shall not be entertained because it was unclear what relief the defendant was seeking.

THE DEFENDANT: Free to speak, Your Honor?

THE COURT: You need to stand if you're going

DAUPHIN COUNTY COURT REPORTERS

to address me, sir.

THE DEFENDANT: Judge, I apologize. I apologize. Um, is the prosecutor saying he doesn't understand the principle of equitable subrogation? That's a question.

ATTORNEY HERSHEY: It's not a colorable legal argument, Your Honor. That's our position.

THE DEFENDANT: I'm not here to argue, Your Honor. I'm here to correct the record and settle the matter and close it.

THE COURT: I didn't understand what you just said. Sever --

THE DEFENDANT: Settle and close this matter.

THE COURT: Settle, okay.

THE DEFENDANT: I'm here on behalf of the true party -- I'm the true party of interest and I'm here on behalf of the party in question in regards to this matter.

And like I said before, I do not understand the nature and cause of the actions being brought to me. So I'm here to ask several questions if Your Honor would allow me to ask several questions in order for me to make my determination on what type of proceeding this is, I would be greatly appreciative.

THE COURT: Well, I think right now he's just going through each of the filings that you did. So you were

DAUPHIN COUNTY COURT REPORTERS

11

on the judicial notice of equity 1. There's also a judicial notice in equity number 2; is that correct, Mr. Hershey?

ATTORNEY HERSHEY: The second item that we just addressed was the testimony under God and declaration of equity subrogation, Your Honor, which you already issued an order on.

The third filing received by our office July 11th, I'm not sure when the clerk's office clocked it in. This was judicial notice of status abatement for cause and rejection of pro se designation. I did not see a colorable legal argument that would have justified a response from our office, so I did not file one.

The next document, Your Honor, in chronological order received by the Clerk of Courts was August 6th. And this document is entitled clerk and chambers instruction judicial notice in equity regarding CP-22-CR-2559-2025, equity demand correction and abatement.

In that document, Your Honor, it appeared to me that there may have been an argument that the defendant wanted to raise the affirmative defense of detrimental reliance or official --

THE DEFENDANT: Objection.

ATTORNEY HERSHEY: -- reliance. And so I did--

THE DEFENDANT: Objection, Your Honor.

THE COURT: Overruled. Continue.

DAUPHIN COUNTY COURT REPORTERS

12

ATTORNEY HERSHEY: So I did file -- that is part of my answer to the -- to this filing.

The next document, Your Honor, which was accepted by the Clerk of Courts office on August 7, 2025, is entitled fee schedule of remedial penalties.

I went through that document, Your Honor. Some of it's a restatement of some earlier filings, but there wasn't any other colorable arguments that I could ascertain that we needed to file a response to so I did not file a response to that document.

And then finally, Your Honor, on September 5th, the Clerk of Courts received another filing entitled praecipe to docket and index consolidated equity filings nunc pro tunc and proposed orders.

There was one reference to official reliance in that document. I addressed that in my brief to the Court. It's a -- it's an argument that's potentially -- well, is recognized by the Superior Court if a number of criteria are met.

I don't believe the defendant meets those criteria, but he has raised it so he is entitled for Your Honor to hear him on that issue should he decide to proceed with that argument.

And then Your Honor would perform a gate-keeping function as to whether or not he's permitted to

DAUPHIN COUNTY COURT REPORTERS

13

argue official reliance to a jury or judge if he chose to proceed to a judge bench trial.

So those are all the filings that I have, Your Honor. And at this time, I am ready to proceed. He is entitled essentially to a hearing on the writ of habeas corpus. We're ready to proceed on that.

THE COURT: Call your first witness.

ATTORNEY HERSHEY: We'll call Stephanie Hornbaker to the stand.

STEPHANIE HORNBAKER,
called as a witness,
having been duly sworn or affirmed,
was examined and testified as follows:

DIRECT EXAMINATION

BY ATTORNEY HERSHEY:

Q.    Could you state your name for the record, please.

A.    Stephanie Hornbaker.

Q.    And what is your occupation?

A.    I work in the risk management office at PennDOT, the Department of Transportation.

Q.    What is your professional address?

A.    1101 South Front Street, Harrisburg, Pennsylvania 17104.

Q.    What section of PennDOT do you work in?

A.    Risk management.

Q.    Okay. In your position with risk management, are

DAUPHIN COUNTY COURT REPORTERS

14

you familiar with the titling of out-of-state vehicles in Pennsylvania?

A.    Yes.

Q.    Are you familiar with the role the tag services play in transferring titles?

A.    Yes.

Q.    Are tag services employed by PennDOT?

A.    They're contracted -- well, they have a contract through PennDOT.

Q.    So they're not PennDOT employees?

A.    They are not, no.

Q.    Okay. When a customer appears at a tag service for purposes of transferring an out-of-state title into a PA title, what information does the buyer normally present to the tag agent?

A.    Driver's license non-expired or an identification non-expired, the title, insurance -- valid insurance. And off the top of my head, that's what I can think of right now.

Q.    Okay.

ATTORNEY HERSHEY: Your Honor, I'm showing what's been marked as Commonwealth's Exhibit 1, I'm showing it to the defendant.

THE DEFENDANT: Thank you.

ATTORNEY HERSHEY: Are you finished with that?

THE DEFENDANT: Yes.

DAUPHIN COUNTY COURT REPORTERS

15

ATTORNEY HERSHEY: May I approach the witness, Your Honor?

THE COURT: Yes, you may.

BY ATTORNEY HERSHEY:

Q. Ms. Hornbaker, I'm showing you what's been marked as Commonwealth's Exhibit 1. Can you identify that exhibit.

A. The first page and second page is a certified copy through PennDOT of the vehicle record abstract.

ATTORNEY HERSHEY: Sheriff, maybe now would be a good time to get the screen up.

THE SHERIFF: Do you have your laptop?

ATTORNEY HERSHEY: No, I do not have a laptop.

THE COURT: That's all right, let her testify and I'll look at it.

ATTORNEY HERSHEY: Okay.

BY ATTORNEY HERSHEY:

Q. Starting from the -- let's start from the very top page of the document.

A. Sure.

Q. What's the top page represent?

A. It's the certified record of the dead tag.

Q. Okay. And what does that mean?

A. It means that PennDOT is certifying that this record here with the dead tag itself, which tag number LYZ7527, is currently marked dead in the system.

16

Q. Okay. What's the second page indicating?

A. It's our signature certifying that.

THE COURT: And what does it mean to be a dead tag?

THE WITNESS: Dead tag means that we would kill the tag in the system if for some reason it's stolen, it's reported missing, or anybody turns it in and they no longer are in use of it.

BY ATTORNEY HERSHEY:

Q. Again, if you could just move on to the next page and tell us if you can identify what that document is.

A. This is a copy of a state of Alabama certificate of title for a vehicle.

Q. Okay. Now, as part of your training in risk management, do you have any background in identifying fraudulent vehicle titles?

A. Yes.

Q. And are you trained specifically in that aspect of risk management?

A. Yes.

Q. And how long have you been doing this job?

A. Two and a half years.

Q. Okay. In reviewing that Alabama title, is there anything in particular that you noticed that may be unusual?

A. Yes.

17

Q. Okay. Do you want to explain to the Court what you're observing.

A. The font is completely different on several different things. Looking at the vehicle identification number, that would never be bolded, it would just be the same exact font as anything else within that document.

THE DEFENDANT: Objection, Your Honor. That's speculation.

THE COURT: Overruled. May I see the -- Brandon, may I see the file?

THE WITNESS: Looks like there's quite a -- I mean, because it is an actual copy, but looking at this, the body type would never read 4DRSDN. It would be just a sedan.

BY ATTORNEY HERSHEY:

Q. Okay.

A. And then of course it looks like there might have been some typeovers, which would be defaced for us.

Q. And what vehicle is identified in that title?

A. 2018 BMW 650 XI.

Q. And just for the record, the VIN number that appears on that document, could you read that into the record, please.

A. Sure. WBA6D6C30JGA01133.

Q. Now, you made reference to a customer normally presenting a photo identification card as part of the

18

appearance of the tag service; is that correct?

A. That is correct.

Q. Is there a photo identification card contained in that exhibit that you're looking at?

A. Yes.

Q. Whose name is on the photo identification card?

A. Jean-Louis Canuel, II -- or I'm sorry, Canuel. I don't know how to pronounce the last name.

Q. Is there also a date of birth and OLN operator license number displayed?

A. Yes.

Q. Can you read the date of birth into the record.

A. 05/13 1992.

Q. And can you read the operator license number into the record.

A. 29 924 011.

Q. Going back to the copy of the Alabama title, is there a backside of that document in your exhibit?

A. Yes.

Q. All right. And what information is on the backside of that document?

A. Odometer reading, address of the buyer, as well as the date and signatures of the seller and the buyer.

Q. Okay. So starting with the seller, who is identified as the seller on the document?

19

A.    B West.

Q.    Okay. And with regards to the buyer, who's identified as the buyer?

A.    R&S Services.

Q.    Does the name of the seller on the back of the title match the name of the owner on the front of the title?

A.    No.

Q.    How are they different?

A.    B West is on the back of the title. And on the front of the title is Priest Bradley.

Q.    Okay. Would that be normal or abnormal?

A.    Abnormal.

Q.    Okay. Contained in that document, is there a statement of fair market value?

A.    Yes.

Q.    Okay. Give the Court some background on why there's a statement of fair market value in this exhibit.

A.    When anything is actually questioned within PennDOT or anyone that is doing the documents themselves and looking at the vehicle, the purchase price of the vehicle and what the actual fair market value is of the vehicle, then at that point this form should be filled out if anything is questioned.

Q.    Okay. So is the odometer reading filled out on that form?

20

A.    On the fair market value form?

Q.    Yes.

A.    Yes.

Q.    What's the odometer reading?

A.    69,807.

Q.    And that's miles?

A.    Yes.

Q.    Okay. Is the sale price listed on that document?

A.    Yes. The purchase price, correct.

Q.    I'm sorry, the purchase price. What's the purchase price?

A.    27,000.

Q.    Is there a fair market value indication on that document for that vehicle?

A.    Yes.

Q.    What is that?

A.    $74,709.

Q.    Okay. So there's a discrepancy, shall we say, between the fair market value and the purchase price?

A.    That is correct.

Q.    As someone who works in risk management, does that cause any concerns for you?

A.    Yes.

Q.    Why?

A.    It's a discrepancy of $50,000.

21

Q.    Okay.

A.    Roughly.

Q.    Is there a bill of sale that appears in that exhibit?

A.    Yes.

Q.    Are there any names on the bill of sale?

A.    Yes.

Q.    Whose names appear on the bill of sale?

A.    R&S Services, which is Jean-Louis Canuel, and then Priest Bradley.

Q.    Okay. And how are you associating R&S Services with Canuel Jean-Louis, II?

A.    I can't associate it because there's nothing here that documents a business name or anything like that.

Q.    All right. Is there a document within that file that lists both the name Canuel Jean-Louis, II and R&S Services?

A.    Yes, there is.

Q.    What is that document?

A.    This is the Department of Treasury IRS. This is his actual form for an employer identification number. So he has an EIN.

Q.    Okay. And when you say "he", you're referring to who?

A.    Well, Jean-Louis Canuel.

22

Q.    Okay. So his name is on that form?

A.    Yes.

Q.    Is R&S Services name also on that form?

A.    Yes.

Q.    Why would someone present a federal tax document to a tag agent?

A.    If he's putting -- or someone is putting it in the business name then they would need this document in order to put the vehicle in the business name.

Q.    The business name meaning R&S Services?

A.    Correct.

Q.    Okay. So the -- was there a certificate of title issued to R&S Services from Pennsylvania?

A.    Yes.

Q.    Okay. And on that -- let me back up a second. Does the business address on the tax document that you just referenced appear to be the same address as that that's on the photo driver's license that was presented?

A.    Yes.

Q.    All right. What is that address? Just read that into the record, please.

A.    1509 Alcott Street, Philadelphia, Pennsylvania 19149.

Q.    Is there a PennDOT application summary statement in that document?

23

A.    Are you referring to the MV-1 form?

Q.    That's an application for registration. Right?

A.    Yes, yes.

Q.    All right. Well, let's start with that. What's an MV-1 form?

A.    This is for the actual sale of the vehicle and use of tax return.

Q.    Okay. And what's the purpose of that form?

A.    It's registration.

Q.    Registration for the vehicle?

A.    Um-hum.

Q.    Okay. So who's listed as the purchaser on that MV-1 form?

A.    Jean-Louis Canuel, II, as the purchaser.

Q.    All right. And you mentioned earlier that proof of insurance is also often presented to the tag agent as well; is that correct?

A.    That is correct.

Q.    Is there an insurance card in that packet?

A.    Yes.

Q.    Who's the insured on that certificate of insurance?

A.    Jean-Louis Canuel.

Q.    Okay. And in going through the documents, are all of the addresses listed for R&S Services 1509 Alcott Street,

24

Philadelphia, 19149?

A.    Yes.

Q.    Are all the addresses listed through the Department's documents for Canuel Jean-Louis, II, the same address as R&S Services?

A.    Yes.

Q.    And does the MV-1 form indicate that Canuel Jean-Louis, II was the -- is the person that applied for the registration?

A.    As the purchaser, yes.

Q.    Okay. Going through that document, was there a second or subsequent certificate of title issued for the same vehicle?

A.    Yes.

Q.    Okay. And was that issued to Canuel Jean-Louis, II?

A.    Yes.

Q.    Okay. And what's the difference between the two certificate of titles associated with Canuel Jean-Louis, II, what's the difference in the dates?

A.    So the first one that we have here is -- the date of the title is 1/14 2022. Second one is hard to see, but I'm going to go with 1/17 2022, three days later.

Q.    Both encounter year 2022?

A.    Correct.

25

Q.    What would be the reason based upon your experience that someone would get a second title for a vehicle that that person already owned?

A.    It could be a number of reasons, but mostly it's lost or they want to transfer the ownership.

Q.    So transferring ownership would be one reason.

A.    Um-hum.

Q.    Okay. All right. Was the second certificate of title then transferred to a third party?

A.    Yes.

Q.    And when did that transaction occur?

A.    7/19 2022.

Q.    All right. So all three of these transfers occurred in the summer of 2022. Does that sound right?

A.    That is correct.

Q.    All right.

THE DEFENDANT: Objection.

THE COURT: So what took so long from 2022 till May to send out a summons to the defendant for the hearing.

ATTORNEY HERSHEY: The detective would have to answer that question, Your Honor. I'm not -- I don't know.

BY ATTORNEY HERSHEY:

Q.    On the third certificate of title, who was listed as the seller?

A.    Jean-Louis Canuel.

26

Q.    Okay. And who was listed as the buyer?

A.    Looks like Jamil Michel, Jr.

Q.    Okay. Was there a purchase price listed on that most recent title transfer?

A.    No.

Q.    Was there a sale price listed?

A.    Hold on one second. Yes.

Q.    What was the sale price?

A.    $2,000.

Q.    So based upon your earlier testimony, in the course of a few months, the price of the vehicle went from 27,000 down to $2,000?

A.    That is correct.

Q.    Okay. All right, and then we referenced early on the registration plate number assigned to the vehicle; is that correct?

A.    Yes.

Q.    And could you read that into the record, please.

A.    The one that is marked dead?

Q.    Yes.

A.    Yes. So it's LYZ7527.

Q.    Okay. And you may have already answered this question, but what's the reason for a dead tag designation?

A.    So it again could be a number of reasons, but if it's a stolen tag, if it's something where they no longer

27

need it, if it's turned in to PennDOT in any way, shape, or form.

Q. Based upon everything that you've seen here and your professional experience, do you have an opinion as to whether that Alabama title was fraudulent?

A. Do I have an opinion?

Q. Yes.

A. It is fraudulent.

Q. Okay. All right.

ATTORNEY HERSHEY: Your Honor, we would move for the admission of Commonwealth's Exhibit 1.

THE COURT: Granted.

And sir, you have an opportunity to cross-examine her as to the direct examination conducted by the Commonwealth. Do you have any questions for this witness?

THE DEFENDANT: Respectfully, Your Honor, I only have questions for the Court.

THE COURT: Okay. You may step down.

THE WITNESS: Thank you.

THE COURT: Thank you.

ATTORNEY HERSHEY: Your Honor, we'll call Detective Emmanuel Varkanis to the stand.

EMMANUEL VARKANIS,
called as a witness,
having been duly sworn or affirmed,
was examined and testified as follows:

DAUPHIN COUNTY COURT REPORTERS

28

DIRECT EXAMINATION

BY ATTORNEY HERSHEY:

Q. What's your occupation, sir?

A. I'm a county detective with the Monroe County District Attorney's office.

Q. How long have you been in that position?

A. In that position total of nine years. And I'm currently assigned to the auto theft task force with the Pennsylvania State Police.

Q. All right. Do you have some experience in investigating title washing cases?

A. I do. In the last two years, that's my main job.

Q. Okay. How did you become involved in the investigation regarding Canuel Jean-Louis, II?

A. So we have access to CARFAX for Police. It's a database that we utilize to find vehicles that have high mileage and have entered the system into CARFAX that have high mileage and have no shipping record or information. I'm--

Q. Let me stop you there. What's the significance of a high-mileage vehicle with no shipping documentation?

A. Usually every vehicle that gets titled or registered has an origin, basically where does it come from, from the manufacturer, what state it comes from. It has to have some type of history.

DAUPHIN COUNTY COURT REPORTERS

29

This particular vehicle came on to CARFAX for Police with 69,000 and change miles to it with no background, no origin, no window sticker detailing the vehicle, where it's from, price, so on and so forth.

Q. Is the VIN number of the make and model that Miss Hornbaker testified to, is that the same vehicle that you're referring to?

A. Correct.

Q. All right. If Alabama had issued a valid title for this vehicle, would it show up in CARFAX?

A. It would show up. It would show up with some type of background.

Q. But it didn't?

A. It did not.

Q. Okay. If this vehicle was not previously titled in any other state, would you expect it to see mileage in excess of 50,000 miles?

A. On some occasions.

Q. How about 80,000 miles?

A. Normally they start off 1, 2, you know, single digit numbers.

Q. Okay. All right.

ATTORNEY HERSHEY: May I approach the witness, Your Honor?

THE COURT: You may.

DAUPHIN COUNTY COURT REPORTERS

30

BY ATTORNEY HERSHEY:

Q. Referring you to Commonwealth's Exhibit 1, Detective, the model year listed for this BMW is what?

A. It's a 2018.

Q. All right. And when it was initially titled in Pennsylvania, how many miles were listed on the document?

A. May I look at my CARFAX report?

Q. Sure.

A. On September 4, 2021, it was listed in Pennsylvania as having 69,807 miles.

Q. And there's no history indicated for that vehicle in your CARFAX report?

A. None whatsoever.

Q. All right. Would the CARFAX history indicate if a vehicle was damaged or totalled?

A. It would indicate that.

Q. Was there any indication in your CARFAX report that this vehicle was damaged or totalled?

A. Nothing previously.

Q. All right. Did you have an occasion to review the Alabama title that appears in that document?

A. I did.

Q. Incidentally, and just to kind of rewind a little bit, when you begin an investigation, whether it starts by CARFAX or some other means, do you request preliminary

DAUPHIN COUNTY COURT REPORTERS

31

information from PennDOT?

A. I do.

Q. Did you do that in this case?

A. I do. I E-mailed -- there's an agent, Jamie Block, who is within our unit, and I requested information using the VIN listed on this Alabama title.

Q. Okay. Did that cause you to attempt to verify the veracity or authenticity of the Alabama title?

A. Yes.

Q. And what did you do to determine the veracity of that title?

A. I scanned and E-mailed a copy to Alabama Department of Motor Vehicles. I was in touch with Stephanie Green, who's an agent with the Department of Revenue in Alabama.

And I requested her to validate this document, which that's their job. They basically look at it, run the VIN number, the title number through their system and then they E-mail us a response.

Q. And what was the response in this case?

A. I can read it verbatim here. "Good afternoon. This is not a valid Alabama title. We have no record of VIN number WBA6D6C30JGA01133 and there is no Alabama title number 3126622. The title appears to be altered and there are multiple fonts in the title information that do not match the

32

font used on Alabama titles."

And that was marked Stephanie Green with Alabama helpdesk motor vehicle division.

Q. Did you have an opportunity to review the statement of fair market value that's contained in Commonwealth's Exhibit 1?

A. I did.

Q. Based upon your experience in these types of cases, what information does that give you an as investigator?

A. Normally a vehicle is not sold on the market unless it's some type of gift and it would state that it was a gift of some sort. But the fair market value at that time is $74,709. And the purchase price listed was 27,000, which is a significantly lower amount for the value of this vehicle.

Q. Okay. And then again did you review the third title transfer in that exhibit?

A. For R&S Service, is that the one --

Q. From Mr. Canuel Jean-Louis, II to the third party.

A. Yes.

Q. Okay. And what was the purchase price that the third party paid for that vehicle?

A. Oh, are you speaking of the Jamil Michel?

Q. Yes.

33

A. Yeah, okay. Yeah. I did review that. It was only $2,000 listed on that document.

Q. Okay. And what does that suggest to you as an investigator?

A. What I've seen -- I've recovered little over a hundred vehicles in the past two years -- that just seems to me -- obviously it's a significantly lower amount that either was a friend of his or someone he knew. And typically they want to get rid of these vehicles to make a quick profit. They will put $2,000 --

THE DEFENDANT: Objection, Your Honor.

THE COURT: I'm sorry?

THE DEFENDANT: Speculation.

THE COURT: Overruled. Continue, please.

THE WITNESS: It could have been more money, but $2,000 was printed on this paperwork.

BY ATTORNEY HERSHEY:

Q. Okay. Did you -- at some point, did you make a determination as to whether or not the vehicle that was the subject of the title originally was stolen?

A. Yes. There were a few red flags raised while I was looking through the paperwork. I also have access to two other -- actually three other databases that law enforcement uses.

One is ISO ClaimSearch which is all of the

34

insurance companies. It's a database where we go in to check the origin of the vehicle, manufacturer, so on and so forth, shipping record information. Which I did. And I have the document here. It claimed no shipping record for that vehicle which means that vehicle is not in the system whatsoever with that VIN.

Q. Okay.

A. I also searched the NMVTIS database, which is a National Motor Vehicle Title Information System, which also stated no shipping record information.

Q. Okay. All right. So it's your opinion that the Alabama title is fraudulent based upon the information that you received?

A. Correct.

Q. Okay. How did you ultimately identify Canuel Jean-Louis as the defendant in this case?

A. Well, assuming all of these red flags and information that I gathered, I placed -- I entered the vehicle into NCIC as stolen -- I can give you the exact date if you'd like -- and based upon all the documents passed by the defendant, it appeared that it was either stolen, had an altered or counterfeit VIN, and I entered this vehicle into NCIC on April 19, 2024.

Q. Okay. And I don't know if I asked Miss Hornbaker this question, but in the PennDOT title documents -- the

35

document that's supposed to be notarized by the tag service. Do you see that?

A.   Let me turn to it here. I see the one. I can't find the other. There should be two applicant summaries in here. Oh, here we go.

Q.   On each of the applicant summary statements, was the signature Canuel Jean-Louis, II notarized?

A.   Not on the first one.

Q.   How about on the second one?

A.   When the vehicle was sold to Jamil Michel, it was signed by the notary Jason Carrion, but not on the first one.

Q.   Does anybody else's identification card appear anywhere in any of those documents other than Canuel Jean-Louis, II?

A.   It does not.

Q.   Okay. And did you use the information from the ID card to proceed with locating and identifying the defendant here for purposes of filing charges?

A.   I did. I used the information that was included in the title work, a copy of the front and back of his Pennsylvania driver's license. I also ran several other Accurint searches just to make sure it was the same person, which it was, same address, and then I filed the charges.

Q.   Okay. Is Canuel Jean-Louis, II in court today?

A.   Yes.

DAUPHIN COUNTY COURT REPORTERS

36

Q.   Can you identify him, please.

A.   He's sitting to the right of you.

ATTORNEY HERSHEY: Judge, can the record reflect that he's --

THE DEFENDANT: Objection.

ATTORNEY HERSHEY: -- identified the defendant.

THE COURT: Noted.

THE DEFENDANT: Objection. I never identified myself for the record.

THE COURT: So if you were investigating this, in what year?

THE WITNESS: I started investigating this in -- well, on November 15, 2023.

THE COURT: Anything else?

ATTORNEY HERSHEY: I have no further questions, Your Honor, unless the Court does.

THE COURT: Nope.

THE DEFENDANT: I have a question.

CROSS EXAMINATION

BY THE DEFENDANT:

Q.   I have a question for the witness. I just heard you testify that you said you entered the stolen report April 19, 2024; is that correct?

A.   The stolen vehicle.

Q.   You said April 19, 2024. Correct?

DAUPHIN COUNTY COURT REPORTERS

37

A.   Correct.

Q.   All right. So I'm reading on your affidavit of probable cause continuation and I see that you said you entered the form into NCIC December 9, 2024.

A.   December what?

Q.   December 9, 2024. That's what it says on your affidavit.

A.   Let me see here --

Q.   Just want to make sure we getting correct testimony here.

A.   Oh, that might have been a typo. December -- do you have a copy of my affidavit, Attorney Hershey?

ATTORNEY HERSHEY: Um --

THE DEFENDANT: I have it right here if you want me to show you. I'll show you. Show him.

ATTORNEY HERSHEY: May I approach, Your Honor?

THE COURT: You may.

ATTORNEY HERSHEY: Okay.

BY ATTORNEY HERSHEY:

Q.   Detective, can you identify that two-page document.

A.   That's my affidavit of probable cause.

BY THE DEFENDANT:

Q.   If you direct your attention to the next page, I think it's continuation. At the bottom it states the date

DAUPHIN COUNTY COURT REPORTERS

38

where you say you entered the stolen vehicle report into the NCIC.

A.   Yeah.

Q.   Can you read for the record what date you put on the application.

A.   Yeah. The affiant completed a Monroe County stolen vehicle NCIC form and entered the vehicle into NCIC on 12/9 2024.

Q.   All right. Can you --

THE DEFENDANT: Just to clarify, let the record reflect the affidavit says 12 --

THE COURT: 12/9.

THE DEFENDANT: 2024.

BY THE DEFENDANT:

Q.   And you just testified that you entered in what date?

A.   I have in my report 4/19 2024. I would have to grab my file.

THE DEFENDANT: At this time, Your Honor, I would ask that we move to suppress that affidavit because it seems to be incredible.

THE COURT: Well, he was going to give an explanation so let me hear that first.

THE DEFENDANT: Well, it's a sworn statement apparently, so I think --

DAUPHIN COUNTY COURT REPORTERS

39

THE WITNESS: It probably was a typo. I do have the NCIC entry from the control center which states the exact record's exact date.

THE COURT: And that date is?

THE WITNESS: I would have to grab my file.

THE COURT: Please do.

THE DEFENDANT: I think I have one more question and that's about it for me maybe.

THE WITNESS: Can I present this?

THE COURT: What is it, sir?

THE WITNESS: This is the Monroe County control center vehicle clean NCIC entry worksheet. This is what I fill out and then I scan and E-mail to our control center and they input the stolen vehicle report.

THE COURT: And what's the date?

THE WITNESS: The date is 4/19 2024.

THE COURT: So on your affidavit, the December date is wrong.

THE WITNESS: Yeah, it's a typo.

THE COURT: Okay. You may proceed.

BY THE DEFENDANT:

Q.    Typo from a public official? I'm pretty sure you take an oath to make sure you uphold the Constitution.

A.    It's a human error.

Q.    Yeah, I understand, but you take an oath to make

40

sure you don't make those human errors. Correct?

A.    Yeah, you can -- you can --

Q.    I need the affidavit back if you could be so kind. I think it's up there on the stand, my copy.

One more question I think. At any time during your investigation did you take -- did you take the opportunity to contact the defendant or try to call and question or any of that nature? You just --

A.    I did. There were several phone numbers listed on the Accurint report that were out of service.

Q.    You didn't think to send a letter maybe?

A.    There's no need to. I have all of my evidence in front of me.

Q.    That seems to be presumption because based off your affidavit you don't even have the dates right.

A.    Again, it's a human error.

Q.    And we're in 2025. Correct?

A.    I'm sorry?

Q.    We're in 2025. Correct?

A.    Correct.

Q.    So --

A.    There's a lot of dates that are included in these. Obviously you can see how much paperwork is involved in this, so a date can be misconstrued on the paperwork. It's human error that I put in the wrong date. I don't think it changes

41

anything in this matter.

THE DEFENDANT: Let the record reflect that, um, we're relying on human errors now.

THE COURT: We'll note your argument. Any other questions, sir?

THE DEFENDANT: Not at this time.

THE COURT: All right. You may step down.

THE WITNESS: Thank you. May I have my copy back, Judge?

THE COURT: Yes. We can give him a copy of it as part of discovery.

Anything further, Mr. Hershey?

ATTORNEY HERSHEY: Your Honor, we have no further witnesses to present.

THE COURT: All right.

ATTORNEY HERSHEY: We would argue, Your Honor, that there's a prima facie case on all counts. And if the Court agrees, then we still need to address the issue of whether the defendant wants to be able to argue official reliance to a jury.

THE COURT: If the Court agrees, we have to allow him to argue --

ATTORNEY HERSHEY: If Your Honor is satisfied that there's a prima facie case, then the next issue would be to address the defendant on the record as to whether he has

42

any evidence to present on the affirmative defense of official reliance or in the alternative whether he wants to make any argument in support of a potential defense, which is an affirmative defense, of official reliance.

THE COURT: And when you say "official reliance", he has to show what?

ATTORNEY HERSHEY: Judge, if I could just grab my brief, the defendant did raise the Kratsas case. That's how it came to my attention. So I had to read the case and--

THE COURT: And that's part of your motion?

ATTORNEY HERSHEY: Well, I think the Kratsas court -- Superior Court said that if the defendant makes reference to that and intends to rely on the affirmative defense of official reliance then the Court has to make a finding under Kratsas whether the following exists.

There must be an affirmative representation that certain conduct is legal. The representation should be made by an official or body charged by law with responsibility of defining permissible conduct respecting the offense at issue.

There should be actual reliance upon the official statements; that is, the defendant should believe the official. And then finally reliance must be in good faith and reasonable given the identity of the government official, the point of law represented, the substance of the

43

statement, so that the person truly desirous of obeying a law would have accepted the information as true and would not have been -- I'm sorry -- and would have been put on notice to make further inquiries.

I would suggest, Your Honor, that there's no evidence that I'm aware of at least that there were any affirmative representations made to the defendant that the title was valid and I'll defer to the substance of the testimony from the two witnesses.

So we would respectfully request that the defendant not be permitted to argue the defense of official reliance to the ultimate trier of innocence or guilt.

THE COURT: All right. Well, we'll get there. So I do find that there is a prima facie showing on the charges.

I believe you had questions for the Court.

THE DEFENDANT: Yeah. I just was going to ask has the Court made a judicial determination that I'm not allowed to defend myself or I cannot have the freedom of speech in this courtroom.

THE COURT: Okay. Anything else?

THE DEFENDANT: That was a question.

THE COURT: That's a question?

THE DEFENDANT: Yeah, I was asking a question. Has the Court made a --

44

THE COURT: I have not. I'm asking you to -- you said you had arguments or you had information you wanted to present.

THE DEFENDANT: No. I had questions for the Court. That's what I said.

THE COURT: All right.

THE DEFENDANT: That was my question. And you have not answered it yet.

THE COURT: What was your question?

THE DEFENDANT: Has the Court make made a judicial determination that I'm not allowed to defend myself or that I cannot have freedom of speech in this courtroom?

THE COURT: You absolutely have the right to defend yourself. And you have the right to testify and present evidence on your own behalf.

THE DEFENDANT: Do I also -- does the Sixth Amendment right grant me the right to, um -- excuse me, understand the nature and cause of the actions brought against me?

THE COURT: Absolutely. And that's why I was going through the information that was pertained in the waiver of trial. The charges themselves that have been brought against you are forgery. And those elements, Mr. Hershey --

THE DEFENDANT: So the jurisdiction, Your

45

Honor--

THE COURT: -- that the Commonwealth has to prove are?

ATTORNEY HERSHEY: Recite them, Judge? Your Honor, at Count 1, it's charged that on or about January 14th of 2022, the defendant, with the intent to defraud or injure or with knowledge that he was facilitating a fraud or injury upon another issued a writing which the said defendant knew to be forged in the manner specified in Sections 4101(a)(1) or (a)(2). And the writing was purported to be part of an issue of money, securities, postage, revenue stamps, or other instruments issued by the government or part of an issue of stock, bonds, or other instruments representing interests or claim against any property or enterprise in violation of Section 4101(a)(3) and (c) of the Pennsylvania Crimes Code.

That's a felony of the second degree.

THE COURT: Which carries a maximum of?

ATTORNEY HERSHEY: Felony 3 is seven years, a felony 2 would be 10 years.

THE COURT: Correct.

ATTORNEY HERSHEY: Okay. 10 years in jail.

THE COURT: And the maximum fine?

ATTORNEY HERSHEY: Maximum fine is escaping me, Your Honor.

46

THE COURT: I believe it's $20,000. The disposition of a vehicle or vehicle part with altered VIN is a felony of the third degree and the elements for that charge--

ATTORNEY HERSHEY: The defendant -- on or about January 14, 2022, the defendant did purchase, receive, dispose of, sell, transfer, or possess a vehicle or vehicle part with knowledge that the vehicle information number of the vehicle or vehicle part has been altered, counterfeited, defaced, destroyed, disguised, falsified, forged, obliterated, or removed and with the intent to conceal or misrepresent the identity or prevent the identification of a vehicle or vehicle part in violation of Title 18 Pennsylvania Consolidated Statutes Section 7704.

Felony 3 would carry a statutory maximum penalty of seven years in jail, Your Honor, I believe a $10,000 fine.

THE COURT: And then the tampering with public records or information.

ATTORNEY HERSHEY: Your Honor, Count 3, it alleges that on or about January 14, 2022, the defendant knowingly made a false entry or false alteration of a record, document, or thing belonging to or received or required to be kept by the government or required by law to be kept by others --

47

THE DEFENDANT: Objection to the word knowingly.

THE COURT: Well, that would be part of your argument as part of your mens rea, which I believe you've already put into documents that you have submitted to the Clerk of Courts.

THE DEFENDANT: Yes.

ATTORNEY HERSHEY: Just to finish that statute, Your Honor. To be kept by the government or required by law or to be kept by others for information of the government in violation of Section 4911(a)(1) and 4911(b) of the Pennsylvania Crimes Code, Title 18 Pennsylvania Consolidated Statutes Section 4911(a)(1) and 4911(b).

That is graded as a felony of the third degree which carries a statutory maximum penalty of up to seven years in jail and a $10,000 fine.

THE COURT: And then there's make false application for title registration.

ATTORNEY HERSHEY: Your Honor, Count 4, alleges on or about January 14th of 2022, the defendant used a false or fictitious name or address or made a material false statement or failed to disclose a security interest or concealed any other material fact in an application for certificate of title or for registration in violation of Section 7121 of the Pennsylvania Vehicle Code, 75

DAUPHIN COUNTY COURT REPORTERS

48

Pennsylvania Consolidated Statutes Section 7121.

That is a misdemeanor of the first degree, Your Honor, punishable by a fine of up to -- I'm sorry, by imprisonment of up to five years in jail and maximum fine is escaping me, Your Honor.

THE COURT: I believe that is $10,000. The felony of the third degree is $15,000.

ATTORNEY HERSHEY: Stand corrected, Your Honor. So the Felony 3s would be maximum fines of $15,000. The false application for title at Count 4 would be a statutory maximum fine of 10,000.

And then at Count 5, Your Honor, there is a charge of possession, sale, use, or display of documents.

The information alleges on or about January 14th of 2022, the defendant, with fraudulent intent, possessed, sold, attempted to sell --

THE DEFENDANT: Objection to fraudulent attempt.

THE COURT: So noted.

ATTORNEY HERSHEY: -- possessed, sold, attempted to sell, use, or displayed a certificate of title, registration card or plate, driver's license, inspection certificate, proof of financial responsibility, or any other document issued by the Department knowing that they had been altered, forged, or counterfeited in violation of Section

DAUPHIN COUNTY COURT REPORTERS

49

7122(3) of the Pennsylvania Vehicle Code, 75 Pennsylvania Consolidated Statutes 7122(3).

It's an M1 that carries a statutory maximum penalty of five years in jail and $10,000 fine.

Finally, at Count 6, Your Honor, unsworn falsification of authorities regarding forged or altered document. The count alleges on or about January 14 of 2022, the defendant, with intent to mislead a public servant in performing said public servant's official function, submitted or invited reliance by another on a writing which said defendant knew to be forged, altered, or otherwise lacking in authenticity in violation of Section 4904(a)(2) of the Pennsylvania Crimes Code, 18 Pennsylvania Consolidated Statutes Section 4904(a)(2).

That's graded as a second degree misdemeanor, Your Honor, which carries a statutory maximum penalty of two years in jail and a statutory maximum fine of $5,000.

THE COURT: Thank you. Based on some of the motions that he has filed or -- he can request any oath from the prothonotary or other offices for officers on his own.

He still has not given me an answer as to whether or not he is going to obtain counsel or he's going to proceed on his own. There is no other option. If he is requesting me to provide him with standby counsel, the Court will grant that.

DAUPHIN COUNTY COURT REPORTERS

50

He has an MD docket and a CR docket because anything filed before your preliminary hearing goes on an MD docket. That cannot be changed.

All of his pretrial requests for relief shall be included in one omnibus pretrial motion under Rule 578 including request for continuance, for severance and joinder or consolidation, for suppression of evidence, for psychiatric examination, to quash or dismiss an Information, for change of venue, to disqualify a judge, for appointment of investigator, for pretrial conference challenging the array of an Indicting Grand Jury, for transfer from criminal proceedings to juvenile proceedings, proposing or opposing the admissibility of scientific or expert evidence.

Other motions regarding admissibility of evidence at trial will be made with a motion in limine.

So at this time, since the hearing has been held as to a prima facie showing -- and I believe he's already -- had been arraigned; is that correct?

ATTORNEY HERSHEY: He was arraigned, Your Honor.

THE DEFENDANT: Objection, Your Honor, I was not properly arraigned nor --

THE COURT: As part of the arraignment, you're either pleading not guilty or guilty.

THE DEFENDANT: I make no plea. I make no

DAUPHIN COUNTY COURT REPORTERS

51

plea. I plead abatement because there's defects that have not been addressed.

THE COURT: You're requesting a trial by jury or a trial by judge. And we will give you your next court date which will be --

THE DEFENDANT: I have one more question, Your Honor.

THE COURT: Yes, sir.

THE DEFENDANT: It is my understanding that this is a criminal matter. Correct?

THE COURT: That is correct.

THE DEFENDANT: All right. Also the Constitution grants this Court two different criminal jurisdictions. Correct? I think it's one criminal jurisdiction under common law and then there's criminal jurisdiction that constitutes condition and contract under the criminal aspects of colorable admiralty law -- admiralty. Under which of these two jurisdictions is the Court attempting to proceed?

THE COURT: The Commonwealth has filed criminal charges against you. Your next court date will be November 19th.

THE DEFENDANT: Yeah, but you didn't answer the question. Which two jurisdictions of the Constitution --

THE COURT: I answered the question. All

DAUPHIN COUNTY COURT REPORTERS

52

right, thank you.

ATTORNEY HERSHEY: Your Honor, there's one more item. I'm sorry. Your Honor issued a fingerprint order in this matter.

THE COURT: I issued a what?

ATTORNEY HERSHEY: You issued a fingerprint order.

THE COURT: Yes.

THE DEFENDANT: Because the case has not even -- I haven't even been able to get my questions out.

THE COURT: So he will be taken into custody if he refuses to be fingerprinted. All right, thank you very much.

(The proceedings concluded at 2:29 p.m.)

DAUPHIN COUNTY COURT REPORTERS

53

# C E R T I F I C A T I O N

I hereby certify that the proceedings and evidence are contained fully and accurately in the notes taken by me on the hearing of the above cause, and that this transcript of proceedings meets the format specifications established by the Supreme Court of Pennsylvania in Rule 4010.

*Debra L. Heary*

Debra L. Heary, RPR
Official Court Reporter

October 22, 2025
Date

# DECLARATION OF SERVICE

**In re:**
*Noble Canuel Jean-Louis-El- in propria persona*
*/aka/ Canuel: Jean-Louis, Trustee, sui juris*
*Jean Louis Empire Foreign Grantor Trust™*
        *Complainant* herein.
**v.**

**COMMONWEALTH OF PENNSYLVANIA,**
**(DAUPHIN COUNTY COURT OF COMMON PLEAS, et.al)**
        *Respondent*,


**No**. _____ (To be assigned)*


**Superior/US District Court Filing: Complaint for Writ of Prohibition / Extraordinary Relief**
**Lower Court Docket No.: CP-22-CR-0002559-2025**

I, *Complainant* is *Noble Canuel Jean Louis El, Sheik,* a **Moorish American National**, also known as *Canuel: Jean-Louis, sui juris* appearing in *propria persona*, hereby declare that on the dates indicated below, I served true and correct copies of the following documents:

• *Bill of Complaint in Equity*
• *Complaint for Writ of Prohibition and Extraordinary Relief*
• *Notice to Correct or Supplement the Record (Pa.R.A.P. 1926(b))*
• *Exhibit Index – Equity Record Submission*
• *All attached Exhibits (1A, 1B, 1C, 2, 3) *where required**

upon the following recipients:

**1. U.S. District Court, Eastern District of Pennsylvania**

(Original filing with fee)
Service Method: USPS Registered Mail
Tracking Number: **RE-519-431-791-US** + Hand Delivery
Date Mailed: November 25th 2025
Address:
James A. Byrne U.S. Courthouse
601 Market Street, Room 2609
Philadelphia, PA 19106

**2. Supreme Court of Pennsylvania – Middle District**

(Original filing with fee)
Service Method: USPS Priority Express Mail
Tracking Number: **ER-241-883-751-US**

**documents they purport to be. Originals are available for inspection and I require immediate return after comparison/inspection.**

**I declare under the laws of the United States of America that foregoing is true and correct.**

**Executed on this** 24th **Day** November **of 2025**

**By:** Canuel: Jean-Louis "TTEE"

Canuel: Jean-Louis, *sui juris* (*in propria persona*)-- not pro se

*All rights reserved, without prejudice.*

As: *Complainant* and *Equitable Beneficial Title Holder*


## *NOTARY ACKNOWLEDGMENT (Jurat)\**

**State of** New Jersey )

§

**County of** Camden )

**On this** 25th **day of** November **, 2025,** before me, a Notary Public, personally appeared Canuel: Jean-Louis, *sui juris,* known to me or satisfactorily proven to be *the living man* who executed the foregoing instrument(s), (*DECLARATION OF SERVICE* ) and acknowledged it for the purposes stated herein.


Kaitlynn Nazarene

**Notary Public**

| |
|---|
| KAITLYNN NAZARENE |
| (SEAL) NOTARY PUBLIC |
| STATE OF NEW JERSEY |
| MY COMMISSION EXPIRES February 21, 2030 |

*My Commission Expires:* February 21, 2030

RECORDER OF DEEDS DAUPHIN COUNTY PA: RECORDED BY DPD 11/26/25: CHECK

# COMMONWEALTH OF PENNSYLVANIA



## CONSTITUTIONAL OATH OF OFFICE

COMMONWEALTH OF PENNSYLVANIA )

                                                ) SS:

County of __DAUPHIN__         )

        I do solemnly swear (or affirm) that I will support, obey and defend the Constitution of the United States and the Constitution of this Commonwealth and that I will discharge the duties of my office with fidelity.

_(signature)_
**SIGNATURE OF OFFICER**

__Deborah Essis Curcillo__
**NAME OF OFFICER**

__Judge of the Courts of Common Pleas__
**OFFICER TITLE**

Taken, sworn and subscribed before me this __2__ day of __January__ A.D. 20 __20__.

(Seal)

                                     **Signature of Person Administering Oath**

*************************************************

NOTE: The foregoing oath shall be administered by some person authorized to administer oaths.

The oaths of STATE OFFICERS (which includes Members of Boards and Commissions appointed by the Governor), JUSTICES OF THE SUPREME COURT and JUDGES OF THE SUPERIOR AND COMMONWEALTH COURTS shall be filed in the office of the Secretary of the Commonwealth.

The oaths of other judicial and county officers shall be filed with the Prothonotary of the county in which the oath is taken.

DSCB-70

**James M. Zugay, Esq.**
Recorder of Deeds
(717) 780-6560
jzugay@dauphinc.org

**Candace E. Meck**
*First Deputy*
www.dauphinc.org/deeds



# Dauphin County

## Recorder of Deeds

*Location:*
Dauphin County Courthouse
Room 102
101 Market Street
Harrisburg, PA 17101

Harrisburg, Pennsylvania
## CERTIFIED END PAGE

INSTRUMENT #: 20200000879
RECORD DATE: 1/10/2020 10:17:59 AM
RECORDED BY: CMECK
DOC TYPE: ELECT OATH
AGENT: DEBORAH ESSIS CURCILLO
DIRECT NAME: CURCILLO, DEBORAH ESSIS
INDIRECT NAME: CURCILLO, DEBORAH ESSIS

UPICount:  0
UPIFee:
UPIList:

I Certify This Document To Be Recorded
In Dauphin County, Pennsylvania.



**James M. Zugay,** *Recorder of Deeds*

# THIS IS A CERTIFICATION PAGE

# PLEASE DO NOT DETACH
## THIS PAGE IS NOW PART OF THIS LEGAL DOCUMENT